IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE; and<br>LAURA A. LILLIE;<br><br>            Plaintiffs,<br>   v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   04-10370-RCL<br>)<br>)<br>)<br>)<br>)<br>)   **JURY DEMANDED**<br>) |

## AFFIDAVIT OF ATTORNEY DANIEL A. EDELMAN

I, Daniel A. Edelman, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. §1746) that the following statements are true:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in Illinois since 1976.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Executed at Chicago, Illinois, on April 8, 2004.

_____
Daniel A. Edelman

Subscribed and sworn before me this
8th day of April, 2004

_____
Notary Public

Official Seal
Jeffrey Becker
Notary Public State of Illinois
My Commission Expires 02/05/05

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURA A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 04-10370-RCL <br><br><br><br> **JURY DEMANDED** |

## ORDER OF ADMISSION PRO HAC VICE

It appearing to the Court that Daniel A. Edelman, Attorney at Law, states under penalty of perjury that he meets the requirements for admission pro hac vice and that he is in good standing and eligible to practice in all Courts to which admitted, it is therefore,

ORDERED by the Court that the Motion for Admission Pro Hac Vice of Daniel A. Edelman to appear in the United States District Court, District of Massachusetts in the above-reference case be granted.

This _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE,<br>LAURA A. LILLIE,<br><br>    Plaintiffs,<br><br> v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br><br>    Defendant. | 04-10370-RCL<br><br><br>**JURY DEMANDED** |

## CERTIFICATION

I hereby certify that I mailed a copy of the attached document to U. Gwyn Williams, Esq., Daniel J. Pasquarello, Esq., Goodwin Procter, LLP, Exchange Place, Boston, MA 02109 on this 19th day of April, 2004.

_____

**Local Rule Certification**

I hereby certify that prior to the filing of the attached motion that I spoke to opposing counsel, U. Gwyn Williams, who indicated that she does not oppose the granting of the requested relief.

_____

1