UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, and<br>LAURA A. LILLIE,<br>        Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION<br>        Defendant. | Civil Action No. 04-10370 (RCL) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant First Horizon Home Loan Corporation ("First Horizon") states as follows:

First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Tennessee Bank National Association, which is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded company.

        Respectfully submitted,

        GOODWIN PROCTER LLP


By: /s/ Daniel J. Pasquarello
    U. Gwyn Williams (BBO # 565181)
    Daniel J. Pasquarello (BBO # 647379)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2281
    (617) 570-1000
    (617) 227-8591 (Fax)


DATED:  June 15, 2004


LIBA/1382526.1