UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 1: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

RALPH G. MCKENNA, )
GLENROY A. DEANE, )
ILENE WILGOREN-DEANE, )
CHRISTOPHER J. LILLIE, and )
LAURA A. LILLIE, )
          Plaintiffs, )
)
v. )    Civil Action No. 04-10370 (RCL)
)
FIRST HORIZON HOME LOAN )
CORPORATION )
          Defendant. )
)

**CERTIFICATION OF CONFERRAL**

In accordance with Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant First Horizon Home Loan Corporation ("First Horizon") and counsel for First Horizon hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local R. 16.4.

LIBA/1385977.1

Respectfully Submitted,

FIRST HORIZON HOME LOAN CORPORATION,

By:

*Barbara Brown Eddy*
Barbara Brown Eddy
Senior Vice President and Counsel

And its attorney,

*U. Gwyn Williams*
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 16, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on 6/16/04.

LIBA/1385977.1

# GOODWIN | PROCTER

U. Gwyn Williams
617.570.1158
gwilliams@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

FILED
IN CLERKS OFFICE
2004 JUN 16  P 1: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 10, 2004

**By Hand**

Clerk's Office - Civil
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:** *McKenna, et al. v. First Horizon Home Loan Corp.*

Dear Sir or Madam:

Enclosed for filing and docketing in the above-referenced matter is Certification of Conferral.

Kindly acknowledge receipt and filing thereof by stamping or signing the enclosed copy of this letter and returning same to our messenger. Thank you for your assistance with this matter. If you have any questions, please contact me at (617) 570-1158.

Sincerely,

U. Gwyn Williams

UGW:mtg
Enclosures
cc:   Heather Piccirilli, Esq.
      Christopher Lefebvre, Esq.

LIBA/1387497.1