FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURIE A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN <br> CORPORATION, <br><br> Defendant | 04-10370-RCL <br><br><br> JURY DEMANDED |

## LOCAL RULE 16.1(D) CERTIFICATION

My counsel and I have conferred regarding the following matters:

(A) establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(B) considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

It is my understanding that my attorneys have conferred with First Horizon's counsel regarding the same matters stated above.

Respectfully submitted,

_____
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
   LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

_____
Ralph McKenna
674 Granite Street
Braintree, MA 02184


_____
Glenroy A. Deane
51 Darby Road
Brockton, MA 02302

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

Ilene Wilgoren-Deane
51 Darby Road
Brockton, MA 02302

*/s/ Christopher Lillie*
Christopher Lillie
20 Endicott Street
Pittsfield, MA 01201

*/s/ Laurie Lillie*
Laurie Lillie
20 Endicott Street
Pittsfield, MA 01201

I:\case\firtz11308\pleading\rule 16 cert.wpd