IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

RALPH G. MCKENNA, )
GLENROY A. DEANE, )
ILENE WILGOREN-DEANE, )
CHRISTOPHER J. LILLIE; and )
LAURIE A. LILLIE; )
)
       Plaintiffs, )  04-10370-RCL
)
v. )
)
FIRST HORIZON HOME LOAN )
CORPORATION, )
)
       Defendant. )

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Plaintiffs Ralph McKenna, Glenroy Deane, Ilene Wilgoren-Deane, Christopher Lillie and Laurie Lillie respectfully that this Court extend (i) the discovery deadline, and (ii) the briefing schedule for plaintiffs' motion for class certification, by 30 days, respectively. In support thereof, plaintiffs state:

1. On June 21, 2004, this Court set a discovery deadline for January 21, 2005. This Court also ordered that plaintiffs' motion for class certification be filed by February 21, 2005, with defendant to respond by March 21, 2005 and plaintiffs' reply due April 5, 2005.

2. The parties are currently in the process of taking depositions. Several of the depositions noticed will have to be rescheduled due to conflicts and in order to accommodate out of state travel arrangements.

3. Plaintiffs respectfully request until February 21, 2005 to complete discovery.

1

4. Plaintiffs respectfully request until March 22, 2005 to file their motion for class certification. Plaintiffs propose the following briefing schedule: defendant's response in opposition to plaintiffs' motion due on April 22, 2005 and plaintiffs' reply due on May 6, 2005.

5. Plaintiffs have conferred with defendant's counsel regarding this motion and it has no objection.

6. This motion is not filed for purposes of delay and will not prejudice the defendant.

WHEREFORE, plaintiffs respectfully request that this Court (i) extend the discovery deadline until February 21, 2005, and (ii) extend the briefing schedule on plaintiffs' motion for class certification with plaintiffs' motion due on March 22, 2005, defendant's response in opposition due on April 22, 2005, and plaintiffs' reply due on May 6, 2005.

Respectfully submitted,

*Christopher Lefebvre (HM)*
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Cathleen M. Combs
Heather Piccirilli
EDELMAN COMBS, LATTURNER,
 & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 6603
(312) 739-4200
(312) 419-0379 (FAX)

2

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for defendants First Horizon Home Loan Corporation regarding the issues raised in this Motion. They have no objection to this Motion.

/s/ Heather Piccirilli
Heather Piccirilli

## CERTIFICATE OF SERVICE

I, Heather A. Piccirilli, certify that on December 16, 2004, a copy of the attached document was served by United States Mail and Facsimile upon the party listed below.

U. Gwyn Williams
Daniel J. Pasquarello
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109
617-227-8591 (Facsimile)

*Heather Piccirilli*
Heather Piccirilli