UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE, and <br> LAURA A. LILLIE, <br>     Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN <br> CORPORATION <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 04-10370 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO MOTION FOR ONE-DAY EXTENSION TO FILE
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves for a one-day extension to file its opposition to Plaintiffs' Motion for Class Certification. Under the current schedule, First Horizon's opposition is due Friday, April 22, 2005. First Horizon requests this one-day extension of the deadline, until Monday, April 25, 2005, in order to accommodate counsel's travel schedule. The extension will not result in prejudice to any party. Counsel for Plaintiffs has assented to this motion.

                                            Respectfully Submitted,

                                            FIRST HORIZON HOME LOAN CORPORATION,
                                            By its attorneys,

                                            /s/ Daniel J. Pasquarello
                                            U. Gwyn Williams (BBO # 565181)
                                            James W. McGarry (BBO # 633726)
                                            Daniel J. Pasquarello (BBO # 647379)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA 02109
                                            (617) 570-1000

Dated:  April 20, 2005