IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURIE A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN <br> CORPORATION, <br><br> Defendant. | 04-10370-RCL |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION

Plaintiffs Ralph McKenna and Laurie Lillie, respectfully request that this Court grant them leave to file a reply in support of their motion for class certification. In support thereof, plaintiffs state:

1. On December 22, 2004 this Court set a briefing schedule on plaintiffs' motion for class certification. According to the order, plaintiffs have until May 6, 2005 to move for leave of Court to file a reply in support of their motion for class certification.

2. Plaintiffs request leave to file a reply to respond to arguments raised in First Horizon's opposition to plaintiffs' motion for class certification by May 13, 2005.

3. This case has potential damage claims that could exceed several million dollars being returned to consumers. Accordingly, plaintiffs seek leave to respond to the

1

complicated arguments raised by defendant in their opposition.

WHEREFORE, plaintiffs respectfully request that this Court grant them leave to file a reply in support of their motion for class certification by May 13, 2005 to address arguments raised in First Horizon's response in opposition to plaintiffs' motion for class certification.

                Respectfully submitted,

*Christopher Lefebvre*
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for defendant First Horizon Home Loan Corporation regarding this Motion.

_Heather Piccirilli_
Heather Piccirilli

## CERTIFICATE OF SERVICE

I, Heather A. Piccirilli, certify that on April 29, 2005 a copy of the attached document was served by US Mail upon the party listed below.

U. Gwyn Williams
Daniel J. Pasquarello
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109
617-227-8591 (Facsimile)

_____
Heather Piccirilli