IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURIE A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN CORPORATION, <br><br> Defendant. | 04-10370-RCL |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION TO IMPOUND CONFIDENTIAL MATERIAL**

Plaintiffs respectfully state that they do not oppose defendant's motion to impound confidential material.

Respectfully submitted,

_/s/ Christopher M. Lefebvre_
Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Heather A. Piccirilli, certify that on April 29, 2005 a copy of the attached document was served by US Mail upon the party listed below.

U. Gwyn Williams
Daniel J. Pasquarello
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109
617-227-8591 (Facsimile)

_____
Heather Piccirilli