IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, | ) | |
| GLENROY A. DEANE, | ) | |
| ILENE WILGOREN-DEANE, | ) | |
| CHRISTOPHER J. LILLIE; and | ) | |
| LAURIE A. LILLIE; | ) | |
| | ) | |
| Plaintiffs, | ) | 04-10370-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully request an extension of time, until May 18, 2005, to file a reply memorandum in support of their motion for class certification. In support thereof, plaintiffs state:

1. On May 2, 2005, plaintiffs filed their motion for leave to file a reply memorandum in support of their motion for class certification.

2. On May 11, 2005, the Court granted plaintiffs' motion and plaintiffs'

   reply

memorandum was due on May 13, 2005.

3. Plaintiffs respectfully request an additional three days time, until May 18, 2005, to file their reply.

4. This brief delay requested will not prejudice any party.

5. Plaintiffs' counsel discussed this motion with defendant's counsel and it

1

does not oppose the motion.

WHEREFORE, plaintiffs respectfully request a brief extension of time until May 18, 2005 to file their reply memorandum in support of their motion for class certification.

Respectfully submitted,

s/ Heather A. Piccirilli
Daniel A. Edelman
Heather A. Piccirilli
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre, B.B.O. # 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

## **RULE 7.1 CERTIFICATION**

      I hereby certify that I have conferred with counsel for defendant First Horizon Home Loan Corporation regarding this Motion and they do not oppose the Motion.

                                              _s/ Heather A. Piccirilli_
                                              Heather Piccirilli