# EXHIBIT A

# CLOSING INSTRUCTIONS

LOAN NUMBER 0043480847  
EXPIRATION DATE 7/03/2003  
BORROWER(S) RALPH G. MCKENNA  

CLOSING DATE 6/25/2003  
TITLE COMPANY RULL & ASSOCIATES  
TITLE CO ADDRESS 569 EAST BROADWAY  
SOUTH BOSTON, MA 02127  
ATTN & PHONE # NANCY 617-268-1860  
STTLMNT AGT RULL & ASSOCIATES  
STTLMNT ADD 569 EAST BROADWAY  
SOUTH BOSTON, MA 02127  
SETTLEMENT AGENT FILE  
ATTN & PHONE # 617-268-1860 NANCY  
COMMITMENT #  
LOAN AMOUNT 244,600.00  
WIRE/DRAFT AMOUNT 243,047.61  

PROPERTY ADDRESS 674 GRANITE STREET  
BRAINTREE, MA 02184  
MI/FHA/VA CERT/CASE #  
APPRAISED VALUE 310,000.00  
INTEREST RATE 5.375  
THIS LOAN MUST FUND BY 6/30/2003  
FLOOD INSURANCE REQUIRED   YES   X NO  
HAZARD/FLOOD INSURANCE COVG AMT 150,000.00  
LOAN TYPE CONV Fixed  
SALES PRICE  
FIRST PAYMENT DATE 8/01/2003  
P & I 1,369.69   TERM 360 MONTHS  

THE CLOSING PACKAGE IS TO BE RETURNED BY MESSENGER OR OVERNIGNT DELIVERY WITHIN 24 HOURS OF THE EXECUTION OF THE CLOSING DOCUMENTS TO: FHHLC  
10741 KING WILLIAM DALLAS, TX 75220  
ATTN: MAIL ROOM COST CENTER 6708  

| | BUYER | LENDER | SELLER |
|---|---|---|---|
| ORIGINATION FEES ( %) | $ | $ | $ |
| DISCOUNT POINTS ( %) | $ | $ | $ |
| APPRAISAL FEE TO: CUSACK & ASSOCIATES | $ 300.00 | $ | $ |
| CREDIT REPORT TO: TOTAL CREDIT SERVICE | $ 15.00 | $ | $ |
| LENDERS INSPECTION FEE | $ | $ | $ |
| COURIER FEE TO | $ | $ | $ |
| UNDERWRITING FEE | $ | $ | $ |
| TAX SERVICE FEE TOTAL MTG. SOLUTIONS | $ 90.00 | $ | $ |
| VA FUNDING FEE TO VA ADMINISTRATION | $ | $ | $ |
| 1ST YEAR PMI TO NO PMI IN EFFECT | $ | $ | $ |
| MIP TO HUD | $ | $ | $ |
| TOTAL MIP | | | |
| REFUND CREDIT | | | |
| HAZARD INSURANCE TO: NOTHERN ASSURANCE CO. (AGENT: PATTERSON INSURANCE AG PHONE: 781-329-1020 ) | $ | $ | $ |
| FLOOD INSURANCE TO: (AGENT: PHONE: ) | $ | $ | $ |
| DELIVER/OVERNIGHT FEE TO: | $ | $ | $ |
| SURVEY TO: | $ | $ | $ |
| PEST INSPECTION TO: | $ | $ | $ |
| TITLE INSURANCE TO: | $ 612.50 | $ | $ |
| ATTORNEY FEES TO: | $ 550.00 | $ | $ |
| ASSUMPTION FEE TO: | $ | $ | $ |
| BUYDOWN COST TO: | $ | $ | $ |
| DOC PREP TO: ** | $ | $ | $ |
| CLOSING FEE TO: | $ | $ | $ |
| OTHER 0810 ADMIN FEE | $ | $ | $ |
| OTHER | $ 250.00 | $ | $ |
| OTHER 0815 PROCESSING FEE FHHLC | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER Flood Determination FED FLOOD | $ 24.00 | $ | $ |
| OTHER Commitment Fee | $ 56.50 | $ | $ |
| OTHER COURIER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |

