# EXHIBIT B

## CLOSING INSTRUCTIONS

LOAN NUMBER __0044814556__ _____ EXPIRATION DATE __9/02/2003__
BORROWER(S) __CHRISTOPHER J LILLIE & LAURA A LILLIE__ _____

CLOSING DATE __8/27/2003__ _____ PROPERTY ADDRESS __20 ENDICOTT ST__
STTLMNT AGT __RESOURCE TITLE__ _____ __PITTSFIELD, MA 01201__
STTLMNT ADD __10999 RED RUN BLVD STE 207__ ___ MI/FHA/VA CERT/CASE # _____
__OWINGS MILLS, MD 21117__ _____ APPRAISED VALUE __144,000.00__
SETTLEMENT AGENT FILE _____
ATTN & PHONE # __410-654-5550__ _____ INTEREST RATE __4.250__
TITLE COMPANY __ATTY__ _____ THIS LOAN MUST FUND BY __9/02/2003__
TITLE COMMITMENT # _____
LOAN TYPE __CONV ARM__ _____ FLOOD INSURANCE REQUIRED _____ YES _X_ NO
SALES PRICE _____ HAZARD/FLOOD INSURANCE COVG AMT __128,000.00__
LOAN AMOUNT __112,500.00__ _____ FIRST PAYMENT DATE __10/01/2003__
P&I __553.44__ TERM __360__ _____ MONTHS WIRE/DRAFT AMOUNT __110,897.93__
YIELD SPREAD PREMIUM _____

THE CLOSING PACKAGE IS TO BE RETURNED BY MESSENGER OR OVERNIGHT DELIVERY WITHIN 24 HOURS OF THE EXECUTION OF THE CLOSING DOCUMENTS TO PHHLC
10741 KING WILLIAM DALLAS, TX 75220
ATTN: MAIL ROOM COST CENTER 6708

|  | BUYER | LENDER | SELLER |
|---|---|---|---|
| ORIGINATION( 2.00%) EMPIRE MORTGAGE | $ 2,250.00 | $ | $ |
| DISCOUNT PTS( .125%) TO EMPIRE MORTGAGE | $ 140.63 | $ | $ |
| APPRAISAL FEE TO: FHHLC | $ | $ | $ |
| CREDIT REPORT TO | $ | $ | $ |
| LENDERS INSPECTION FEE | $ | $ | $ |
| UNDERWRITING FEE PHHLC | $ 250.00 | $ | $ |
| COURIER FEE TO COURIER FEE TO: | $ | $ | $ |
| TAX SERVICE FEE TOTAL MTG SOLUTIONS | $ 90.00 | $ | $ |
| VA FUNDING FEE TO VA ADMINISTRATION | $ | $ | $ |
| 1ST YEAR PMI TO NO PMI IN EFFECT | $ | $ | $ |
| MIP TO HUD | $ | | |
| TOTAL MIP | | | |
| REFUND CREDIT | | | |
| HAZARD INSURANCE TO: | | | |
| WORCESTER HURON INS | $ | $ | $ |
| (AGENT ___ PHONE ___) | | | |
| FLOOD INSURANCE TO | $ | $ | $ |
| (AGENT ___ PHONE ___) | | | |
| MORTGAGE BROKER FEE TO: EMPIRE MTG | $ 995.00 | $ | $ |
| DELIVER/OVERNIGHT FEE TO | $ | | |
| SURVEY TO | $ | $ | $ |
| PEST INSPECTION TO | $ | $ | $ |
| TITLE INSURANCE TO: | | | |
| ATTY | $ 93.50 | $ | $ |
| ATTORNEY FEES TO: | $ | $ | $ |
| WIRE FEE TO PHHLC | $ 45.00 | $ | $ |
| TABLE FUND FEE TO | $ | $ | $ |
| BUYDOWN COST TO | $ | $ | $ |
| DOC PREP TO ** | $ | $ | $ |
| CLOSING FEE TO ATTY | $ 205.30 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER APPLICATION FEE EMPIRE MTG | $ 475.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER Flood Determination FED FLOOD | $ 24.00 | $ | $ |
| OTHER Commitment Fee PHHLC | $ 150.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |

**DOES NOT INCLUDE PREPARATION OF THE NOTE AND SECURITY INSTRUMENT.

FH 000578

IN ADDITION CALCULATE AND COLLECT THE FOLLOWING FEES:

(CHARGE/CREDIT) INTEREST

**PER DIEM INTEREST:**                          **ESCROWS:**

ESCROWS WAIVED _____ YES __x__ NO

_____ DAYS INTEREST OF $ _____ PER DIEM IS TO BE COLLECTED FROM DATE OF FUNDING TO END OF MONTH

| | | |
|---|---|---|
| 12 | HAZARD INSURANCE | @ 34.33 PER MO. |
| | MORTGAGE INSURANCE | @ _____ PER MO. |
| | CITY TAXES | @ _____ PER MO. |
| 3 | COUNTY TAXES | @ 167.92 PER MO. |
| | ANNUAL ASSESSMENTS | @ _____ PER MO. |
| | FLOOD INSURANCE | @ _____ PER MO. |
| | | @ _____ PER MO. |
| | | @ _____ PER MO. |

