# EXHIBIT C

## CLOSING INSTRUCTIONS

LOAN NUMBER 0045747995      EXPIRATION DATE __12/01/2003__
BORROWER(S) __GLENROY A. DEANE & ILENE WILGOREN- DEANE__

| | |
|---|---|
| CLOSING DATE __11/18/2003__ | PROPERTY ADDRESS 51 DARBY ROAD |
| STTLMNT AGT __ELLIOT S. COHEN__ | BROCKTON, MA 02302 |
| STTLMNT ADD __1020 PARK AVENUE, SUITE 102__ | MI/FHA/VA CERT/CASE # |
| CRANSTON, RI 02910 | APPRAISED VALUE __298,000.00__ |
| STTLMNT AGENT FILE | |
| ATTN & PHONE # __401-943-4900 DONNA__ | INTEREST RATE __6.000__ |
| TITLE COMPANY | THIS LOAN MUST FUND BY __11/24/2003__ |
| TITLE COMMITMENT # | |
| LOAN TYPE __CONV Fixed__ | FLOOD INSURANCE REQUIRED _____ YES __X__ NO |
| SALES PRICE | HAZARD/FLOOD INSURANCE COVG AMT __189,000.00__ |
| LOAN AMOUNT __238,000.00__ | FIRST PAYMENT DATE __1/01/2004__ |
| P & I __1,426.94__ TERM __360__ MONTHS | WIRE/DRAFT AMOUNT __236,449.83__ |
| YIELD SPREAD PREMIUM | |

THE CLOSING PACKAGE IS TO BE RETURNED BY MESSENGER OR OVERNIGHT DELIVERY WITHIN 24 HOURS OF THE EXECUTION OF THE CLOSING DOCUMENTS TO: FHBLC

1555 W. WALNUT HILL LANE STE 200 IRVING, TX 75038
ATTN: MAIL ROOM COST CENTER 6712

| | BUYER | LENDER | SELLER |
|---|---|---|---|
| ORIGINATION( %) | | | |
| COMPLETE MORTGAGE COMPANY | $ 1,900.00 | $ | $ |
| DISCOUNT PTS( %) | | | |
| TO COMPLETE MORTGAGE COMPANY | $ | $ | $ |
| APPRAISAL FEE TO: | | | |
| CAPITAL APPRAISAL 250.00 POC | $ | $ | $ |
| CREDIT REPORT TO: | | | |
| RICP | $ 50.00 | $ | $ |
| LENDERS INSPECTION FEE: | $ | $ | $ |
| UNDERWRITING FEE: | $ | $ | $ |
| COURIER FEE TO: | $ | $ | $ |
| TAX SERVICE FEE: TOTAL MTG SOLUTIONS | $ 90.00 | $ | $ |
| VA FUNDING FEE TO VA ADMINISTRATION: | $ | $ | $ |
| 1 YEAR PMI TO _NO PMI IN EFFECT_ | $ | $ | $ |
| MIP TO HUD | $ | $ | $ |
| TOTAL MIP | | | |
| REFUND CREDIT | | | |
| HAZARD INSURANCE TO: | | | |
| PROVIDENCE MUTUAL | $ 810.00 POC | $ | $ |
| (AGENT: GARDULLO & DUFFY INSPHONE:508-580-2686 ) | | | |
| FLOOD INSURANCE TO: | | | |
| | $ | $ | $ |
| (AGENT: PHONE: ) | | | |
| MORTGAGE BROKER FEE TO: | $ | $ | $ |
| DELIVER/OVERNIGHT FEE TO: | | | |
| | $ | $ | $ |
| SURVEY TO: | $ | $ | $ |
| PEST INSPECTION TO: | $ | $ | $ |
| TITLE INSURANCE TO: | | | |
| | $ | $ | $ |
| ATTORNEY FEES TO: | $ | $ | $ |
| WIRE FEE TO: | $ | $ | $ |
| TABLE FUND FEE TO: | $ | $ | $ |
| BUYDOWN COST TO: | $ | $ | $ |
| DOC PREP TO:** | $ | $ | $ |
| CLOSING FEE TO: | $ 875.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER ADMINISTRATIVE FEE FHBLC | $ 380.00 | $ | $ |
| OTHER YSP COMPLETE FROM FHBLC $297.50 | $ | $ | $ |
| OTHER PROCESSING FEE COMPLETE MTG | $ 250.00 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER Flood Determination FEDERAL FLOOD CERT. CORP. | $ 24.00 | $ | $ |
| OTHER Commitment Fee | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |

FH 000353

**DOES NOT INCLUDE PREPARATION OF THE NOTE AND SECURITY INSTRUMENT.

Nov-18-03    04:12am    From-                                    T-061   P.004/014   F-754

# CLOSING INSTRUCTIONS

LOAN NUMBER 0045747995      EXPIRATION DATE _12/01/2003_
BORROWER(S) GLENROY A. DEANE & ILENE WILGOREN- DEANE

CLOSING DATE _11/18/2003_    PROPERTY ADDRESS 51 DARBY ROAD
STTLMNT AGT ELLIOT S. COHEN    BROCKTON, MA 02302
STTLMNT ADD 1020 PARK AVENUE, SUITE 102    MI/FHA/VA CERT/CASE #
CRANSTON, RI 02910    APPRAISED VALUE _298,000.00_
STTLMNT AGENT FILE
ATTN & PHONE # 401-943-4900 DONNA    INTEREST RATE _6.000_
TITLE COMPANY    THIS LOAN MUST FUND BY _11/24/2003_
TITLE COMMITMENT #
LOAN TYPE CONV Fixed    FLOOD INSURANCE REQUIRED_____ YES _X_ NO
SALES PRICE    HAZARD/FLOOD INSURANCE COVG AMT _189,000.00_
LOAN AMOUNT 238,000.00    FIRST PAYMENT DATE _1/01/2004_
P & I _1,426.94_ TERM _360_ MONTHS   WIRE/DRAFT AMOUNT _236,449.83_
YIELD SPREAD PREMIUM _____

