# EXHIBIT E

October 20, 2004

Account #: 4458370394884833

LAURA A LILLIE
20 ENDICOTT ST
PITTSFIELD, MA 01201

Dear Laura A Lillie:

First Horizon routinely reviews and audits loans for accuracy, completeness and compliance with applicable laws. An error was made in the information that was provided to you regarding your home equity line of credit mortgage loan. We recently discovered that the Federal Truth-in-Lending disclosures provided to you were not in technical compliance with Federal disclosure statutes and regulations. *This technical error does not in any way change your payments or interest rate (APR), restrict your options or change any of the legal obligations under your loan documents.*

First Horizon has a long-standing commitment to treating its customers fairly and honestly, and is dedicated to compliance with applicable laws. Because we made this technical error, we have taken the following steps:

- We are enclosing a revised set of Material Disclosures required under the Truth in Lending Act. We have also enclosed a copy of your Settlement Statement, which includes an itemization of the FINANCE CHARGES and other charges that were charged to you when you opened your account. That information is incorporated into and made a part of the Material Disclosures. This information includes a description of the lender fees and charges that previously had been disclosed to you in the Settlement Statement provided to you at your closing.

Now that you have been provided with all material disclosures in connection with your mortgage loan, you are entitled to a new right of rescission. Your rights and obligations are contained in the enclosed Notice of Right to Cancel disclosure form. If you want to exercise your right of rescission for your mortgage loan, you should follow the instructions in the enclosed Notice of Right to Cancel disclosure form that tells you how to notify us of your decision to rescind the loan within **three** business days after you receive this notice. Again, no action is required unless you decide to rescind your loan.

We will be happy to answer any questions that you might have and, again, sincerely apologize for any confusion that this may cause you. Please call our representative at (866) 260-5271 if you have additional questions.

Very truly yours,

Terry Renoux
President
Consumer Finance
First Horizon

Attachments:
1. Material Disclosures
2. Settlement Statement
3. Notice of Right to Cancel (2)

HC 50560
HELOC SPECIAL 9/04
FH 000045198314

14554-101378-100/2 of 12

FH 000922