# EXHIBIT F



Home | Our Other Sites | Sitemap    Search

>> Doing Business with Freddie Mac | >> About Freddie Mac | >> Buying and Owning

**News and Information**

News and Information Home
Corporate Statistics
Officer Biographies
Speeches and Statements
Economic and Housing Research
Industry Reports and Publications
**Primary Mortgage Market Survey**
· About the PMMS
· Survey Participation
· PMMS Archives
· Syndicate PMMS Data
News Release Archives

**For Immediate Release**
May 12, 2005
CONTACT: corprel@freddiemac.com
or (703) 903-3933

## MORTGAGE RATES STAY BELOW SIX PERCENT SIXTH CONSECUTIVE WEEK

McLean, VA – Freddie Mac (NYSE:FRE) today released the results of its Primary Mortgage Survey$^{SM}$ (PMMS$^{SM}$) in which the 30-year fixed-rate mortgage (FRM) averaged 5.77 percer average 0.5 point, for the week ending May 12, 2005, up slightly from last week when it ave percent. Last year at this time, the 30-year FRM averaged 6.34 percent.

The average for the 15-year FRM this week is 5.33 percent, with an average 0.6 point, also from last week when it averaged 5.31 percent. A year ago, the 15-year FRM averaged 5.72

Five-Year Treasury-indexed hybrid adjustable-rate mortgages (ARMs) averaged 5.21 perce with an average 0.6 point, rising from 5.16 percent last week. There is no annual historical ir last year since Freddie Mac only began tracking this mortgage rate at the start of this year.

One-year Treasury-indexed adjustable-rate mortgages (ARMs) averaged 4.23 percent this v average 0.6 point, up very slightly from last week when it averaged 4.22 percent. At this tim one-year ARM averaged 3.90 percent.

(Average commitment rates should be reported along with average fees and points to reflec of obtaining the mortgage.)

"According to the Mortgage Bankers Association, purchase applications hit a record high las this can be directly attributed to continuing low mortgage rates," said Frank Nothaft, vice pre chief economist. "The bond market isn't exactly sure how fast or slow the economy will expa term and thus bond yields have remained remarkably low.

"Hence, we expect mortgage rates to remain relatively low for the time being."

Freddie Mac is a stockholder-owned corporation established by Congress in 1970 to create flow of funds to mortgage lenders in support of homeownership and rental housing. Freddie purchases mortgages from lenders and packages them into securities that are sold to invest years, Freddie Mac has made home possible for one in six homebuyers in America.

### SUMMARY OF SURVEY RESULTS

| | Fixed-Rate Mortgages | | | |
|---|---|---|---|---|
| | Average Conventional 30-Year Commitment Rate | Fees & Points | Average Conventional 15-Year Commitment Rate | |

| | First Commitment Rate | Fees & Points | Margin |
|---|---|---|---|
| US | 5.77 | 0.5 | 5.33 |
| Northeast | 5.82 | 0.4 | 5.36 |
| Southeast | 5.70 | 0.6 | 5.28 |
| N. Central | 5.87 | 0.4 | 5.43 |
| Southwest | 5.76 | 0.6 | 5.33 |
| West | 5.72 | 0.7 | 5.27 |

| Five/One-Year Adjustable-Rate Mortgages | | | |
|---|---|---|---|
| | First Commitment Rate | Fees & Points | Margin |
| US | 5.21 | 0.6 | 2.79 |
| Northeast | 5.23 | 0.5 | 2.86 |
| Southeast | 5.14 | 0.7 | 2.76 |
| N. Central | 5.46 | 0.4 | 2.80 |
| Southwest | 5.13 | 0.7 | 2.79 |
| West | 5.11 | 0.7 | 2.73 |

| One-Year Adjustable-Rate Mortgages | | | |
|---|---|---|---|
| | First Commitment Rate | Fees & Points | Margin |
| US | 4.23 | 0.6 | 2.76 |
| Northeast | 4.13 | 0.5 | 2.79 |
| Southeast | 4.03 | 0.6 | 2.76 |
| N. Central | 4.50 | 0.6 | 2.78 |
| Southwest | 4.38 | 0.8 | 2.80 |
| West | 4.19 | 0.6 | 2.72 |

