GOODWIN | PROCTER

Daniel J. Pasquarello
617.570.617.570.1229
dpasquarello@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

May 27, 2005

**By Hand**

Mr. Thomas Quinn, Clerk
Honorable Magistrate Dein
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **McKenna et al. v. First Horizon Home Loan Corp.**
      **Civil Action No. 04-10370-RCL (D. Mass.)**

Dear Mr. Quinn:

As you requested, I am writing to confirm our telephone conversation this morning changing the date for the argument on Class Certification in the *McKenna* case from June 7, 2005 at 3:00 p.m. to June 13, 2005 at 3:00 p.m. All parties have agreed to the change in date. Please do not hesitate to call if you need me to provide any additional information.

Very truly yours,

Daniel J. Pasquarello

DJP/jev

cc:   Christopher Lefebvre, Esq. (By Fax)