UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, and<br>LAURA A. LILLIE,<br>            Plaintiffs,<br><br>       v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION<br>            Defendant. | Civil Action No. 04-10370 (RCL) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves for leave to file a brief supplemental memorandum in opposition to Plaintiffs' Motion for Class Certification.

Since submitting its Opposition brief and receiving Plaintiffs' Reply brief, First Horizon has acquired two additional factual materials that it wishes to place before the Court. First, it obtained a copy of a recent solicitation letter used by Plaintiffs' counsel, attempting to create new claims against First Horizon. Second, First Horizon was sent three new individual rescission demands from Rhode Island borrowers represented by Plaintiffs' counsel. These documents support First Horizon's arguments against class certification, as explained in its Supplemental Memorandum, and would aid the Court in its consideration of whether any class should be certified in this matter.

WHEREFORE, First Horizon requests that the Court grant it leave to file the supplemental memorandum submitted herewith.

                                              Respectfully Submitted,

                                              FIRST HORIZON HOME LOAN CORPORATION,
                                              By its attorneys,

                                              /s/ Daniel J. Pasquarello
                                              U. Gwyn Williams (BBO # 565181)
                                              James W. McGarry (BBO # 633726)
                                              Daniel J. Pasquarello (BBO # 647379)
                                              GOODWIN PROCTER LLP
                                              Exchange Place
                                              Boston, MA 02109
                                              (617) 570-1000

Dated: June 10, 2005

                                              Thomas M. Hefferon (BBO # 548289)
                                              GOODWIN PROCTER LLP
                                              901 New York Ave., NW
                                              Washington, D.C. 20001
                                              (202) 346-400

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that the I have conferred with opposing counsel in accordance with Local Rule 7.1.

DATED: June 10, 2005                /s/ Daniel J. Pasquarello

LIBA/1556602.2