**EXHIBIT A**



FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

401-719 5757

# LEGAL ADVERTISEMENT

Dear Homeowner:

If you recently refinanced a mortgage with a loan from First Horizon, then you may have received inaccurate disclosures in violation of the Federal Truth in Lending Laws. You could be entitled to monetary damages of $2,000.00 and or rescission of the entire loan. A recent client of mine rescinded his mortgage loan and saved $50,000.00!!

I would love to conduct a free telephonic consultation to discuss your First Horizon loan. Please have a copy of your closing documents readily available before you call. I can be reached daily at 401-728-6060 and or toll free at 1-800-851-1829. You may also contact me via email at Lefeblaw@aol.com. (Please include "First Horizon" in the subject line of your email.)

*Christopher M. lefebvre Esquire*

TWO DEXTER STREET; P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-4534



# EXHIBIT B

*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

RECEIVED BY

MAY 26 2005

Larry P. Cole

March 20, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

First Horizon
Mail Code 6412, 4000 Horizon Way
Irving, TX 75063

Re:   Notice of Rescission by _____ Road, Coventry, Rhode Island 02816, Loan Number: 0043358837, Closing Date: 10/23/2003.

To Whom It May Concern:

    I represent _____ concerning the loan transaction he entered into with First Horizon Home Loan Corporation on October 23, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

    The primary basis for the rescission is that _____ was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

    The security interest held by First Horizon Home Loan Corporation on _____ property located at _____ Road, Coventry, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,

By his Attorney,

*[signature]*

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c:

FROM THE OFFICE OF THE
# FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

RECEIVED BY

MAY 26 2005

ATTY P. Cole

March 20, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation                First Horizon
15 Constitution Drive                              Mail Code 6412, 4000 Horizon Way
Bedford, NH 03110                                  Irving, TX 75063

    Re:    Notice of Rescission by                           Pike, Chepachet,
             Rhode Island 02814, Loan Number: 0044626422, Closing Date: 8/8/2003.

To Whom It May Concern:

    I represent               concerning the loan transaction he entered into with First Horizon Home Loan Corporation on August 8, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

    The primary basis for the rescission is that              was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

    The security interest held by First Horizon Home Loan Corporation on              property located at         Pike, Chepachet, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

                                                       Very Truly Yours,

                                                       By his Attorney,

                                                       Christopher M. Lefebvre
                                                       P. O. Box 479
c/c:                                                      Pawtucket, RI 02862



*FROM THE OFFICE OF THE*
# FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

March 26, 2005

RECEIVED BY

JUN 01 2005

Larry P. Cole

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

First Horizon
Mail Code 6412, 4000 Horizon Way
Irving, TX 75063

Re:   Notice of Rescission by                              Place, Warwick,
      Rhode Island 02889, Loan Number: 0043735539, Closing Date: 6/25/2003.

To Whom It May Concern:

    I represent                concerning the loan transaction he entered into with First Horizon Home Loan Corporation on June 25, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

    The primary basis for the rescission is that             was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

    The security interest held by First Horizon Home Loan Corporation on             property located at              Place, Warwick, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,

By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c:

*TWO DEXTER STREET, P.O. BOX 479  PAWTUCKET, RI 02862   PHONE: (401) 728-6060  FAX: (401) 728-6534*