UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, ) | |
| GLENROY A. DEANE, ) | |
| ILENE WILGOREN-DEANE, ) | |
| CHRISTOPHER J. LILLIE, and ) | |
| LAURA A. LILLIE, ) | |
|      Plaintiffs, ) | |
| ) | C.A. No. 04-10370 (RCL)/(JGD) |
| v. ) | |
| ) | |
| FIRST HORIZON HOME LOAN ) | |
| CORPORATION ) | |
|      Defendant. ) | |

**NOTICE OF FILING CASE CITED DURING ORAL ARGUMENT**

During oral argument on class certification on June 13, 2005, counsel for Defendant First Horizon Home Loan Corporation ("First Horizon") discussed and quoted a Massachusetts Supreme Judicial Court decision, *The Mechanics National Bank of Worcester v. Killeen*, 377 Mass. 100 (1979). Counsel for First Horizon offered to provide a copy of *Killeen* to the Court, and the Court accepted, but counsel inadvertently neglected to provide the decision before argument concluded. Therefore, First Horizon provides a copy of the *Killeen* decision herewith, highlighted at 377 Mass. 112 to indicate the passage quoted by First Horizon counsel during argument, for the Court's consideration. Plaintiffs' counsel has no objection to this submission.

WHEREFORE, First Horizon requests that the Court accept this filing as it may assist the Court in its consideration of the class certification question.

                                            Respectfully Submitted,

                                            FIRST HORIZON HOME LOAN CORPORATION,
                                            By its attorneys,

                                            /s/ Daniel J. Pasquarello
                                            U. Gwyn Williams (BBO # 565181)
                                            James W. McGarry (BBO # 633726)
                                            Daniel J. Pasquarello (BBO # 647379)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA 02109
                                            (617) 570-1000

Dated: June 17, 2005

                                            Thomas M. Hefferon (BBO # 548289)
                                            GOODWIN PROCTER LLP
                                            901 New York Ave., NW
                                            Washington, D.C. 20001
                                            (202) 346-400

LIBA/1558603.1