IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, )<br>GLENROY A. DEANE, )<br>ILENE WILGOREN-DEANE, )<br>CHRISTOPHER J. LILLIE; and )<br>LAURIE A. LILLIE; )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIRST HORIZON HOME LOAN )<br>CORPORATION, )<br>)<br>Defendant. ) | 04-10370-RCL |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE CASE REFERRED TO
DURING ORAL ARGUMENT AS ADDITIONAL AUTHORITY
IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully request that this Court grant them leave to file <u>Belini v. Washington Mutual Bank, FA</u>, 2005 U.S. App. LEXIS 11256 (1st Cir. June 15, 2005), as additional authority in support of their motion for class certification. In support thereof, plaintiffs state:

1. At the hearing on plaintiffs' motion for class certification on June 13, 2005, plaintiffs' counsel referred to <u>Belini v. Washington Mutual Bank, FA</u>, 2005 U.S. App. LEXIS 11256 (1st Cir. June 15, 2005) (<u>Exhibit A</u>), that was pending before the First Circuit.

2. Two days later, the First Circuit issued an opinion in <u>Belini</u> and plaintiffs respectfully request leave to file this additional authority in support of their motion for class certification. <u>Belini</u> provides that statutory damages and rescission can be awarded pursuant to the MCCCDA and TILA. <u>Id</u>. at *29-*30.

1

3. Plaintiffs' counsel have conferred with defendant's counsel regarding this motion in accordance with Local Rule 7.1 and it does not object.

WHEREFORE, plaintiffs respectfully request that this Court grant them leave to file <u>Belini v. Washington Mutual Bank, FA</u>, 2005 U.S. App. LEXIS 11256 (1st Cir. June 15, 2005), as additional authority in support of plaintiffs' motion for class certification.

Respectfully submitted,


  s/ Heather A. Piccirilli
Daniel A. Edelman
Heather A. Piccirilli
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre, B.B.O. # 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

## **RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred with counsel for defendant First Horizon Home Loan Corporation regarding this Motion and they do not oppose this motion.

                                                             s/ Heather A. Piccirilli
                                                               Heather Piccirilli