UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEAN,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE<br>and LAURA A. LILLIE,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>　　　　　　　　　　Defendant. | Civil Action No. 04-10370-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## DANIEL J. PASQUARELLO

　　　Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Daniel J. Pasquarello as counsel for Defendant First Horizon Home Loan Corporation in the above-captioned matter.

　　　U. Gwyn Williams of Goodwin Procter LLP shall continue her appearance as counsel of record for First Horizon Home Loan Corporation.

Dated: November 17, 2005　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　FIRST HORIZON HOME LOAN
　　　　　　　　　　　　　　　　　　　　　　　CORPORATION

　　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Pasquarello
　　　　　　　　　　　　　　　　　　　　　　　U. Gwyn Williams (BBO # 565181)
　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Pasquarello (BBO # 647379)
　　　　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　(617) 570-1000

LIBA/1648024.1