UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEAN,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE<br>and LAURA A. LILLIE,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br><br>                Defendant. | Civil Action No. 04-10370-RCL |

## NOTICE OF APPEARANCE OF
## JULIE M. WADE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Julie M. Wade as counsel for Defendant First Horizon Home Loan in the above-captioned matter.

Dated: November 17, 2005

Respectfully submitted,

FIRST HORIZON HOME LOAN
CORPORATION

By its attorneys,

/s/ Julie M. Wade
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1648032.1