**DOES NOT INCLUDE PREPARATION OF THE NOTE AND SECURITY INSTRUMENT.

IN ADDITION CALCULATE AND COLLECT THE FOLLOWING FEES:

(CHARGE/CREDIT) INTEREST:

PER DIEM INTEREST:    ESCROWS:

|  |  |
|---|---|
| ESCROWS WAIVED | YES __x__ NO ____ |
| 1 DAYS INTEREST OF $ 36.520 PER DIEM IS TO BE COLLECTED FROM DATE OF FUNDING TO END OF MONTH | 12 HAZARD INSURANCE @ 39.42 PER MO. |
|  | ____ MORTGAGE INSURANCE @ _____ PER MO. |
|  | 2 CITY TAXES @ 201.65 PER MO. |
| CREDIT ____ DAYS OF INTEREST @ $ ____ PER DIEM | ____ COUNTY TAXES @ _____ PER MO. |
|  | ____ ANNUAL ASSESSMENTS @ _____ PER MO. |
|  | ____ FLOOD INSURANCE @ _____ PER MO. |
| AGGREGATE ADJUSTMENT (39.47) | See attached for misc escrow _____ PER MO. |
|  | @ _____ PER MO. |

IF THIS LOAN IS FOR THE PURPOSE OF REFINANCING A CURRENT FHHLC CUSTOMER, YOU ARE INSTRUCTED NOT TO PAY/DISBURSE ANY TAX OR INSURANCE PREMIUMS AT CLOSING ON THIS SPECIFIC LOAN. FHHLC IS RESPONSIBLE FOR ENSURING THE REQUIRED DISBURSEMENTS OF ANY TAX OR INSURANCE PREMIUMS DUE ON THE LOAN UNTIL THE LOAN IS PAID IN FULL.

## LOAN DOCUMENTS

| | |
|---|---|
| X ___ CLOSING INSTRUCTIONS | ____ ESCROW HOLDBACK AGREEMENT |
| X ___ NOTE | ____ VET/PURCHASE ACKNOWLEDGEMENT |
| X ___ DEED OF TRUST/MORTGAGE | ____ VA BUILDER CERT |
| ____ PUD/CONDO RIDER | ____ BORR AUTH FOR COUNSELING |
| ____ BALLOON RIDER | ____ CONVENTIONAL PROPERTY CERT |
| ____ ADJUSTABLE RATE RIDER | ____ FHA/VA PROPERTY CERT |
| ____ 1-4 FAMILY RIDER | ____ INTERVIVOS TRUST RIDER |
| X ___ HUD-1 SETTLEMENT STATEMENT | ____ WAIVER OF WELL/SEPTIC |
| ____ ADDENDUM TO HUD-1 (FHA LOANS) | ____ SYNTHETIC STUCCO DISCLOSURE |
| X ___ TRUTH-IN-LENDING DISCLOSURE | ____ VA REQ-POSTP/IMPROVEMENTS |
| X ___ AGGREGATE ANALYSIS W/S | ____ VA ESCROW AGREEMENT-POST/IMPROVEMNTS |
| X ___ INITIAL ESCROW ACCOUNT STATEMENT | ____ SHORTAGE DISCLOSURE FORM |
| ____ ESCROW ACCOUNT WAIVER LETTER | ____ PUD/CONDO FEE ACKNOWLEDGEMENT |
| X ___ 4506/8821 (CA only) | ____ CA EARTHQUAKE INS-NON CONDO/CONDO |
| X ___ W9 | ____ NOTICE OF ASSN, SALE OR TRANSFER |
| X ___ OWNER OCCUPANCY/FINANCIAL STATUS | ____ HIGH COST MORTGAGE DISCLOSURE |
| X ___ SIGNATURE/NAME AFFIDAVIT | ____ OREGON ESCROW ACCOUNT OPTION NOTICE |
| X ___ ERROR AND OMISSIONS/COMPLIANCE AGREEMENT | ____ NOTICE-FLOOD HAZARD |
| ____ FEMA FLOOD NOTICE (VMP1525) | ____ PMI DISC (FIXED/ARM/BALLOON) |
| X ___ WELCOME LETTER/TEMP. PYMT COUPON | ____ NEW JERSEY INITIAL TAX AUTH |
| X ___ BUYERS PAYMENT INFORMATION | ____ LIMITATION ON LAWSUITS-CA |
| X ___ NOTICE OF RIGHT TO CANCEL | ____ CONDO/PUD WARRANTY |
| ____ WAIVER & RELEASE OF HOMESTEAD EXEMPTION | ____ APPLIANCE CERT (MO & KS) |
| ____ BUYDOWN AGREEMENT/SUBSIDY DETAILS | ____ ASSIGNMENT OF ESCROW ACCOUNT |
| ____ TAX INFORMATION SHEET | ____ LENDER/VET DISASTER CERT |
| ____ VA ASSUMPTION POLICY RIDER (VMP538R) | ____ MANUFACTURED WARRANTY |
| ____ BALLOON NOTE ADDENDUM | ____ DEBT QUESTIONNAIRE |
| ____ VA FORM 1820 | ____ VA FEDERAL COLLECTION POLICY NOTICE |
| ____ FIXED RATE AMORTIZATION SCHEDULE | ____ BUILDER CERT-PLANS/SPECS |
| X ___ BORROWER CERT & AUTH | ____ MTG'S ASSURANCE OF COMPLETION |
| ____ VOLUNTARY ESCR ACCT PMTS DISC | ____ FHA/VA WARRANTY OF COMPLETION |
| ____ FHA FACT SHEET | ____ MORTGAGEE'S 518A |