CREDIT __(1)__ DAYS OF INTEREST @ $13.281 PER DIEM

AGGREGATE ADJUSTMENT _____

## LOAN DOCUMENTS

| | |
|---|---|
| X   CLOSING INSTRUCTIONS | ____ VA REQ-POSTP/IMPROVEMENTS |
| X   NOTE | ____ VA ESCROW AGREEMT-POSTP/IMPROVEMENTS |
| X   DEED OF TRUST/MORTGAGE | ____ SHORTAGE DISCLOSURE FORM |
| ____ PUD/CONDO RIDER | ____ PUD/CONDO FEE ACKNOWLEDGEMENT |
| ____ BALLOON RIDER | ____ CA EARTHQUAKE INS-NON CONDO/CONDO |
| X   ADJUSTABLE RATE RIDER | ____ NOTICE OF ASSN, SALE OR TRANSFER |
| ____ 1-4 FAMILY RIDER | ____ HIGH COST MORTGAGE DISCLOSURE |
| X   HUD-1 SETTLEMENT STATEMENT | ____ OREGON ESCROW ACCOUNT OPTION NOTICE |
| ____ ADDENDUM TO HUD-1 (FHA LOANS) | ____ NOTICE-FLOOD HAZARD |
| X   TRUTH-IN-LENDING DISCLOSURE | ____ PMI DISC (FIXED/ARM/BALLOON) |
| X   AGGREGATE ANALYSIS W/S | ____ NEW JERSEY INITIAL TAX AUTH |
| X   INITIAL ESCROW ACCOUNT STATEMENT | ____ LIMITATION ON LAWSUITS-CA |
| ____ ESCROW ACCOUNT WAIVER LETTER | ____ CONDO/PUD WARRANTY |
| X   4506/8821 (CA only) | ____ APPLIANCE CERT (MO & KS) |
| X   W9 | ____ ASSIGNMENT OF ESCROW ACCOUNT |
| X   OWNER OCCUPANCY/FINANCIAL STATUS | ____ LENDER/VET DISASTER CERT |
| X   SIGNATURE/NAME AFFIDAVIT | ____ MANUFACTURED WARRANTY |
| X   ERROR AND OMISSIONS/COMPLIANCE AGREEMENT | ____ DEBT QUESTIONNAIRE |
| ____ FEMA FLOOD NOTICE (VMP1525) | ____ VA FEDERAL COLLECTION POLICY NOTICE |
| X   WELCOME LETTER/TEMP. PYMT COUPON | ____ BUILDER CERT-PLANS/SPECS |
| X   BUYERS PAYMENT INFORMATION | ____ MTG'S ASSURANCE OF COMPLETION |
| X   NOTICE OF RIGHT TO CANCEL | ____ FHA/VA WARRANTY OF COMPLETION |
| ____ WAIVER & RELEASE OF HOMESTEAD EXEMPTION | ____ MORTGAGEE'S 518A |
| ____ BUYDOWN AGREEMENT/SUBSIDY DETAILS | X   HAZARD INSURANCE REQUIREMENTS |
| ____ TAX INFORMATION SHEET | ____ ADDENDUM TO LOAN APPLICATION |
| ____ VA ASSUMPTION POLICY RIDER (VMP538R) | ____ ADDENDUM TO LOAN APPLICATION-BALLOON |
| ____ BALLOON NOTE ADDENDUM | ____ FIXED BALLOON DISCLOSURE |
| ____ VA FORM 1820 | ____ FNMAOR FHLMC CALIFORNIA PMI DISCLOSURE |
| ____ FIXED RATE AMORTIZATION SCHEDULE | ____ RESPA DISCLOSURE |
| X   BORROWER CERT & AUTH | ____ FHA NOTICE TO HOMEOWNER |
| ____ VOLUNTARY ESCR ACCT PMTS DISC | ____ IMPORTANT NOTICE TO HOMEBUYER |
| ____ FHA FACT SHEET | ____ REFUSAL 1ST TIME HOMEOWNER'S COUNSELING |
| ____ ESCROW HOLDBACK AGREEMENT | ____ MANUFACTURED HOME CERT |
| ____ VET/PURCHASE ACKNOWLEDGEMENT | ____ AFFILIATED BUSINESS ARRANGEMENT DISC |
| ____ VA BUILDER CERT | ____ FHA ARM DISCLOSURE |
| ____ BORR AUTH FOR COUNSELING | ____ LPMI HPA DISCLOSURE |
| ____ CONVENTIONAL PROPERTY CERT | ____ PMI HPA/REINSURANCE DISCLOSURE |
| ____ FHA/VA PROPERTY CERT | ____ INFORMED CONSUMER CHOICE DISCLOSURE |
| ____ INTERVIVOS TRUST RIDER | ____ MORTGAGE LOAN ORIG AGREEMENT |
| ____ WAIVER OF WELL/SEPTIC | X   LOAN PURCHASE ADVICE |
| ____ SYNTHETIC STUCCO DISCLOSURE | ____ NOTICE OF CREDIT CARD APPROVAL |

## SETTLEMENT AGENT TO PROVIDE:

**THE MORTGAGE CLAUSE OF THE TITLE POLICY MUST READ:**

**CONV.** -   FIRST HORIZON HOME LOAN CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS

**FHA.** -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC., THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR

**VA.** -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE DEPARTMENT OF VETERAN'S ADMINISTRATION. THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR

**HAZARD AND FLOOD INSURANCE MORTGAGE CLAUSE:**
FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
0044814556
P.O. BOX 7481, SPRINGFIELD, OH 45501

CB6D453                           PG 2 OF 4                           (1/03)

FH 000579

## SETTLEMENT AGENT TO PROVIDE ALL APPLICABLE ENDORSEMENT(S), BUT NOT LIMITED TO THE FOLLOWING

_X_ ENDORSEMENTS: COMP 100, 8.1, ENVIRONMENTAL LIEN, _ARM_

### ADDITIONAL SETTLEMENT AGENT REQUIREMENTS

____ SURVEY IS REQUIRED, MUST BE DATED AND SIGNED BY BORROWER(S)
____ COPY OF RESTRICTIONS AND/OR EASEMENTS OF RECORD IS REQUIRED
____ HAZARD INSURANCE: ONE YEAR FIRE AND EXTENDED COVERAGE POLICY WITH PAID RECEIPT
____ BORROWER(S) AND SELLER(S) HUD-1 SETTLEMENT STATEMENT WITH CERTIFICATION OF RECEIPTS AND DISBURSEMENT. TWO (2) SIGNED COPIES AND/OR ORIGINALS.
____ APPRAISAL'S CERT. COMPLETION  PROVIDE CERT. THAT PROPERTY IS IN CONFORMITY WITH APPROVED PLANS AND SPECS (INCLUDING PHOTOS OF FRONT AND REAR, IF APPLICABLE)
____ BUILDER'S WARRANTY  BORROWER(S) AND SELLER(S) MUST SIGN. RETURN ORIGINAL TO LENDER AND GIVE BORROWER AND SELLER EACH A COPY  MAKE SURE SELLER COMPLETES ADDRESS.
____ BUILDER WARRANTY ENROLLMENT FORM  PROVIDE EXECUTED COPY  LENDER'S COPY MUST REFLECT AGENCY APPROVAL CODE AND MUST BE SIGNED BY ALL PARTIES.
____ LETTER FROM HOMEOWNER ASSOC  INDICATING HOMEOWNER ASSOC DUES ARE CURRENT
____ LETTER FROM HOMEOWNER ASSOC. PROVIDING 60 DAY NOTICE OF DELINQUENCIES OR PENDING FORECLOSURES
____ WATER/WELL INSPECTIONS EVIDENCING IMPROVEMENTS ARE ACCEPTABLE TO HEALTH AUTHORITIES OF COUNTY WHERE PROPERTY IS LOCATED
____ SEPTIC INSPECTION INDICATING HEALTH AUTHORITY APPROVAL
____ WOOD INFESTATION REPORT  ORIGINAL COPY SHOWING NO VISIBLE EVIDENCE OF DAMAGE OF INFESTATION. ANY DAMAGE WILL HAVE TO BE REPAIRED PRIOR TO CLOSING. MUST BE SIGNED BY THE BORROWER(S).
____ CORRECTED TITLE COMMITMENT_____
_X_ HOLD HARMLESS LETTER (IF APPLICABLE)
_X_ OBTAIN PROOF OF BORROWER(S) IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS
_X_ CLOSING AGENT TO REFLECT CORRECT PAYEES ON HUD-1
_X_ IF USING A SHORT FORM TITLE POLICY, POLICY MUST BE FORWARDED WITH THE CLOSING PACKAGE OR WITHIN 5 BUSINESS DAYS.