THE CLOSING PACKAGE IS TO BE RETURNED BY MESSENGER OR OVERNIGNT DELIVERY WITHIN 24 HOURS OF THE
EXECUTION OF THE CLOSING DOCUMENTS TO: FHHLC
     1555 W. WALNUT HILL LANE STE 200 IRVING, TX  75038
     ATTN: MAIL ROOM COST CENTER 6712

|  | BUYER | LENDER | SELLER |
|---|---|---|---|
| ORIGINATION( %) | $ | $ | $ |
| COMPLETE MORTGAGE COMPANY | $ 1,9?0.00 | $ | $ |
| DISCOUNT PTS( %) | $ | $ | $ |
| TO: COMPLETE MORTGAGE COMPANY | $ | $ | $ |
| APPRAISAL FEE TO: | | $ | $ |
| CAPITAL APPRAISAL    250.00 POC | $ | $ | $ |
| CREDIT REPORT TO: | | | |
| RICP | $ 50.00 | $ | $ |
| LENDERS INSPECTION FEE: | $ | $ | $ |
| UNDERWRITING FEE: | $ | $ | $ |
| COURIER FEE TO: | $ | $ | $ |
| TAX SERVICE FEE: TOTAL MTG SOLUTIONS | $ 90.00 | $ | $ |
| VA FUNDING FEE TO VA ADMINISTRATION: | $ | $ | $ |
| 1ST YEAR PMI TO NO PMI IN EFFECT | $ | $ | $ |
| MIP TO HUD | $ | $ | $ |
| TOTAL MIP | | | |
| REFUND CREDIT | | | |
| HAZARD INSURANCE TO: | | | |
| PROVIDENCE MUTUAL | $ 810.00 POC | $ | $ |
| (AGENT: GARDULLO & DUFFY INS PHONE:508-580-2686 ) | | | |
| FLOOD INSURANCE TO: | | | |
| | $ | $ | $ |
| (AGENT: PHONE: ) | | | |
| MORTGAGE BROKER FEE TO: | $ | $ | $ |
| DELIVER/OVERNIGHT FEE TO: | | | |
| | $ | $ | $ |
| SURVEY TO: | $ | $ | $ |
| PEST INSPECTION TO: | $ | $ | $ |
| TITLE INSURANCE TO: | | | |
| | $ | $ | $ |
| ATTORNEY FEES TO: | $ | $ | $ |
| WIRE FEE TO: | $ | $ | $ |
| TABLE FUND FEE TO: | $ | $ | $ |
| BUYDOWN COST TO: | $ | $ | $ |
| DOC PREP TO:** | $ | $ | $ |
| CLOSING FEE TO: | $ 875.?0 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER ADMINISTRATIVE FEE FHHLC | $ 380.?0 | $ | $ |
| OTHER YSP COMPLETE FROM FHHLC $297.50 | $ | $ | $ |
| OTHER PROCESSING FEE COMPLETE MTG | $ 250.?0 | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER Flood Determination FEDERAL FLOOD CERT. CORP. | 24.0? | $ | $ |
| OTHER Commitment Fee | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |
| OTHER | $ | $ | $ |

*SEE PAGE 3 FOR FURTHER CLOSING CONDITIONS. SEE SAMPLE HUD FOR FIGURES.*

**DOES NOT INCLUDE PREPARATION OF THE NOTE AND SECURITY INSTRUMENT.

GCIWHSL (9-03)      Page 1 of 5      CB6D450

(CHARGE/CREDIT) INTEREST:

<u>PER DIEM INTEREST:</u>                          <u>ESCROWS:</u>

ESCROWS WAIVED _____ YES __x__ _____ NO

__7__ DAYS INTEREST OF $39.667 PER DIEM IS TO BE    __4__ HAZARD INSURANCE    @ __67.50__ PER MO.
COLLECTED FROM DATE OF FUNDING TO END OF MONTH    _____ MORTGAGE INSURANCE@ _____ PER MO.
                                                  __4__ CITY TAXES         @ __201.50__ PER MO.
CREDIT _____ DAYS OF INTEREST @ $_____ PER DIEM    _____ COUNTY TAXES    @ _____ PER   MO.
                                                  _____ ANNUAL ASSESSMENTS @ _____ PER MO.
                                                  _____ FLOOD INSURANCE    @ _____ PER MO.
AGGREGATE ADJUSTMENT _____            _____ _____ @ _____ PER MO.
                                                  _____ _____ @ _____ PER MO.