Freddie Mac defines its regions as follows:

**Northeast:** NY, NJ, PA, DE, MD, DC, VA, WV, PR, ME, NH, VT, MA, RI, CT, VI
**Southeast:** NC, SC, TN, KY, GA, AL, FL, MS
**North Central:** OH, IN, IL, MI, WI, MN, IA, ND, SD
**Southwest:** TX, LA, NM, OK, AR, MO, KS, CO, NE, WY
**West:** CA, AZ, NV, OR, WA, UT, ID, MT, HI, AK, GU

Freddie Mac's Primary Mortgage Market Survey (PMMS) is for informational purposes only ; Mac is not responsible for business decisions made based on the reported results of the PN Mac may change the methodology used to conduct the PMMS survey at any time and witho

**DEFINITIONS**

**Commitment Rate** is the interest rate a lender would charge to lend mortgage money to a c borrower exclusive of the fees and points required by the lender. This commitment rate appl conventional financing on conforming mortgages with loan-to-value rates of 80 percent or le

**ARM Index** - is the One-year Treasury

**Loan to Value Ratio (LTV)** is the ratio of the loan amount of a mortgage loan to the lower o value or purchase price of the property securing the loan.

**Origination Fees and Discount Points** are the total charged by the lender at settlement. C equals one percent of the loan amount.

**Margin** is a fixed amount added to the underlying index to establish the fully indexed rate fo

**Weighted Averages** for the Primary Mortgage Market Survey have been adjusted as of Se| 2004. The new weights use the dollar volume of conventional mortgage originations within tl

Freddie Mac loan limit as reported under Home Mortgage Disclosure Act (HMDA) for 2003, are listed in the table below.

| Freddie Mac Region | PMMS Weights |
|---|---|
| Northeast | 24.9 |
| Southeast | 14.8 |
| North Central | 19.3 |
| Southwest | 11.2 |
| West | 29.8 |

## PRIMARY MORTGAGE MARKET SURVEY RESULTS
### May 12, 2005

| 30-Year Fixed Rate Mortgages | | | | | |
|---|---|---|---|---|---|
| | US | NE | SE | NC | SW |
| Average | 5.77 | 5.82 | 5.70 | 5.87 | 5.76 |
| Fees & Points | 0.5 | 0.4 | 0.6 | 0.4 | 0.6 |

| 15-Year Fixed Rate Mortgages | | | | | |
|---|---|---|---|---|---|
| | US | NE | SE | NC | SW |
| Average | 5.33 | 5.36 | 5.28 | 5.43 | 5.33 |
| Fees & Points | 0.6 | 0.5 | 0.6 | 0.4 | 0.6 |

| 5/1-Year Adjustable Rate Mortgages | | | | | |
|---|---|---|---|---|---|
| | US | NE | SE | NC | SW |
| Average | 5.21 | 5.23 | 5.14 | 5.46 | 5.13 |
| Fees & Points | 0.6 | 0.5 | 0.7 | 0.4 | 0.7 |

| 1-Year Adjustable Rate Mortgages | | | | | |
|---|---|---|---|---|---|
| | US | NE | SE | NC | SW |
| Average | 4.23 | 4.13 | 4.03 | 4.50 | 4.38 |
| Fees & Points | 0.6 | 0.5 | 0.6 | 0.6 | 0.8 |

| The National Mortgage Rate Snapshot | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | One Year Ago | | | | One Week Ago | | | |
| | 30-YR | 15-YR | 5/1-YR | 1-YR ARM | 30-YR | 15-YR | 5/1-YR | 1-? |
| Average | 6.34 | 5.72 | 0* | 3.9 | 5.75 | 5.31 | 5.16 | |
| Fees & Points | 0.7 | 0.7 | 0* | 0.7 | 0.6 | 0.6 | 0.6 | |

* = Freddie Mac did not begin collecting 5/1 ARM information until 2005.

**Print This Page**
© 2005 Freddie Mac

Terms and Conditions | Privacy Policy | Contact Us | Sitemap