## SETTLEMENT AGENT TO PROVIDE:

THE MORTGAGEE CLAUSE OF THE TITLE POLICY MUST READ:

CONV. -   FIRST HORIZON HOME LOAN CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS

FHA. -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC., THEIR
RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR.

VA. -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE DEPARTMENT OF VETERAN'S ADMINISTRATION, THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS
THEIR INTEREST MAY APPEAR.

HAZARD AND FLOOD INSURANCE MORTGAGEE CLAUSE:

FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
0043480847

P.O. BOX 7481, SPRINGFIELD, OH 45501

SETTLEMENT AGENT TO PROVIDE ALL APPLICABLE ENDORSEMENT(S), BUT NOT LIMITED TO THE FOLLOWING:
  x   ENDORSEMENTS: COMP 100, 8.1, ENVIRONMENTAL LIEN._____

ADDITIONAL SETTLEMENT AGENT REQUIREMENTS
_____  SURVEY IS REQUIRED, MUST BE DATED AND SIGNED BY BORROWER(S)
_____  COPY OF RESTRICTIONS AND/OR EASEMENTS OF RECORD IS REQUIRED
  x    HAZARD INSURANCE: ONE YEAR FIRE AND EXTENDED COVERAGE POLICY WITH PAID RECEIPT
  x    BORROWER(S) AND SELLER(S) HUD-1 SETTLEMENT STATEMENT WITH CERTIFICATION OF RECEIPTS AND DISBURSEMENT. TWO (2) SIGNED COPIES AND/OR ORIGINALS.
_____  APPRAISAL'S CERT. COMPLETION.   PROVIDE CERT. THAT PROPERTY IS IN CONFORMITY WITH APPROVED PLANS AND SPECS (INCLUDING PHOTOS OF FRONT AND REAR, IF APPLICABLE)
_____  BUILDER'S WARRANTY. BORROWER(S) AND SELLER(S) MUST SIGN. RETURN ORIGINAL TO LENDER AND GIVE BORROWER AND SELLER EACH A COPY. MAKE SURE SELLER COMPLETES ADDRESS.
_____  BUILDER WARRANTY ENROLLMENT FORM.  PROVIDE EXECUTED COPY.  LENDER'S COPY MUST REFLECT AGENCY APPROVAL CODE AND MUST BE SIGNED BY ALL PARTIES.
_____  LETTER FROM HOMEOWNER ASSOC. INDICATING HOMEOWNER ASSOC DUES ARE CURRENT
_____  LETTER FROM HOMEOWNER ASSOC. PROVIDING 60 DAY NOTICE OF DELINQUENCIES OR PENDING FORECLOSURES
_____  WATER/WELL INSPECTIONS EVIDENCING IMPROVEMENTS ARE ACCEPTABLE TO HEALTH AUTHORITIES OF COUNTY WHERE PROPERTY IS LOCATED
_____  SEPTIC INSPECTION INDICATING HEALTH AUTHORITY APPROVAL
_____  WOOD INFESTATION REPORT.  ORIGINAL COPY SHOWING NO VISIBLE EVIDENCE OF DAMAGE OF INFESTATION. ANY DAMAGE WILL HAVE TO BE REPAIRED PRIOR TO CLOSING. MUST BE SIGNED BY THE BORROWER(S).
_____  CORRECTED TITLE COMMITMENT_____
  x    HOLD HARMLESS LETTER (IF APPLICABLE)
  x    OBTAIN PROOF OF BORROWER(S) IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS
  x    CLOSING AGENT TO REFLECT CORRECT PAYEES ON HUD-1
  x    IF USING A SHORT FORM TITLE POLICY, POLICY MUST BE FORWARDED WITH THE CLOSING PACKAGE OR WITHIN 5 BUSINESS DAYS.