### ADDITIONAL CLOSING CONDITIONS:
VESTING AS FOLLOWS:
    CHRISTOPHER J LILLIE
    LAURA A LILLIE

1. SIGN AND DATE FINAL TYPED 1003 & ANY APPLICABLE ADDENDUMS.
2. LEGAL DESCRIPTION MUST BE RECORDED WITH MORTGAGE.
3. ALL DOCUMENTS MUST BE SIGNED EXACTLY AS TYPED.
4. PROVIDE COPY OF EXECUTED MORTGAGE, MARKED UP TITLE BINDER, DEED.
5. SHOULD TAXES OR HAZARD BE DUE PRIOR TO FIRST PAYMENT IT MUST BE PAID AT CLOSING.
6. FUNDS TO CLOSE MUST NOT EXCEED $0
7. PAYOFF FOLLOWING ACCOUNTS: GREYLOCK / BERKSHIRE / DISCOVER / NELNET CHASE / FUSA / HHLD (CLOSE ALL ACCOUNTS)
8. SIGN TAX RETURNS SIGN COPY OF YTD P&L STATEMENT.
LOAN DISCOUNT FEE DEFAULTS W/BROKER NAME - SHOULD BE PAYABLE TO
 PHHLC.   .125% (140.63)
TOTAL CHECK TO BROKER WHICH INCLUDES YIELD SPREAD PREMIUM = 3720

ALL OF THE ABOVE CONDITIONS MUST BE SATISFIED & RETURNED W/THE CLOSING PACKAGE OR DISBURSEMENT IS NOT AUTHORIZED.
PLEASE FAX HUD PRIOR TO SETTLEMENT ATTN: MELISSA    412-919-0900


THESE INSTRUCTIONS CANNOT BE AMENDED BY ANY ORAL AGREEMENTS OR DISCUSSIONS WITH UNAUTHORIZED PERSONNEL. ANY DEVIATION FROM THESE WRITTEN INSTRUCTIONS ARE AT THE RISK OF SETTLEMENT AGENT. DO NOT MAKE ANY CHANGES TO THE DOCUMENTS WITHOUT CONTACTING THE CLOSING COORDINATOR. THERE IS TO BE NO WHITEOUTS MADE. IF A CHANGE NEEDS TO BE MADE, MARK IT OUT, RETYPE, AND HAVE INITIALED BY BORROWER(S).

IF THE DEED OF TRUST/MORTGAGE AND THE FINAL TITLE POLICY WILL NOT BE SENT WITH THE CLOSING PACKAGE, PLEASE SEND THEM WITHIN 30 DAYS OF CLOSING TO
 PHHLC - POST CLOSING MAIL ROOM
 10741 KING WILLIAM MAIL CODE 6708, DALLAS, TX 75220

_____     _____
SETTLEMENT AGENT CLOSER            BRANCH COORDINATOR

FH 000580

0044814556

## GENERAL INSTRUCTIONS

**CLOSING REQUIREMENTS:**

(1) THE LOAN CLOSING IS SUBJECT TO THE REQUIREMENTS OF THE LOAN COMMITMENT, THE EARNEST MONEY CONTRACT (IF APPLICABLE) AND ALL LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS WHICH AFFECT THIS TRANSACTION. THE CLOSING IS ALSO SUBJECT TO LENDER'S APPROVAL, PRIOR TO DISBURSEMENT, OF THE SURVEY AND ALL SPECIAL EXCEPTIONS TO BE MADE IN THE MORTGAGE TITLE POLICY, AND LENDER'S APPROVAL OF ANY VIOLATION OF RESTRICTIONS, BUILDING REQUIREMENTS, OR ENCROACHMENTS WHICH MAY EXIST. THIS LOAN MUST BE CLOSED IN STRICT ACCORDANCE WITH THESE INSTRUCTIONS.

(2) IF YOU HAVE KNOWLEDGE OF ANY OTHER PARTIES IN THIS TRANSACTION OR ANY IMPENDING TRANSFERS OF TITLE CONTACT THE CLOSING COORDINATOR. DO NOT CLOSE THE LOAN, BUT CONTACT THE CLOSING COORDINATOR IMMEDIATELY. IF TRUTH-IN-LENDING DISCLOSURE IS NOT DATED WITHIN ONE DAY OF THE WIRE DATE SHOWN ON PAGE 1 OF THE CLOSING INSTRUCTIONS, OR IF BUYER PAYS ANY FEES ORIGINALLY TO BE PAID BY THE SELLER, CONTACT THE CLOSING COORDINATOR FOR A NEW TRUTH-IN-LENDING.

(3) FIRST HORIZON HOME LOAN CORPORATION HEREBY EMPLOYS THE AFOREMENTIONED TITLE INSURANCE COMPANY AND ITS AGENT TITLE/ESCROW COMPANY TO ACT AS THE LENDER'S AGENT IN CONNECTION WITH THE LOAN BEING MADE BY THE LENDER TO THE AFOREMENTIONED BORROWER(S)

## TITLE LIMITATIONS

BEFORE CLOSING, ADVISE THE LENDER AND SECURE APPROVAL IN ANY CASE WHERE:

(1) THE SURVEY REVEALS ANY VIOLATIONS OF RESTRICTIONS, ENCROACHMENTS OF ANY KIND AND/OR EASEMENTS LARGER THAN USUAL AND CUSTOMARY. BE SURE THE SURVEY INFORMATION AGREES EXACTLY WITH LEGAL DOCUMENTS. IT MUST SHOW EACH BORROWER'S NAME, STREET ADDRESS, CURRENT DATE, FLOOD PLAIN CERTIFICATION, HOUSE AND LOT DIMENSIONS, AND MAP REFERENCE WITH LEGAL DOCUMENTS. THESE MUST AGREE. EASEMENTS SHOWN ON THE SURVEY MUST AGREE WITH THOSE SHOWN ON THE TITLE POLICY. THERE IS TO BE NO EXCEPTION TAKEN IN THE MORTGAGEE TITLE POLICY FOR ANY ENCROACHMENT SHOWN ON THE SURVEY.

(2) THERE ARE OIL AND GAS LEASES, UNSUBORDINATED MAINTENANCE CHARGES, REVISIONARY CLAUSES IN RESTRICTIONS, OR ANYTHING ELSE OUT OF THE ORDINARY TO WHICH YOU INTEND TO MAKE EXCEPTION IN THE MORTGAGEE TITLE POLICY.