## LOAN DOCUMENTS

| | |
|---|---|
| X CLOSING INSTRUCTIONS | _____ VA REQ-POSTP/IMPROVEMENTS |
| X NOTE | _____ VA ESCROW AGREEMT-POSTP/IMPROVEMENTS |
| X DEED OF TRUST/MORTGAGE | _____ SHORTAGE DISCLOSURE FORM |
| _____ PUD/CONDO RIDER | _____ PUD/CONDO FEE ACKNOWLEDGEMENT |
| _____ BALLOON RIDER | _____ CA EARTHQUAKE INS-NON CONDO/CONDO |
| _____ ADJUSTABLE RATE RIDER | _____ NOTICE OF ASSN, SALE OR TRANSFER |
| _____ 1-4 FAMILY RIDER | _____ HIGH COST MORTGAGE DISCLOSURE |
| X HUD-1 SETTLEMENT STATEMENT | _____ OREGON ESCROW ACCOUNT OPTION NOTICE |
| _____ ADDENDUM TO HUD-1 (FHA LOANS) | X NOTICE-FLOOD HAZARD |
| X TRUTH-IN-LENDING DISCLOSURE | _____ PMI DISC (FIXED/ARM/BALLOON) |
| x AGGREGATE ANALYSIS W/S | _____ NEW JERSEY INITIAL TAX AUTH |
| x INITIAL ESCROW ACCOUNT STATEMENT | _____ LIMITATION ON LAWSUITS-CA |
| _____ ESCROW ACCOUNT WAIVER LETTER | _____ CONDO/PUD WARRANTY |
| X 4506/8821 (CA only) | _____ APPLIANCE CERT (MO & KS) |
| X W9 | _____ ASSIGNMENT OF ESCROW ACCOUNT |
| X OWNER OCCUPANCY/FINANCIAL STATUS | _____ LENDER/VET DISASTER CERT |
| X SIGNATURE/NAME AFFIDAVIT | _____ MANUFACTURED WARRANTY |
| X ERROR AND OMISSIONS/COMPLIANCE AGREEMENT | _____ DEBT QUESTIONNAIRE |
| _____ FEMA FLOOD NOTICE (VMP1525) | _____ VA FEDERAL COLLECTION POLICY NOTICE |
| X WELCOME LETTER/TEMP. PYMT COUPON | _____ BUILDER CERT-PLANS/SPECS |
| X BUYERS PAYMENT INFORMATION | _____ MTG'S ASSURANCE OF COMPLETION |
| x NOTICE OF RIGHT TO CANCEL | _____ FHA/VA WARRANTY OF COMPLETION |
| _____ WAIVER & RELEASE OF HOMESTEAD EXEMPTION | _____ MORTGAGEE'S 518A |
| _____ BUYDOWN AGREEMENT/SUBSIDY DETAILS | X HAZARD INSURANCE REQUIREMENTS |
| _____ TAX INFORMATION SHEET | _____ ADDENDUM TO LOAN APPLICATION |
| _____ VA ASSUMPTION POLICY RIDER (VMP538R) | _____ ADDENDUM TO LOAN APPLICATION-BALLOON |
| _____ BALLOON NOTE ADDENDUM | _____ FIXED BALLOON DISCLOSURE |
| _____ VA FORM 1820 | _____ FNMAOR FHLMC CALIFORNIA PMI DISCLOSURE |
| _____ FIXED RATE AMORTIZATION SCHEDULE | _____ RESPA DISCLOSURE |
| X BORROWER CERT & AUTH | _____ FHA NOTICE TO HOMEOWNER |
| _____ VOLUNTARY ESCR ACCT PMTS DISC | _____ IMPORTANT NOTICE TO HOMEBUYER |
| _____ FHA FACT SHEET | _____ REFUSAL 1ST TIME HOMEOWNER'S COUNSELING |
| _____ ESCROW HOLDBACK AGREEMENT | _____ MANUFACTURED HOME CERT |
| _____ VET/PURCHASE ACKNOWLEDGEMENT | _____ AFFILIATED BUSINESS ARRANGEMENT DISC |
| _____ VA BUILDER CERT | _____ FHA ARM DISCLOSURE |
| _____ BORR AUTH FOR COUNSELING | _____ LPMI HPA DISCLOSURE |
| _____ CONVENTIONAL PROPERTY CERT | _____ PMI HPA/REINSURANCE DISCLOSURE |
| _____ FHA/VA PROPERTY CERT | _____ INFORMED CONSUMER CHOICE DISCLOSURE |
| _____ INTERVIVOS TRUST RIDER | _____ MORTGAGE LOAN ORIG AGREEMENT |
| _____ WAIVER OF WELL/SEPTIC | X LOAN PURCHASE ADVICE |
| _____ SYNTHETIC STUCCO DISCLOSURE | _____ NOTICE OF CREDIT CARD APPROVAL |

## SETTLEMENT AGENT TO PROVIDE:

<u>THE MORTGAGE CLAUSE OF THE TITLE POLICY MUST READ:</u>

**CONV. –** FIRST HORIZON HOME LOAN CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS

**FHA. –** FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC., THEIR
RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR.

**VA. –** FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE DEPARTMENT OF VETERAN'S ADMINISTRATION, THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS
THEIR INTEREST MAY APPEAR.

**HAZARD AND FLOOD INSURANCE MORTGAGE CLAUSE:**
    FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
        0045747995
    P.O. BOX 7481, SPRINGFIELD, OH 45501

Nov-18-03    04:12am    From—                                    T-061    P.006/014    F-754

## SETTLEMENT AGENT TO PROVIDE ALL APPLICABLE ENDORSEMENT(S), BUT NOT LIMITED TO THE FOLLOWING

| X | ENDORSEMENTS: COMP 100, 8.1, ENVIRONMENTAL LIEN._____ |

## ADDITIONAL SETTLEMENT AGENT REQUIREMENTS
- ____ SURVEY IS REQUIRED, MUST BE DATED AND SIGNED BY BORROWER(S)
- ____ COPY OF RESTRICTIONS AND/OR EASEMENTS OF RECORD IS REQUIRED
- ____ HAZARD INSURANCE: ONE YEAR FIRE AND EXTENDED COVERAGE POLICY WITH PAID RECEIPT
- ____ BORROWER(S) AND SELLER(S) HUD-1 SETTLEMENT STATEMENT WITH CERTIFICATION OF RECEIPTS AND DISBURSEMENT. TWO (2) SIGNED COPIES AND/OR ORIGINALS.
- ____ APPRAISAL'S CERT. COMPLETION. PROVIDE CERT. THAT PROPERTY IS IN CONFORMITY WITH APPROVED PLANS AND SPECS (INCLUDING PHOTOS OF FRONT AND REAR, IF APPLICABLE)
- ____ BUILDER'S WARRANTY. BORROWER(S) AND SELLER(S) MUST SIGN. RETURN ORIGINAL TO LENDER AND GIVE BORROWER AND SELLER EACH A COPY. MAKE SURE SELLER COMPLETES ADDRESS.
- ____ BUILDER WARRANTY ENROLLMENT FORM. PROVIDE EXECUTED COPY. LENDER'S COPY MUST REFLECT AGENCY APPROVAL CODE AND MUST BE SIGNED BY ALL PARTIES.
- ____ LETTER FROM HOMEOWNER ASSOC. INDICATING HOMEOWNER ASSOC DUES ARE CURRENT
- ____ LETTER FROM HOMEOWNER ASSOC. PROVIDING 60 DAY NOTICE OF DELINQUENCIES OR PENDING FORECLOSURES
- ____ WATER/WELL INSPECTIONS EVIDENCING IMPROVEMENTS ARE ACCEPTABLE TO HEALTH AUTHORITIES OF COUNTY WHERE PROPERTY IS LOCATED
- ____ SEPTIC INSPECTION INDICATING HEALTH AUTHORITY APPROVAL
- ____ WOOD INFESTATION REPORT. ORIGINAL COPY SHOWING NO VISIBLE EVIDENCE OF DAMAGE OF INFESTATION. ANY DAMAGE WILL HAVE TO BE REPAIRED PRIOR TO CLOSING. MUST BE SIGNED BY THE BORROWER(S).
- X    CORRECTED TITLE COMMITMENT. EXCEPTIONS OF RECORD ONLY; TAXES NOT DUE & PAYABLE
- X    HOLD HARMLESS LETTER (IF APPLICABLE)
- X    VERIFY AND PHOTOCOPY PROOF OF BORROWER(S) IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS
- X    CLOSING AGENT TO REFLECT CORRECT PAYEES ON HUD-1
- X    IF USING A SHORT FORM TITLE POLICY, POLICY MUST BE FORWARDED WITH THE CLOSING PACKAGE OR WITHIN 5 BUSINESS DAYS.