ADDITIONAL CLOSING CONDITIONS:
VESTING AS FOLLOWS:   RALPH G. MCKENNA , A Single Man

```
FINAL 1003 BE SIGNED AT CLOSING
TAXES DUE 08/01/2003 TO BE PAID AT CLOSING
CASH REQUIRED TO CLOSE NOT TO EXCEED: $0.00
4506 TO BE SIGNED AT CLOSING
1040'S TO BE SIGNED AND DATED
NO SUBORDINATE FINANCING
THREE DAY RIGHT OF RESCISSION
HUD-1 TO EVIDENCE PAYOFF OF CHASE MANHATTAN AND ANY AND ALL ADDITIONAL
LIENS ON SUBJECT PROPERTY
PLEASE FAX FINAL HUD FOR REVIEW TO JOHN AT 781-749-6836
PRELIMINARY TITLE TO BE REVIEWED BEFORE LOAN FUNDING
```

THESE INSTRUCTIONS CANNOT BE AMENDED BY ANY ORAL AGREEMENTS OR DISCUSSIONS WITH UNAUTHORIZED PERSONNEL. ANY DEVIATION FROM THESE WRITTEN INSTRUCTIONS ARE AT THE RISK OF SETTLEMENT AGENT. DO NOT MAKE ANY CHANGES TO THE DOCUMENTS WITHOUT CONTACTING THE CLOSING COORDINATOR. THERE IS TO BE NO WHITEOUTS MADE. IF A CHANGE NEEDS TO BE MADE, MARK IT OUT, RETYPE, AND HAVE INITIALED BY BORROWER(S).

IF THE DEED OF TRUST/MORTGAGE AND THE FINAL TITLE POLICY WILL NOT BE SENT WITH THE CLOSING PACKAGE, PLEASE SEND THEM WITHIN 30 DAYS OF CLOSING TO:
PHHLC - POST CLOSING MAIL ROOM
10741 KING WILLIAM-MAIL CODE 6708, DALLAS, TX 75220

_____         _____
SETTLEMENT AGENT CLOSER                  BRANCH COORDINATOR

CB5002                                   3 of 4                              (4/00)

FH 000047

## GENERAL INSTRUCTIONS

### CLOSING REQUIREMENTS:

(1) THE LOAN CLOSING IS SUBJECT TO THE REQUIREMENTS OF THE LOAN COMMITMENT, THE EARNEST MONEY CONTRACT (IF APPLICABLE) AND ALL LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS WHICH AFFECT THIS TRANSACTION. THE CLOSING IS ALSO SUBJECT TO LENDER'S APPROVAL, PRIOR TO DISBURSEMENT, OF THE SURVEY AND ALL SPECIAL EXCEPTIONS TO BE MADE IN THE MORTGAGE TITLE POLICY, AND LENDER'S APPROVAL OF ANY VIOLATION OF RESTRICTIONS, BUILDING REQUIREMENTS, OR ENCROACHMENTS WHICH MAY EXIST. THIS LOAN MUST BE CLOSED IN STRICT ACCORDANCE WITH THESE INSTRUCTIONS.