(3) THE LOAN DOCUMENTS ARE NOT IN PROPER FORM AND IN ACCORDANCE WITH THE LOAN TERMS IN THE EARNEST MONEY CONTRACT (IF APPLICABLE)

(4) THE MORTGAGEE TITLE POLICY HAS AN EXCEPTION TO INGRESS OR EGRESS TO THE PROPERTY.

(5) A FIRST LIEN MORTGAGEE TITLE POLICY THAT WILL NOT COMPLY WITH ALL TITLE POLICY REQUIREMENTS SET FORTH IN THESE INSTRUCTIONS.

ALL CHECKS RELATED TO THE CLOSING TRANSACTION INCLUDING PAYOFF CHECKS, ESCROW CHECKS, AND PRINCIPAL REDUCTIONS SHOULD BE SENT TO THE FOLLOWING ADDRESS:

FIRST HORIZON HOME LOANS CORPORATION
ATTENTION: PAYOFF DEPARTMENT, COST CENTER 6108
4000 HORIZON WAY, IRVING, TX 75063

IF A PAYOFF IS BEING PROCESSED BY WIRE, THE FOLLOWING INSTRUCTIONS APPLY:

SEND PAYOFF WIRE TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE 38101, ABA TRANSIT NO 084000026 FOR CREDIT TO FIRST HORIZON HOME LOANS CORPORATION ACCOUNT NO 000831727, ATTENTION: PAYOFF PROCESSING UNIT. PLEASE NOTE – YOU MUST REFERENCE THE BORROWOR'S NAME AND LOAN NUMBER.

IF LOAN IS BEING TABLE FUNDED BY FIRST HORIZON HOME LOAN CORPORATION, THE FOLLOWING APPLIES:

IF SETTLEMENT DOES NOT OCCUR WITHIN ONE (1)BUSINESS DAY AFTER YOUR RECEIPT OF FUNDS FROM THE AGENT, SAID FUNDS ARE TO BE RETURNED BY YOU TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOAN CORPORATION CLEARING ACCOUNT NO. 831727, AND (II) ALL DOCUMENTS ARE TO BE RETURNED TO US WITHIN TWENTY FOUR (24) HOURS AFTER SETTLEMENT.

PLEASE NOTE - YOU MUST REFERENCE THE BORROWER'S LAST NAME, FIRST HORIZON HOME LOAN CORPORATION LOAN NUMBER AND "WIREBACK" ON ANY RETURNED FUNDS.

FH 000581

08/26/2003 11:11 2152449558 EMPIRE MORTGAGE PAGE 13/26
08/04/2003 03:30 [illegible]42316 RESOURCE PAGE 02/02

American Pioneer Title Insurance Company

Page 1 of 1

# AMERICAN PIONEER
## TITLE INSURANCE COMPANY
493 EAST SEMORAN BOULEVARD
CASSELBERRY, FLORIDA 32707
800-393-9793

August 21, 2003

First Horizon Home Loan Corporation
Its successors and/or assigns
P. O. Box 7431
Springfield, OH 45501

RE: Insured Closing Service Letter -   Keystone Title, L.L.C.
                                       308 Red Brook Blvd., Suite 300
                                       Owings Mills, MD 21117

Dear Sir or Madam:

When title insurance of American Pioneer Title Insurance Company is specified for your protection in connection with closings of real estate transactions in which you are to be the lessee or purchaser of an interest in land or a lender secured by a mortgage (including any other security instrument) of an interest in land, the American Pioneer Title Insurance Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with such closings when conducted by said Issuing Agent or Approved Attorney when such loss arises out of:

1. Failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to the extent that they relate to (a) the status of the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such status of title or lien, or (b) the obtaining of any other document, specifically required by you, but only to the extent that the failure to obtain such other document affects the status of the title to said interest in land or the validity, enforceability, and priority of the lien of said mortgage on said interest in land, and in no event in the extent that such a determination of the validity, enforceability or effectiveness of such other document is required by said instructions, or

2. Fraud or dishonesty of said Issuing Agent or Approved Attorney in handling your funds or documents in connection with such closings. If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling shall be protected as if this letter were addressed to your borrower.

Conditions and Exclusions

A. The American Pioneer Title Insurance Company will not be liable to you for the loss arising out of:
   1. Failure of said Issuing Agent or Approved Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by American Pioneer Title Insurance Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent. This paragraph shall not be applicable when such binder or commitment has not been required by the lender prior to closing.
   2. Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except such as shall result from failure of said Issuing Agent or Approved Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.
   3. Mechanical and statutory liens in connection with your purchase or lease or construction loan transactions, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the American Pioneer Title Insurance Company.
   4. The periodic disbursement of construction loan proceeds or funds furnished by the owner to pay for construction costs during the construction of improvements on the land to be insured, unless an officer of the company has specifically accepted the responsibility to you for such disbursements program in writing.
   5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law or any similar law.

B. When the American Pioneer Title Insurance Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the American Pioneer Title Insurance Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

C. Any liability of the American Pioneer Title Insurance Company for loss incurred by you in connection with closings of real estate transactions by said Issuing Agent or Approved Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of American Pioneer Title Insurance Company. The dollar amount of protection hereby incurred shall not be greater than the amount of the title insurance binder, commitment or policy of title insurance to be issued, and liability hereunder as to any particular loan transaction shall be coextensive with liability under the policy issued to you in connection with such transaction. Payments in accordance with the terms of this letter shall reduce by the same amount the liability under such policy and payments under such policy shall reduce by the same amount the company's liability under the terms of this letter.

D. Claims of loss shall be made promptly to the American Pioneer Title Insurance Company at its principal office at 493 East Semoran Boulevard, Casselberry, Florida 32707. When the failure to give prompt notice shall prejudice the American Pioneer Title Insurance Company, then liability of the American Pioneer Title Insurance Company hereunder shall be reduced to the extent of such prejudice.

E. Nothing contained herein shall be construed as authorizing compliance by any Issuing Agent or approved attorney with any such closing instructions, compliance with which would constitute a violation of any applicable law, rule or regulation relating to the activity of title insurers. Poor Issuing Agents or Approved Attorneys, and their failure to comply with any such closing instructions shall not create any liability under the terms of this letter.

F. The protection herein offered will be effective until cancelled by written notice from the American Pioneer Title Insurance Company. Any previous Insured Closing Service Letter or similar agreement is hereby cancelled, except as to closings of your real estate transactions regarding which you have previously sent (or within 30 days hereafter send) written closing instructions to said Issuing Agent or Approved Attorney.

G. This letter is ineffective to afford protection in Florida, New Jersey, New Mexico, Pennsylvania, Texas, Vermont, and Virginia. These must offer insured closing services letters specifically promulgated and/or approved by their state insurance regulator.