## ADDITIONAL CLOSING CONDITIONS:
VESTING AS FOLLOWS:      GLENROY A. DEANE    &
                         ILENE WILGOREN- DEANE


1.  THREE DAY RIGHT OF RECISSION.
2.  BORROWERS TO EXECUTE LOAN APPLICATION & ADDENDUMS,RIGHT TO CANCEL.
3.  CLOSING AGENT TO FAX HUD TO COMPLETE MTG FOR REVIEW OF THEIR FEES.
4.  PAYOFF & DISCHARGE ALL LIENS ON PROP INCL: WELLS FARGO, FUSA,FORD, UNVI/CITI, FUSA
5.  SEE FAX RE: PATRIOT ACT CONDITIONS, VALID ID TO REQUIRED TO CLOSE.
6.  ANY CHANGES REQUIRE RESUBMISSION AND REAPPROVAL TO UW.
7.  NO SUBORDINATE FINANCING.
8.  FAX HUD 1 TO 603-471-9223.
9.  ATTACH LEGAL DESCRIPTION WHERE REQUIRED.
10. BORROWER TO SIGN HUD PREPARED BY CLS AGENT, DO NOT SIGN SAMPLE HUD
11. ORIGINAL DOCS TO GO TO DALLAS W/IN 24HRS OF FUNDING DATE. TBX.
12. IF LOAN DOES NOT CLOSE, ATTORNEY IS RESPONSIBLE TO CONTACT ANGELA ROSS IMMEDIATLY AT 603-472-5255 EXT 40.


****COPY OF DOCS ARE NO LONGER NEEDED IN BEDFORD NH FOR CONV LOANS****


**THESE INSTRUCTIONS CANNOT BE AMENDED BY ANY ORAL AGREEMENTS OR DISCUSSIONS WITH UNAUTHORIZED PERSONNEL. ANY DEVIATION FROM THESE WRITTEN INSTRUCTIONS ARE AT THE RISK OF SETTLEMENT AGENT. DO NOT MAKE ANY CHANGES TO THE DOCUMENTS WITHOUT CONTACTING THE CLOSING COORDINATOR. THERE IS TO BE NO WHITEOUTS MADE. IF A CHANGE NEEDS TO BE MADE, MARK IT OUT, RETYPE, AND HAVE INITIALED BY BORROWER(S).**

IF THE DEED OF TRUST/MORTGAGE AND THE FINAL TITLE POLICY WILL NOT BE SENT WITH THE CLOSING PACKAGE,      PLEASE      SEND      THEM      WITHIN      30      DAYS      OF      CLOSING      TO:
FHHLC - POST CLOSING MAIL ROOM
1555 W. WALNUT HILL LN. #200 MC 6712, IRVING, TX 75038

_____                    _____
SETTLEMENT AGENT CLOSER                          BRANCH COORDINATOR

GCIWHSL (9-03)                          Page 3 of 5                          CB6D452

FH 000356

## GENERAL INSTRUCTIONS

### CLOSING REQUIREMENTS:

(1) THE LOAN CLOSING IS SUBJECT TO THE REQUIREMENTS OF THE LOAN COMMITMENT, THE EARNEST MONEY CONTRACT (IF APPLICABLE) AND ALL LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS WHICH AFFECT THIS TRANSACTION. THE CLOSING IS ALSO SUBJECT TO LENDER'S APPROVAL, PRIOR TO DISBURSEMENT, OF THE SURVEY AND ALL SPECIAL EXCEPTIONS TO BE MADE IN THE MORTGAGE TITLE POLICY, AND LENDER'S APPROVAL OF ANY VIOLATION OF RESTRICTIONS, BUILDING REQUIREMENTS, OR ENCROACHMENTS WHICH MAY EXIST. THIS LOAN MUST BE CLOSED IN STRICT ACCORDANCE WITH THESE INSTRUCTIONS.

(2) IF YOU HAVE KNOWLEDGE OF ANY OTHER PARTIES IN THIS TRANSACTION OR ANY IMPENDING TRANSFERS OF TITLE CONTACT THE CLOSING COORDINATOR. DO NOT CLOSE THE LOAN, BUT CONTACT THE CLOSING COORDINATOR IMMEDIATELY. IF TRUTH-IN-LENDING DISCLOSURE IS NOT DATED WITHIN ONE DAY OF THE WIRE DATE SHOWN ON PAGE 1 OF THE CLOSING INSTRUCTIONS, OR IF BUYER PAYS ANY FEES ORIGINALLY TO BE PAID BY THE SELLER, CONTACT THE CLOSING COORDINATOR FOR A NEW TRUTH-IN-LENDING.

(3) FIRST HORIZON HOME LOAN CORPORATION HEREBY EMPLOYS THE AFOREMENTIONED TITLE INSURANCE COMPANY AND ITS AGENT TITLE/ESCROW COMPANY TO ACT AS THE LENDER'S AGENT IN CONNECTION WITH THE LOAN BEING MADE BY THE LENDER TO THE AFOREMENTIONED BORROWER(S).

### BORROWER IDENTIFICATION

(1) THE CLOSING AGENT MUST VERIFY, PHOTOCOPY AND INCLUDE IN THE CLOSING PACKAGE TO FHHLC PROOF OF BORROWER'S IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS TO ENSURE THAT THE BORROWERS LISTED ON THE CLOSING DOCUMENTS ARE THE SAME INDIVIDUALS THAT ATTEND THE CLOSING AND EXECUTE THE CLOSING DOCUMENTS.

(2) **ACCEPTABLE DOCUMENTATION** IS ONE OF THE FOLLOWING AND ID MUST INCLUDE A PHOTO OF THE INDIVIDUAL ISSUED THE DOCUMENT:

* VALID STATE DRIVER'S LICENSE        * VALID PASSPORT
* MILITARY OR DEPENDANT ID            * VAILD STATE ID
* U.S. DEPARTMENT OF HOMELAND SECURITY ALIEN REGISTRATION RECEIPT CARD ("GREEN CARD")

(3) IF A DISCREPANCY IS NOTED, THE CLOSING AGENT MUST CONTACT THE BRANCH AND THE LOAN MAY NOT CLOSE WITHOUT FURTHER INSTRUCTION FROM THE BRANCH.