(2) IF YOU HAVE KNOWLEDGE OF ANY OTHER PARTIES IN THIS TRANSACTION OR ANY IMPENDING TRANSFERS OF TITLE CONTACT THE CLOSING COORDINATOR. DO NOT CLOSE THE LOAN, BUT CONTACT THE CLOSING COORDINATOR IMMEDIATELY. IF TRUTH-IN-LENDING DISCLOSURE IS NOT DATED WITHIN ONE DAY OF THE WIRE DATE SHOWN ON PAGE 1 OF THE CLOSING INSTRUCTIONS, OR IF BUYER PAYS ANY FEES ORIGINALLY TO BE PAID BY THE SELLER, CONTACT THE CLOSING COORDINATOR FOR A NEW TRUTH-IN-LENDING.

(3) FIRST HORIZON HOME LOAN CORPORATION HEREBY EMPLOYS THE AFOREMENTIONED TITLE INSURANCE COMPANY AND ITS AGENT TITLE/ESCROW COMPANY TO ACT AS THE LENDER'S AGENT IN CONNECTION WITH THE LOAN BEING MADE BY THE LENDER TO THE AFOREMENTIONED BORROWER(S).

## TITLE LIMITATIONS

BEFORE CLOSING, ADVISE THE LENDER AND SECURE APPROVAL IN ANY CASE WHERE:

(1) THE SURVEY REVEALS ANY VIOLATIONS OF RESTRICTIONS, ENCROACHMENTS OF ANY KIND AND/OR EASEMENTS LARGER THAN USUAL AND CUSTOMARY. BE SURE THE SURVEY INFORMATION AGREES EXACTLY WITH LEGAL DOCUMENTS. IT MUST SHOW EACH BORROWER'S NAME, STREET ADDRESS, CURRENT DATE, FLOOD PLAIN CERTIFICATION, HOUSE AND LOT DIMENSIONS, AND MAP REFERENCE WITH LEGAL DOCUMENTS. THESE MUST AGREE. EASEMENTS SHOWN ON THE SURVEY MUST AGREE WITH THOSE SHOWN ON THE TITLE POLICY. THERE IS TO BE NO EXCEPTION TAKEN IN THE MORTGAGEE TITLE POLICY FOR ANY ENCROACHMENT SHOWN ON THE SURVEY.

(2) THERE ARE OIL AND GAS LEASES, UNSUBORDINATED MAINTENANCE CHARGES, REVISIONARY CLAUSES IN RESTRICTIONS, OR ANYTHING ELSE OUT OF THE ORDINARY TO WHICH YOU INTEND TO MAKE EXCEPTION IN THE MORTGAGEE TITLE POLICY.

(3) THE LOAN DOCUMENTS ARE NOT IN PROPER FORM AND IN ACCORDANCE WITH THE LOAN TERMS IN THE EARNEST MONEY CONTRACT (IF APPLICABLE).

(4) THE MORTGAGEE TITLE POLICY HAS AN EXCEPTION TO INGRESS OR EGRESS TO THE PROPERTY.

(5) A FIRST LIEN MORTGAGEE TITLE POLICY THAT WILL NOT COMPLY WITH ALL TITLE POLICY REQUIREMENTS SET FORTH IN THESE INSTRUCTIONS.

### IF LOAN IS BEING TABLE FUNDED, BY WIRE, BY FIRST HORIZON HOME LOAN CORPORATION, THE FOLLOWING APPLIES:

IF SETTLEMENT DOES NOT OCCUR WITHIN ONE (1)BUSINESS DAY AFTER YOUR RECEIPT OF FUNDS FROM THE AGENT, SAID FUNDS ARE TO BE RETURNED BY YOU TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOAN CORPORATION COLLATERAL ACCOUNT NO. 404527, AND (II) ALL DOCUMENTS ARE TO BE RETURNED TO US WITHIN TWENTY FOUR (24) HOURS AFTER SETTLEMENT."

PLEASE NOTE - YOU MUST REFERENCE THE BORROWER'S LAST NAME, FIRST HORIZON HOME LOAN CORPORATION LOAN NUMBER AND "WIREBACK" ON ANY RETURNED FUNDS.