Authorized Signatory: *Laura Miles*

cc: Keystone Title, L.L.C.

http://ics.aptic.com/ICSWebLetters.nsf/ByUniqueKey/0BCB1429FF1BE51F85256D890052...   8/21/03

# CLOSING INSTRUCTIONS

LOAN NUMBER 0044814556                       EXPIRATION DATE  9/02/2003
BORROWER(S) CHRISTOPHER J LILLIE & LAURA A LILLIE

CLOSING DATE     8/27/2003                    PROPERTY ADDRESS 20 ENDICOTT ST
STTLMNT AGT  RESOURCE TITLE                   PITTSFIELD, MA 01201
STTLMNT ADD  10999 RED RUN BLVD STE 207       MI/FHA/VA CERT/CASE #
 OWINGS MILLS, MD 21117                       APPRAISED VALUE    144,000.00
SETTLEMENT AGENT FILE
ATTN & PHONE # 410-654-5550                   INTEREST RATE           4.250
TITLE COMPANY ATTY                            THIS LOAN MUST FUND BY    9/02/2003
TITLE COMMITMENT #
LOAN TYPE        CONV ARM                     FLOOD INSURANCE REQUIRED        YES  X    NO
SALES PRICE                                   HAZARD/FLOOD INSURANCE COVG AMT   128,000.00
LOAN AMOUNT    112,500.00                     FIRST PAYMENT DATE      10/01/2003
P&I    553.44      TERM   360    MONTHS       WIRE/DRAFT AMOUNT         110,897.93
YIELD SPREAD PREMIUM

THE CLOSING PACKAGE IS TO BE RETURNED BY MESSENGER OR OVERNIGHT DELIVERY WITHIN 24 HOURS OF THE
EXECUTION OF THE CLOSING DOCUMENTS TO: FHHLC
                    10741 KING WILLIAM DALLAS, TX  75220
                    ATTN: MAIL ROOM COST CENTER 6708

|  | BUYER | LENDER | SELLER |
|---|---|---|---|
| ORIGINATION( 2.00%) EMPIRE MORTGAGE | $ 2,250.00 | $ | $ |
| DISCOUNT PTS( .125%) TO EMPIRE MORTGAGE | $ 140.63 | $ | $ |
| APPRAISAL FEE TO: | $ | $ | $ |
| CREDIT REPORT TO: | $ | $ | $ |
| LENDERS INSPECTION FEE | $ | $ | $ |
| UNDERWRITING FEE  FHHLC | $ 250.00 | $ | $ |
| COURIER FEE TO: COURIER FEE TO: | $ | $ | $ |
| TAX SERVICE FEE  TOTAL MTG SOLUTIONS | $ 90.00 | $ | $ |
| VA FUNDING FEE TO VA ADMINISTRATION | $ | $ | $ |
| 1ST YEAR PMI TO: NO PMI IN EFFECT | $ | $ | $ |
| MIP TO HUD | $ | | |
| TOTAL MIP | | | |
| REFUND CREDIT | | | |
| HAZARD INSURANCE TO: | | | |
|  WORCESTER HURON INS | $ | $ | $ |
| (AGENT:            PHONE:         ) | | | |
| FLOOD INSURANCE TO: | $ | $ | $ |
| (AGENT:            PHONE:         ) | | | |
| MORTGAGE BROKER FEE TO: EMPIRE MTG | $ 995.00 | $ | $ |
| DELIVER/OVERNIGHT FEE TO: | $ | | |
| SURVEY TO: | $ | $ | $ |
| PEST INSPECTION TO: | $ | $ | $ |
| TITLE INSURANCE TO: | | | |
|  ATTY | $ 93.50 | $ | $ |
| ATTORNEY FEES TO: | $ | $ | $ |
| WIRE FEE TO:  FHHLC | $ 45.00 | $ | $ |
| TABLE FUND FEE TO: | $ | $ | $ |
| BUYDOWN COST TO: | $ | $ | $ |
| DOC PREP TO: ** | $ | $ | $ |
| CLOSING FEE TO: ATTY | $ 205.30 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER APPLICATION FEE EMPIRE MTG | $ 475.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER Flood Determination FED FLOOD | $ 24.00 | $ | $ |
| OTHER Commitment Fee FHHLC | $ 150.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |

**DOES NOT INCLUDE PREPARATION OF THE NOTE AND SECURITY INSTRUMENT.

FH 000583

### IN ADDITION CALCULATE AND COLLECT THE FOLLOWING FEES:

(CHARGE/CREDIT) INTEREST:

**PER DIEM INTEREST:**            **ESCROWS:**

ESCROWS WAIVED _____ YES __x__ NO _____
___ DAYS INTEREST OF $____ PER DIEM IS TO BE    12 HAZARD INSURANCE    @ 34.33 PER MO.
COLLECTED FROM DATE OF FUNDING TO END OF MONTH   ___ MORTGAGE INSURANCE @ _____ PER MO.
                                                 ___ CITY TAXES           @ _____ PER MO.
CREDIT (1) DAYS OF INTEREST @ $13.281 PER DIEM    3 COUNTY TAXES          @ 167.92 PER MO.
                                                 ___ ANNUAL ASSESSMENTS   @ _____ PER MO.
                                                 ___ FLOOD INSURANCE      @ _____ PER MO.
AGGREGATE ADJUSTMENT _____                       ___                      @ _____ PER MO.
                                                 ___                      @ _____ PER MO.