(4) EXCEPTION BASIS ONLY: IF OBTAINING A PHOTOCOPY IS NOT POSSIBLE, THE CLOSING AGENT SHOULD RECORD THE FOLLOWING INFORMATION ON PAGE 3 OF THE FINAL APPLICATION (BOTTOM MARGIN IS PREFERABLE):

* DOCUMENT NAME        * ISSUE DATE              * EXPIRATION DATE (IF APPLICABLE)
* DOCUMENT NUMBER (DRIVER'S LICENSE NUMBER, PASSPORT, ETC.)

### TITLE LIMITATIONS

BEFORE CLOSING, ADVISE THE LENDER AND SECURE APPROVAL IN ANY CASE WHERE:

(1) THE SURVEY REVEALS ANY VIOLATIONS OF RESTRICTIONS, ENCROACHMENTS OF ANY KIND AND/OR EASEMENTS LARGER THAN USUAL AND CUSTOMARY. BE SURE THE SURVEY INFORMATION AGREES EXACTLY WITH LEGAL DOCUMENTS. IT MUST SHOW EACH BORROWER'S NAME, STREET ADDRESS, CURRENT DATE, FLOOD PLAIN CERTIFICATION, HOUSE AND LOT DIMENSIONS, AND MAP REFERENCE WITH LEGAL DOCUMENTS. THESE MUST AGREE. EASEMENTS SHOWN ON THE SURVEY MUST AGREE WITH THOSE SHOWN ON THE TITLE POLICY. THERE IS TO BE NO EXCEPTION TAKEN IN THE MORTGAGEE TITLE POLICY FOR ANY ENCROACHMENT SHOWN ON THE SURVEY.

(2) THERE ARE OIL AND GAS LEASES, UNSUBORDINATED MAINTENANCE CHARGES, REVISIONARY CLAUSES IN RESTRICTIONS, OR ANYTHING ELSE OUT OF THE ORDINARY TO WHICH YOU INTEND TO MAKE EXCEPTION IN THE MORTGAGEE TITLE POLICY.

(3) THE LOAN DOCUMENTS ARE NOT IN PROPER FORM AND IN ACCORDANCE WITH THE LOAN TERMS IN THE EARNEST MONEY CONTRACT (IF APPLICABLE).

(4) THE MORTGAGEE TITLE POLICY HAS AN EXCEPTION TO INGRESS OR EGRESS TO THE PROPERTY.

(5) A FIRST LIEN MORTGAGEE TITLE POLICY THAT WILL NOT COMPLY WITH ALL TITLE POLICY REQUIREMENTS SET FORTH IN THESE INSTRUCTIONS.

FH  000357

## GENERAL INSTRUCTIONS CONTINUED

**ALL CHECKS RELATED TO THE CLOSING TRANSACTION INCLUDING PAYOFF CHECKS, ESCROW CHECKS, AND PRINCIPAL REDUCTIONS SHOULD BE SENT TO THE FOLLOWING ADDRESS:**

> FIRST HORIZON HOME LOANS CORPORATION
> ATTENTION: PAYOFF DEPARTMENT, COST CENTER 6108
> 4000 HORIZON WAY, IRVING, TX 75063

**IF A PAYOFF IS BEING PROCESSED BY WIRE, THE FOLLOWING INSTRUCTIONS APPLY:**

SEND PAYOFF WIRE TO: FIRST TENNESSE BANK, MEMPHIS, TENNESSEE 38101, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOANS CORPORATION ACCOUNT NO. 000831727, ATTENTION: PAYOFF PROCESSING UNIT.  PLEASE NOTE –  YOU MUST REFERENCE THE BORROWOR'S NAME AND LOAN NUMBER.

**IF LOAN IS BEING TABLE FUNDED BY FIRST HORIZON HOME LOAN CORPORATION, THE FOLLOWING APPLIES:**

IF SETTLEMENT DOES NOT OCCUR WITHIN ONE (1) BUSINESS DAY AFTER YOUR RECEIPT OF FUNDS FROM THE AGENT, SAID FUNDS ARE TO BE RETURNED BY YOU TO:  FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOAN CORPORATION CLEARING ACCOUNT NO. 0010000167312, AND (II) ALL DOCUMENTS ARE TO BE RETURNED TO US WITHIN TWENTY FOUR (24) HOURS AFTER SETTLEMENT.

**PLEASE NOTE** - YOU MUST REFERENCE THE BORROWER'S LAST NAME, FIRST HORIZON HOME LOAN CORPORATION LOAN NUMBER AND "WIREBACK" ON ANY RETURNED FUNDS.

FH 000358

**IN ADDITION CALCULATE AND COLLECT THE FOLLOWING FEES:**

(CHARGE/CREDIT) INTEREST:

| PER DIEM INTEREST: | ESCROWS: |
|---|---|

ESCROWS WAIVED _____ YES __x__ NO

__7__ DAYS INTEREST OF $39.667 PER DIEM IS TO BE
COLLECTED FROM DATE OF FUNDING TO END OF MONTH

CREDIT _____ DAYS OF INTEREST @ $_____ PER DIEM

AGGREGATE ADJUSTMENT _____

| __4__ HAZARD INSURANCE | @ | 67.50 | PER MO. |
|---|---|---|---|
| _____ MORTGAGE INSURANCE | @ | _____ | PER MO. |
| __4__ CITY TAXES | @ | 201.50 | PER MO. |
| _____ COUNTY TAXES | @ | _____ | PER MO. |
| _____ ANNUAL ASSESSMENTS | @ | _____ | PER MO. |
| _____ FLOOD INSURANCE | @ | _____ | PER MO. |
| _____ _____ | @ | _____ | PER MO. |
| _____ _____ | @ | _____ | PER MO. |