### LOAN DOCUMENTS

| | | | |
|---|---|---|---|
| X | CLOSING INSTRUCTIONS | ___ | VA REQ-POSTP/IMPROVEMENTS |
| X | NOTE | ___ | VA ESCROW AGREEMT-POSTP/IMPROVEMENTS |
| X | DEED OF TRUST/MORTGAGE | ___ | SHORTAGE DISCLOSURE FORM |
| ___ | PUD/CONDO RIDER | ___ | PUD/CONDO FEE ACKNOWLEDGEMENT |
| ___ | BALLOON RIDER | ___ | CA EARTHQUAKE INS-NON CONDO/CONDO |
| X | ADJUSTABLE RATE RIDER | ___ | NOTICE OF ASSN, SALE OR TRANSFER |
| ___ | 1-4 FAMILY RIDER | ___ | HIGH COST MORTGAGE DISCLOSURE |
| X | HUD-1 SETTLEMENT STATEMENT | ___ | OREGON ESCROW ACCOUNT OPTION NOTICE |
| ___ | ADDENDUM TO HUD-1 (FHA LOANS) | ___ | NOTICE-FLOOD HAZARD |
| X | TRUTH-IN-LENDING DISCLOSURE | ___ | PMI DISC (FIXED/ARM/BALLOON) |
| X | AGGREGATE ANALYSIS W/S | ___ | NEW JERSEY INITIAL TAX AUTH |
| X | INITIAL ESCROW ACCOUNT STATEMENT | ___ | LIMITATION ON LAWSUITS-CA |
| ___ | ESCROW ACCOUNT WAIVER LETTER | ___ | CONDO/PUD WARRANTY |
| X | 4506/8821 (CA only) | ___ | APPLIANCE CERT (MO & KS) |
| X | W9 | ___ | ASSIGNMENT OF ESCROW ACCOUNT |
| X | OWNER OCCUPANCY/FINANCIAL STATUS | ___ | LENDER/VET DISASTER CERT |
| X | SIGNATURE/NAME AFFIDAVIT | ___ | MANUFACTURED WARRANTY |
| X | ERROR AND OMISSIONS/COMPLIANCE AGREEMENT | ___ | DEBT QUESTIONNAIRE |
| ___ | FEMA FLOOD NOTICE (VMP1525) | ___ | VA FEDERAL COLLECTION POLICY NOTICE |
| X | WELCOME LETTER/TEMP. PYMT COUPON | ___ | BUILDER CERT-PLANS/SPECS |
| X | BUYERS PAYMENT INFORMATION | ___ | MTG'S ASSURANCE OF COMPLETION |
| X | NOTICE OF RIGHT TO CANCEL | ___ | FHA/VA WARRANTY OF COMPLETION |
| ___ | WAIVER & RELEASE OF HOMESTEAD EXEMPTION | ___ | MORTGAGEE'S 518A |
| ___ | BUYDOWN AGREEMENT/SUBSIDY DETAILS | X | HAZARD INSURANCE REQUIREMENTS |
| ___ | TAX INFORMATION SHEET | ___ | ADDENDUM TO LOAN APPLICATION |
| ___ | VA ASSUMPTION POLICY RIDER (VMP538R) | ___ | ADDENDUM TO LOAN APPLICATION-BALLOON |
| ___ | BALLOON NOTE ADDENDUM | ___ | FIXED BALLOON DISCLOSURE |
| ___ | VA FORM 1820 | ___ | FNMA OR FHLMC CALIFORNIA PMI DISCLOSURE |
| ___ | FIXED RATE AMORTIZATION SCHEDULE | ___ | RESPA DISCLOSURE |
| X | BORROWER CERT & AUTH | ___ | FHA NOTICE TO HOMEOWNER |
| ___ | VOLUNTARY ESCR ACCT PMTS DISC | ___ | IMPORTANT NOTICE TO HOMEBUYER |
| ___ | FHA FACT SHEET | ___ | REFUSAL 1ST TIME HOMEOWNER'S COUNSELING |
| ___ | ESCROW HOLDBACK AGREEMENT | ___ | MANUFACTURED HOME CERT |
| ___ | VET/PURCHASE ACKNOWLEDGEMENT | ___ | AFFILIATED BUSINESS ARRANGEMENT DISC |
| ___ | VA BUILDER CERT | ___ | FHA ARM DISCLOSURE |
| ___ | BORR AUTH FOR COUNSELING | ___ | LPMI HPA DISCLOSURE |
| ___ | CONVENTIONAL PROPERTY CERT | ___ | PMI HPA/REINSURANCE DISCLOSURE |
| ___ | FHA/VA PROPERTY CERT | ___ | INFORMED CONSUMER CHOICE DISCLOSURE |
| ___ | INTERVIVOS TRUST RIDER | ___ | MORTGAGE LOAN ORIG AGREEMENT |
| ___ | WAIVER OF WELL/SEPTIC | X | LOAN PURCHASE ADVICE |
| ___ | SYNTHETIC STUCCO DISCLOSURE | ___ | NOTICE OF CREDIT CARD APPROVAL |

### SETTLEMENT AGENT TO PROVIDE:

**THE MORTGAGE CLAUSE OF THE TITLE POLICY MUST READ:**

CONV. -   FIRST HORIZON HOME LOAN CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS

FHA. -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC., THEIR
RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR.

VA. -   FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE DEPARTMENT OF VETERAN'S ADMINISTRATION, THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS
THEIR INTEREST MAY APPEAR.

**HAZARD AND FLOOD INSURANCE MORTGAGE CLAUSE:**
   FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
   0044814556
   P.O. BOX 7481, SPRINGFIELD, OH 45501

CB6D451                              PG 2 OF 4                              (1/03)

FH 000584

**SETTLEMENT AGENT TO PROVIDE ALL APPLICABLE ENDORSEMENT(S), BUT NOT LIMITED TO THE FOLLOWING**

- **X** ENDORSEMENTS: COMP 100, 8.1, ENVIRONMENTAL LIEN, ARM

**ADDITIONAL SETTLEMENT AGENT REQUIREMENTS**

- ____ SURVEY IS REQUIRED, MUST BE DATED AND SIGNED BY BORROWER(S)
- ____ COPY OF RESTRICTIONS AND/OR EASEMENTS OF RECORD IS REQUIRED
- ____ HAZARD INSURANCE: ONE YEAR FIRE AND EXTENDED COVERAGE POLICY WITH PAID RECEIPT
- ____ BORROWER(S) AND SELLER(S) HUD-1 SETTLEMENT STATEMENT WITH CERTIFICATION OF RECEIPTS AND DISBURSEMENT. TWO (2) SIGNED COPIES AND/OR ORIGINALS.
- ____ APPRAISAL'S CERT. COMPLETION. PROVIDE CERT. THAT PROPERTY IS IN CONFORMITY WITH APPROVED PLANS AND SPECS (INCLUDING PHOTOS OF FRONT AND REAR, IF APPLICABLE)
- ____ BUILDER'S WARRANTY. BORROWER(S) AND SELLER(S) MUST SIGN. RETURN ORIGINAL TO LENDER AND GIVE BORROWER AND SELLER EACH A COPY. MAKE SURE SELLER COMPLETES ADDRESS.
- ____ BUILDER WARRANTY ENROLLMENT FORM. PROVIDE EXECUTED COPY. LENDER'S COPY MUST REFLECT AGENCY APPROVAL CODE AND MUST BE SIGNED BY ALL PARTIES.
- ____ LETTER FROM HOMEOWNER ASSOC. INDICATING HOMEOWNER ASSOC DUES ARE CURRENT
- ____ LETTER FROM HOMEOWNER ASSOC. PROVIDING 60 DAY NOTICE OF DELINQUENCIES OR PENDING FORECLOSURES
- ____ WATER/WELL INSPECTIONS EVIDENCING IMPROVEMENTS ARE ACCEPTABLE TO HEALTH AUTHORITIES OF COUNTY WHERE PROPERTY IS LOCATED
- ____ SEPTIC INSPECTION INDICATING HEALTH AUTHORITY APPROVAL
- ____ WOOD INFESTATION REPORT. ORIGINAL COPY SHOWING NO VISIBLE EVIDENCE OF DAMAGE OF INFESTATION. ANY DAMAGE WILL HAVE TO BE REPAIRED PRIOR TO CLOSING. MUST BE SIGNED BY THE BORROWER(S).
- ____ CORRECTED TITLE COMMITMENT____
- **X** HOLD HARMLESS LETTER (IF APPLICABLE)
- **X** OBTAIN PROOF OF BORROWER(S) IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS.
- **X** CLOSING AGENT TO REFLECT CORRECT PAYEES ON HUD-1
- **X** IF USING A SHORT FORM TITLE POLICY, POLICY MUST BE FORWARDED WITH THE CLOSING PACKAGE OR WITHIN 5 BUSINESS DAYS.