## LOAN DOCUMENTS

| | |
|---|---|
| _x_ CLOSING INSTRUCTIONS | _____ VA REQ-POSTP/IMPROVEMENTS |
| _x_ NOTE | _____ VA ESCROW AGREEMT-POSTP/IMPROVEMENTS |
| _x_ DEED OF TRUST/MORTGAGE | _____ SHORTAGE DISCLOSURE FORM |
| _____ PUD/CONDO RIDER | _____ PUD/CONDO FEE ACKNOWLEDGEMENT |
| _____ BALLOON RIDER | _____ CA EARTHQUAKE INS-NON CONDO/CONDO |
| _____ ADJUSTABLE RATE RIDER | _____ NOTICE OF ASSN, SALE OR TRANSFER |
| _____ 1-4 FAMILY RIDER | _____ HIGH COST MORTGAGE DISCLOSURE |
| _x_ HUD-1 SETTLEMENT STATEMENT | _____ OREGON ESCROW ACCOUNT OPTION NOTICE |
| _____ ADDENDUM TO HUD-1 (FHA LOANS) | _x_ NOTICE-FLOOD HAZARD |
| _x_ TRUTH-IN-LENDING DISCLOSURE | _____ PMI DISC (FIXED/ARM/BALLOON) |
| _x_ AGGREGATE ANALYSIS W/S | _____ NEW JERSEY INITIAL TAX AUTH |
| _x_ INITIAL ESCROW ACCOUNT STATEMENT | _____ LIMITATION ON LAWSUITS-CA |
| _____ ESCROW ACCOUNT WAIVER LETTER | _____ CONDO/PUD WARRANTY |
| _x_ 4506/8821 (CA only) | _____ APPLIANCE CERT (MO & KS) |
| _x_ W9 | _____ ASSIGNMENT OF ESCROW ACCOUNT |
| _x_ OWNER OCCUPANCY/FINANCIAL STATUS | _____ LENDER/VET DISASTER CERT |
| _x_ SIGNATURE/NAME AFFIDAVIT | _____ MANUFACTURED WARRANTY |
| _x_ ERROR AND OMISSIONS/COMPLIANCE AGREEMENT | _____ DEBT QUESTIONNAIRE |
| _____ FEMA FLOOD NOTICE (VMP1525) | _____ VA FEDERAL COLLECTION POLICY NOTICE |
| _x_ WELCOME LETTER/TEMP. PYMT COUPON | _____ BUILDER CERT-PLANS/SPECS |
| _x_ BUYERS PAYMENT INFORMATION | _____ MTG'S ASSURANCE OF COMPLETION |
| _x_ NOTICE OF RIGHT TO CANCEL | _____ FHA/VA WARRANTY OF COMPLETION |
| _____ WAIVER & RELEASE OF HOMESTEAD EXEMPTION | _____ MORTGAGEE'S 518A |
| _____ BUYDOWN AGREEMENT/SUBSIDY DETAILS | _x_ HAZARD INSURANCE REQUIREMENTS |
| _x_ TAX INFORMATION SHEET | _____ ADDENDUM TO LOAN APPLICATION |
| _____ VA ASSUMPTION POLICY RIDER (VMP538R) | _____ ADDENDUM TO LOAN APPLICATION-BALLOON |
| _____ BALLOON NOTE ADDENDUM | _____ FIXED BALLOON DISCLOSURE |
| _____ VA FORM 1820 | _____ FNMAOR FHLMC CALIFORNIA PMI DISCLOSURE |
| _x_ FIXED RATE AMORTIZATION SCHEDULE | _____ RESPA DISCLOSURE |
| _x_ BORROWER CERT & AUTH | _____ FHA NOTICE TO HOMEOWNER |
| _____ VOLUNTARY ESCR ACCT PMTS DISC | _____ IMPORTANT NOTICE TO HOMEBUYER |
| _____ FHA FACT SHEET | _____ REFUSAL 1ST TIME HOMEOWNER'S COUNSELING |
| _____ ESCROW HOLDBACK AGREEMENT | _____ MANUFACTURED HOME CERT |
| _____ VET/PURCHASE ACKNOWLEDGEMENT | _____ AFFILIATED BUSINESS ARRANGEMENT DISC |
| _____ VA BUILDER CERT | _____ FHA ARM DISCLOSURE |
| _____ BORR AUTH FOR COUNSELING | _____ LPMI HPA DISCLOSURE |
| _____ CONVENTIONAL PROPERTY CERT | _____ PMI HPA/REINSURANCE DISCLOSURE |
| _____ FHA/VA PROPERTY CERT | _____ INFORMED CONSUMER CHOICE DISCLOSURE |
| _____ INTERVIVOS TRUST RIDER | _____ MORTGAGE LOAN ORIG AGREEMENT |
| _____ WAIVER OF WELL/SEPTIC | _x_ LOAN PURCHASE ADVICE |
| _____ SYNTHETIC STUCCO DISCLOSURE | _____ NOTICE OF CREDIT CARD APPROVAL |

## SETTLEMENT AGENT TO PROVIDE:

**THE MORTGAGE CLAUSE OF THE TITLE POLICY MUST READ:**

**CONV. –** FIRST HORIZON HOME LOAN CORPORATION
ITS SUCCESSORS AND/OR ASSIGNS

**FHA. –** FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT OF WASHINGTON DC., THEIR
RESPECTIVE SUCCESSORS AND ASSIGNS AS THEIR INTEREST MAY APPEAR.

**VA. –** FIRST HORIZON HOME LOAN CORPORATION
AND/OR THE DEPARTMENT OF VETERAN'S ADMINISTRATION, THEIR RESPECTIVE SUCCESSORS AND ASSIGNS AS
THEIR INTEREST MAY APPEAR.

**HAZARD AND FLOOD INSURANCE MORTGAGE CLAUSE:**
FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
0045747995
P.O. BOX 7481, SPRINGFIELD, OH 45501