**ADDITIONAL CLOSING CONDITIONS:**
**VESTING AS FOLLOWS:**

       CHRISTOPHER J LILLIE
       LAURA A LILLIE

1. SIGN AND DATE FINAL TYPED 1003 & ANY APPLICABLE ADDENDUMS.
2. LEGAL DESCRIPTION MUST BE RECORDED WITH MORTGAGE.
3. ALL DOCUMENTS MUST BE SIGNED EXACTLY AS TYPED.
4. PROVIDE COPY OF EXECUTED MORTGAGE, MARKED UP TITLE BINDER, DEED.
5. SHOULD TAXES OR HAZARD BE DUE PRIOR TO FIRST PAYMENT IT MUST BE PAID AT CLOSING.
6. FUNDS TO CLOSE MUST NOT EXCEED $0
7. PAYOFF FOLLOWING ACCOUNTS: GREYLOCK / BERKSHIRE / DISCOVER / NELNET CHASE / FUSA / HHLD (CLOSE ALL ACCOUNTS)
8. SIGN TAX RETURNS SIGN COPY OF YTD P&L STATEMENT.

LOAN DISCOUNT FEE DEFAULTS W/BROKER NAME - SHOULD BE PAYABLE TO
    FHHLC.  .125% (140.63)
TOTAL CHECK TO BROKER WHICH INCLUDES YIELD SPREAD PREMIUM = 3720

ALL OF THE ABOVE CONDITIONS MUST BE SATISFIED & RETURNED W/THE CLOSING PACKAGE OR DISBURSEMENT IS NOT AUTHORIZED.
PLEASE FAX HUD PRIOR TO SETTLEMENT ATTN: MELISSA    412-919-0900

THESE INSTRUCTIONS CANNOT BE AMENDED BY ANY ORAL AGREEMENTS OR DISCUSSIONS WITH UNAUTHORIZED PERSONNEL. ANY DEVIATION FROM THESE WRITTEN INSTRUCTIONS ARE AT THE RISK OF SETTLEMENT AGENT. DO NOT MAKE ANY CHANGES TO THE DOCUMENTS WITHOUT CONTACTING THE CLOSING COORDINATOR. THERE IS TO BE NO WHITEOUTS MADE. IF A CHANGE NEEDS TO BE MADE, MARK IT OUT, RETYPE, AND HAVE INITIALED BY BORROWER(S).

IF THE DEED OF TRUST/MORTGAGE AND THE FINAL TITLE POLICY WILL NOT BE SENT WITH THE CLOSING PACKAGE, PLEASE SEND THEM WITHIN 30 DAYS OF CLOSING TO:
FHHLC - POST CLOSING MAIL ROOM
10741 KING WILLIAM-MAIL CODE 6708, DALLAS, TX 75220

| SETTLEMENT AGENT CLOSER | BRANCH COORDINATOR |
|---|---|

3 of 4    (4/02)

FH 000585

0044814556

## GENERAL INSTRUCTIONS

CLOSING REQUIREMENTS:

(1) THE LOAN CLOSING IS SUBJECT TO THE REQUIREMENTS OF THE LOAN COMMITMENT, THE EARNEST MONEY CONTRACT (IF APPLICABLE) AND ALL LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS WHICH AFFECT THIS TRANSACTION. THE CLOSING IS ALSO SUBJECT TO LENDER'S APPROVAL, PRIOR TO DISBURSEMENT, OF THE SURVEY AND ALL SPECIAL EXCEPTIONS TO BE MADE IN THE MORTGAGE TITLE POLICY, AND LENDER'S APPROVAL OF ANY VIOLATION OF RESTRICTIONS, BUILDING REQUIREMENTS, OR ENCROACHMENTS WHICH MAY EXIST. THIS LOAN MUST BE CLOSED IN STRICT ACCORDANCE WITH THESE INSTRUCTIONS.

(2) IF YOU HAVE KNOWLEDGE OF ANY OTHER PARTIES IN THIS TRANSACTION OR ANY IMPENDING TRANSFERS OF TITLE CONTACT THE CLOSING COORDINATOR. DO NOT CLOSE THE LOAN, BUT CONTACT THE CLOSING COORDINATOR IMMEDIATELY. IF TRUTH-IN-LENDING DISCLOSURE IS NOT DATED WITHIN ONE DAY OF THE WIRE DATE SHOWN ON PAGE 1 OF THE CLOSING INSTRUCTIONS, OR IF BUYER PAYS ANY FEES ORIGINALLY TO BE PAID BY THE SELLER, CONTACT THE CLOSING COORDINATOR FOR A NEW TRUTH-IN-LENDING.

(3) FIRST HORIZON HOME LOAN CORPORATION HEREBY EMPLOYS THE AFOREMENTIONED TITLE INSURANCE COMPANY AND ITS AGENT TITLE/ESCROW COMPANY TO ACT AS THE LENDER'S AGENT IN CONNECTION WITH THE LOAN BEING MADE BY THE LENDER TO THE AFOREMENTIONED BORROWER(S).

## TITLE LIMITATIONS

BEFORE CLOSING, ADVISE THE LENDER AND SECURE APPROVAL IN ANY CASE WHERE:

(1) THE SURVEY REVEALS ANY VIOLATIONS OF RESTRICTIONS, ENCROACHMENTS OF ANY KIND AND/OR EASEMENTS LARGER THAN USUAL AND CUSTOMARY. BE SURE THE SURVEY INFORMATION AGREES EXACTLY WITH LEGAL DOCUMENTS. IT MUST SHOW EACH BORROWER'S NAME, STREET ADDRESS, CURRENT DATE, FLOOD PLAIN CERTIFICATION, HOUSE AND LOT DIMENSIONS, AND MAP REFERENCE WITH LEGAL DOCUMENTS. THESE MUST AGREE. EASEMENTS SHOWN ON THE SURVEY MUST AGREE WITH THOSE SHOWN ON THE TITLE POLICY. THERE IS TO BE NO EXCEPTION TAKEN IN THE MORTGAGEE TITLE POLICY FOR ANY ENCROACHMENT SHOWN ON THE SURVEY.