## SETTLEMENT AGENT TO PROVIDE ALL APPLICABLE ENDORSEMENT(S), BUT NOT LIMITED TO THE FOLLOWING

__X__   ENDORSEMENTS: COMP 100, 8.1, ENVIRONMENTAL LIEN._____

### ADDITIONAL SETTLEMENT AGENT REQUIREMENTS
____   SURVEY IS REQUIRED. MUST BE DATED AND SIGNED BY BORROWER(S)
____   COPY OF RESTRICTIONS AND/OR EASEMENTS OF RECORD IS REQUIRED
____   HAZARD INSURANCE: ONE YEAR FIRE AND EXTENDED COVERAGE POLICY WITH PAID RECEIPT
____   BORROWER(S) AND SELLER(S) HUD-1 SETTLEMENT STATEMENT WITH CERTIFICATION OF RECEIPTS AND DISBURSEMENT. TWO (2) SIGNED COPIES AND/OR ORIGINALS.
____   APPRAISAL'S CERT. COMPLETION.  PROVIDE CERT. THAT PROPERTY IS IN CONFORMITY WITH APPROVED PLANS AND SPECS (INCLUDING PHOTOS OF FRONT AND REAR, IF APPLICABLE)
____   BUILDER'S WARRANTY.  BORROWER(S) AND SELLER(S) MUST SIGN.  RETURN ORIGINAL TO LENDER AND GIVE BORROWER AND SELLER EACH A COPY.  MAKE SURE SELLER COMPLETES ADDRESS.
____   BUILDER WARRANTY ENROLLMENT FORM.  PROVIDE EXECUTED COPY.  LENDER'S COPY MUST REFLECT AGENCY APPROVAL CODE AND MUST BE SIGNED BY ALL PARTIES.
____   LETTER FROM HOMEOWNER ASSOC. INDICATING HOMEOWNER ASSOC DUES ARE CURRENT
____   LETTER FROM HOMEOWNER ASSOC. PROVIDING 60 DAY NOTICE OF DELINQUENCIES OR PENDING FORECLOSURES
____   WATER/WELL INSPECTIONS EVIDENCING IMPROVEMENTS ARE ACCEPTABLE TO HEALTH AUTHORITIES OF COUNTY WHERE PROPERTY IS LOCATED
____   SEPTIC INSPECTION INDICATING HEALTH AUTHORITY APPROVAL
____   WOOD INFESTATION REPORT.  ORIGINAL COPY SHOWING NO VISIBLE EVIDENCE OF DAMAGE OF INFESTATION.  ANY DAMAGE WILL HAVE TO BE REPAIRED PRIOR TO CLOSING. MUST BE SIGNED BY THE BORROWER(S).
__X__   CORRECTED TITLE COMMITMENT. _EXCEPTIONS OF RECORD ONLY; TAXES NOT DUE & PAYABLE_
__X__   HOLD HARMLESS LETTER (IF APPLICABLE)
__X__   VERIFY AND PHOTOCOPY PROOF OF BORROWER(S) IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS
__X__   CLOSING AGENT TO REFLECT CORRECT PAYEES ON HUD-1
__X__   IF USING A SHORT FORM TITLE POLICY, POLICY MUST BE FORWARDED WITH THE CLOSING PACKAGE OR WITHIN 5 BUSINESS DAYS.

### ADDITIONAL CLOSING CONDITIONS:
VESTING AS FOLLOWS:       GLENROY A. DEANE  &
                          ILENE WILGOREN- DEANE




1.   THREE DAY RIGHT OF RECISSION.
2.   BORROWERS TO EXECUTE LOAN APPLICATION & ADDENDUMS,RIGHT TO CANCEL.
3.   CLOSING AGENT TO FAX HUD TO COMPLETE MTG FOR REVIEW OF THEIR FEES.
4.   PAYOFF & DISCHARGE ALL LIENS ON PROP INCL: WELLS FARGO, FUSA,FORD, UNVI/CITI, FUSA
5.   SEE FAX RE: PATRIOT ACT CONDITIONS, VALID ID TO REQUIRED TO CLOSE.
6.   ANY CHANGES REQUIRE RESUBMISSION AND REAPPROVAL TO UW.
7.   NO SUBORDINATE FINANCING.
8.   FAX HUD 1 TO 603-471-9223.
9.   ATTACH LEGAL DESCRIPTION WHERE REQUIRED.
10.  BORROWER TO SIGN HUD PREPARED BY CLS AGENT, DO NOT SIGN SAMPLE HUD
11.  ORIGINAL DOCS TO GO TO DALLAS W/IN 24HRS OF FUNDING DATE. THX.
12.  IF LOAN DOES NOT CLOSE, ATTORNEY IS RESPONSIBLE TO CONTACT ANGELA ROSS IMMEDIATLY AT 603-472-5255 EXT 40.


****COPY OF DOCS ARE NO LONGER NEEDED IN BEDFORD NH FOR CONV LOANS****


**THESE INSTRUCTIONS CANNOT BE AMENDED BY ANY ORAL AGREEMENTS OR DISCUSSIONS WITH UNAUTHORIZED PERSONNEL. ANY DEVIATION FROM THESE WRITTEN INSTRUCTIONS ARE AT THE RISK OF SETTLEMENT AGENT.  DO NOT MAKE ANY CHANGES TO THE DOCUMENTS WITHOUT CONTACTING THE CLOSING COORDINATOR. THERE IS TO BE NO WHITEOUTS MADE.  IF A CHANGE NEEDS TO BE MADE, MARK IT OUT, RETYPE, AND HAVE INITIALED BY BORROWER(S).**

IF THE DEED OF TRUST/MORTGAGE AND THE FINAL TITLE POLICY WILL NOT BE SENT WITH THE CLOSING PACKAGE,     PLEASE     SEND     THEM     WITHIN     30     DAYS     OF     CLOSING     TO:
FHBLC - POST CLOSING MAIL ROOM
1555 W. WALNUT HILL LN. #200 MC 6712, IRVING, TX 75038

_____                           _____
SETTLEMENT AGENT CLOSER                         BRANCH COORDINATOR

FH 000360

## GENERAL INSTRUCTIONS

### CLOSING REQUIREMENTS:

(1) THE LOAN CLOSING IS SUBJECT TO THE REQUIREMENTS OF THE LOAN COMMITMENT, THE EARNEST MONEY CONTRACT (IF APPLICABLE) AND ALL LOCAL, STATE AND FEDERAL LAWS AND REGULATIONS WHICH AFFECT THIS TRANSACTION. THE CLOSING IS ALSO SUBJECT TO LENDER'S APPROVAL, PRIOR TO DISBURSEMENT, OF THE SURVEY AND ALL SPECIAL EXCEPTIONS TO BE MADE IN THE MORTGAGE TITLE POLICY, AND LENDER'S APPROVAL OF ANY VIOLATION OF RESTRICTIONS, BUILDING REQUIREMENTS, OR ENCROACHMENTS WHICH MAY EXIST. THIS LOAN MUST BE CLOSED IN STRICT ACCORDANCE WITH THESE INSTRUCTIONS.

(2) IF YOU HAVE KNOWLEDGE OF ANY OTHER PARTIES IN THIS TRANSACTION OR ANY IMPENDING TRANSFERS OF TITLE CONTACT THE CLOSING COORDINATOR. DO NOT CLOSE THE LOAN, BUT CONTACT THE CLOSING COORDINATOR IMMEDIATELY. IF TRUTH-IN-LENDING DISCLOSURE IS NOT DATED WITHIN ONE DAY OF THE WIRE DATE SHOWN ON PAGE 1 OF THE CLOSING INSTRUCTIONS, OR IF BUYER PAYS ANY FEES ORIGINALLY TO BE PAID BY THE SELLER, CONTACT THE CLOSING COORDINATOR FOR A NEW TRUTH-IN-LENDING.