(2) THERE ARE OIL AND GAS LEASES, UNSUBORDINATED MAINTENANCE CHARGES, REVISIONARY CLAUSES IN RESTRICTIONS, OR ANYTHING ELSE OUT OF THE ORDINARY TO WHICH YOU INTEND TO MAKE EXCEPTION IN THE MORTGAGEE TITLE POLICY.

(3) THE LOAN DOCUMENTS ARE NOT IN PROPER FORM AND IN ACCORDANCE WITH THE LOAN TERMS IN THE EARNEST MONEY CONTRACT (IF APPLICABLE).

(4) THE MORTGAGEE TITLE POLICY HAS AN EXCEPTION TO INGRESS OR EGRESS TO THE PROPERTY.

(5) A FIRST LIEN MORTGAGEE TITLE POLICY THAT WILL NOT COMPLY WITH ALL TITLE POLICY REQUIREMENTS SET FORTH IN THESE INSTRUCTIONS.

ALL CHECKS RELATED TO THE CLOSING TRANSACTION INCLUDING PAYOFF CHECKS, ESCROW CHECKS, AND PRINCIPAL REDUCTIONS SHOULD BE SENT TO THE FOLLOWING ADDRESS:

    FIRST HORIZON HOME LOANS CORPORATION
    ATTENTION: PAYOFF DEPARTMENT, COST CENTER 6108
    4000 HORIZON WAY, IRVING, TX 75063

IF A PAYOFF IS BEING PROCESSED BY WIRE, THE FOLLOWING INSTRUCTIONS APPLY:

SEND PAYOFF WIRE TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE 38101, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOANS CORPORATION ACCOUNT NO. 000831727, ATTENTION: PAYOFF PROCESSING UNIT. PLEASE NOTE – YOU MUST REFERENCE THE BORROWOR'S NAME AND LOAN NUMBER.

IF LOAN IS BEING TABLE FUNDED BY FIRST HORIZON HOME LOAN CORPORATION, THE FOLLOWING APPLIES:

IF SETTLEMENT DOES NOT OCCUR WITHIN ONE (1)BUSINESS DAY AFTER YOUR RECEIPT OF FUNDS FROM THE AGENT, SAID FUNDS ARE TO BE RETURNED BY YOU TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOAN CORPORATION CLEARING ACCOUNT NO. 831727, AND (II) ALL DOCUMENTS ARE TO BE RETURNED TO US WITHIN TWENTY FOUR (24) HOURS AFTER SETTLEMENT.

PLEASE NOTE - YOU MUST REFERENCE THE BORROWER'S LAST NAME, FIRST HORIZON HOME LOAN CORPORATION LOAN NUMBER AND "WIREBACK" ON ANY RETURNED FUNDS.

FH 000586




## ACTIVE QUALITY CONTROL WORKSHEET
(formerly the Prefunding Quality Control Worksheet)
Retail: complete prior to loan closing    Wholesale: complete prior to loan funding or purchase for a closed loan purchase

Borrower: _Lillie_____    Loan #: _4481455_    Branch #: _0401_

### IRS 4506 SIGNED
- __ 1-4 unit property
  - Required unless guidelines for streamline refinance or no income verifier program do not require
- Property located in the state of Florida (all counties)
  - Required unless guidelines for streamline refinance or no income verifier program do not require
- ✓ Self employed borrowers
  - Required unless waived by DU/LP
  - Required unless guidelines for streamline refinance or no income verifier program do not require

### IRS 4506 PROCESSED
(Confirm that IRS 4506 figures agree with income from the application documentation.)
- __ Property located in the state of Florida (all counties)
  - Required unless guidelines for streamline refinance or no income verifier program do not require
- ✓ Self employed borrower with no separate business listing
  - Required unless waived by DU/LP
  - Required unless guidelines for streamline refinance or no income verifier program do not require

### REVIEW APPRAISAL REQUIRED
(Field review, desk review or AVM acceptable. Validation of comparables must be in writing and review must support value to allow requested LTV or adjustments must be made.)
- N/A Conventional cash out refinance on LTV in excess of 80.00% unless DU requires only a FNMA 2075 or Property Inspection Waiver (PIW)
- __ 3-4 unit above 60.00% LTV, regardless of occupancy or transaction type
  - Required unless retail government transaction
  - Required unless streamline refinance and new appraisal is not obtained

### EXCLUSIONARY LIST
- ✓ Confirmation that no parties to the transaction appear on HHLC's Exclusionary List

### ALTERNATIVE CREDIT (NON-TRADITIONAL)
- N/A Phone numbers to be obtained from directory assistance, phone book or other independent method.
- __ Verbal verification completed on all alternative credit sources when non traditional credit used. (See Non-Traditional Credit Verbal Verification form in the Non-Traditional Credit policy and procedure for guidelines [7-702].)

### VERBAL VERIFICATION OF EMPLOYMENT
(Phone number and address to be obtained from directory assistance, phone book or other independent method. Phone number and address on 1003 is unacceptable source.)

Required regardless of DU/LP findings. Not applicable for streamline refinances and no employment verifier programs, unless required by loan product description.

- Complete the following or use the Verbal Verification of Employment form in Policy & Procedures or Loan Product Description. For the FH Ultra program, the Verbal Verification of Employment form in Policy & Procedures must be completed - salaried or self-employed/non-salaried.

**Salaried Employees**
Borrower's Employer: _____
Phone #: _____ Address: _____
Contact Name and Title: _____
How was phone number/address obtained?: _____
Position Held (optional): _____    Confirmed borrower presently employed: __ yes __ no

Co-Borrower's Employer: _____
Phone #: _____ Address: _____
Contact Name and Title: _____
How was phone number/address obtained?: _____
Position Held (optional): _____    Confirmed borrower presently employed: __ yes __ no

_See attached VOES_

**Self-Employed/Non-Salaried**
Borrower's Self-Employment/Non-Salaried Income
Business Name/Source of Income: _____
Phone #: _____ Address: _____
How was phone number/address obtained?: _____
*Length of time self-employed/income received: _____

Co-Borrower's Self-Employment/Non-Salaried Income
Business Name/Source of Income: _____
Phone #: _____ Address: _____
How was phone number/address obtained?: _____
*Length of time self-employed/income received: _____

* Verified if required by loan product description. Must be from disinterested neutral third party, i.e., CPA, Investment Broker, Business License.

Signature of UW/Processor Verifying Employment: _[signature]_    Date Verification Completed: _8-26-03_

01-17-2003

FH 000587