(3) FIRST HORIZON HOME LOAN CORPORATION HEREBY EMPLOYS THE AFOREMENTIONED TITLE INSURANCE COMPANY AND ITS AGENT TITLE/ESCROW COMPANY TO ACT AS THE LENDER'S AGENT IN CONNECTION WITH THE LOAN BEING MADE BY THE LENDER TO THE AFOREMENTIONED BORROWER(S).

### BORROWER IDENTIFICATION

(1) THE CLOSING AGENT MUST VERIFY, PHOTOCOPY AND INCLUDE IN THE CLOSING PACKAGE TO FHHLC PROOF OF BORROWER'S IDENTITY BEFORE EXECUTION OF THE CLOSING DOCUMENTS TO ENSURE THAT THE BORROWERS LISTED ON THE CLOSING DOCUMENTS ARE THE SAME INDIVIDUALS THAT ATTEND THE CLOSING AND EXECUTE THE CLOSING DOCUMENTS.

(2) ACCEPTABLE DOCUMENTATION IS ONE OF THE FOLLOWING AND ID MUST INCLUDE A PHOTO OF THE INDIVIDUAL ISSUED THE DOCUMENT:

* VALID STATE DRIVER'S LICENSE　　* VALID PASSPORT
* MILITARY OR DEPENDANT ID　　* VAILD STATE ID
* U.S. DEPARTMENT OF HOMELAND SECURITY ALIEN REGISTRATION RECEIPT CARD ("GREEN CARD")

(3) IF A DISCREPANCY IS NOTED, THE CLOSING AGENT MUST CONTACT THE BRANCH AND THE LOAN MAY NOT CLOSE WITHOUT FURTHER INSTRUCTION FROM THE BRANCH.

(4) EXCEPTION BASIS ONLY: IF OBTAINING A PHOTOCOPY IS NOT POSSIBLE, THE CLOSING AGENT SHOULD RECORD THE FOLLOWING INFORMATION ON PAGE 3 OF THE FINAL APPLICATION (BOTTOM MARGIN IS PREFERABLE):

* DOCUMENT NAME　　* ISSUE DATE　　* EXPIRATION DATE (IF APPLICABLE)
* DOCUMENT NUMBER (DRIVER'S LICENSE NUMBER, PASSPORT, ETC.)

### TITLE LIMITATIONS

BEFORE CLOSING, ADVISE THE LENDER AND SECURE APPROVAL IN ANY CASE WHERE:

(1) THE SURVEY REVEALS ANY VIOLATIONS OF RESTRICTIONS, ENCROACHMENTS OF ANY KIND AND/OR EASEMENTS LARGER THAN USUAL AND CUSTOMARY. BE SURE THE SURVEY INFORMATION AGREES EXACTLY WITH LEGAL DOCUMENTS. IT MUST SHOW EACH BORROWER'S NAME, STREET ADDRESS, CURRENT DATE, FLOOD PLAIN CERTIFICATION, HOUSE AND LOT DIMENSIONS, AND MAP REFERENCE WITH LEGAL DOCUMENTS. THESE MUST AGREE. EASEMENTS SHOWN ON THE SURVEY MUST AGREE WITH THOSE SHOWN ON THE TITLE POLICY. THERE IS TO BE NO EXCEPTION TAKEN IN THE MORTGAGE TITLE POLICY FOR ANY ENCROACHMENT SHOWN ON THE SURVEY.

(2) THERE ARE OIL AND GAS LEASES, UNSUBORDINATED MAINTENANCE CHARGES, REVISIONARY CLAUSES IN RESTRICTIONS, OR ANYTHING ELSE OUT OF THE ORDINARY TO WHICH YOU INTEND TO MAKE EXCEPTION IN THE MORTGAGEE TITLE POLICY.

(3) THE LOAN DOCUMENTS ARE NOT IN PROPER FORM AND IN ACCORDANCE WITH THE LOAN TERMS IN THE EARNEST MONEY CONTRACT (IF APPLICABLE).

(4) THE MORTGAGEE TITLE POLICY HAS AN EXCEPTION TO INGRESS OR EGRESS TO THE PROPERTY.

(5) A FIRST LIEN MORTGAGEE TITLE POLICY THAT WILL NOT COMPLY WITH ALL TITLE POLICY REQUIREMENTS SET FORTH IN THESE INSTRUCTIONS.

FH 000361

0045747995

## GENERAL INSTRUCTIONS CONTINUED

**ALL CHECKS RELATED TO THE CLOSING TRANSACTION INCLUDING PAYOFF CHECKS, ESCROW CHECKS, AND PRINCIPAL REDUCTIONS SHOULD BE SENT TO THE FOLLOWING ADDRESS:**

> FIRST HORIZON HOME LOANS CORPORATION
> ATTENTION: PAYOFF DEPARTMENT, COST CENTER 6108
> 4000 HORIZON WAY, IRVING, TX 75063

**IF A PAYOFF IS BEING PROCESSED BY WIRE, THE FOLLOWING INSTRUCTIONS APPLY:**

SEND PAYOFF WIRE TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE 38101, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOANS CORPORATION ACCOUNT NO. 000831727, ATTENTION: PAYOFF PROCESSING UNIT. PLEASE NOTE – YOU MUST REFERENCE THE BORROWOR'S NAME AND LOAN NUMBER.

**IF LOAN IS BEING TABLE FUNDED BY FIRST HORIZON HOME LOAN CORPORATION, THE FOLLOWING APPLIES:**

IF SETTLEMENT DOES NOT OCCUR WITHIN ONE (1) BUSINESS DAY AFTER YOUR RECEIPT OF FUNDS FROM THE AGENT, SAID FUNDS ARE TO BE RETURNED BY YOU TO: FIRST TENNESSEE BANK, MEMPHIS, TENNESSEE, ABA TRANSIT NO. 084000026 FOR CREDIT TO FIRST HORIZON HOME LOAN CORPORATION CLEARING ACCOUNT NO. 0010000167312, AND (II) ALL DOCUMENTS ARE TO BE RETURNED TO US WITHIN TWENTY FOUR (24) HOURS AFTER SETTLEMENT.

PLEASE NOTE - YOU MUST REFERENCE THE BORROWER'S LAST NAME, FIRST HORIZON HOME LOAN CORPORATION LOAN NUMBER AND "WIREBACK" ON ANY RETURNED FUNDS.

FH 000362