UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, and<br>LAURA A. LILLIE,<br>          Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>          Defendant. | Civil Action No. 04-10370 (RCL) |

**ASSENTED TO MOTION FOR EXTENSION TO FILE OBJECTIONS
PENDING RESOLUTION OF MOTION TO CLARIFY**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves this Court for an extension of time to file objections to the Report and Recommendation on Plaintiffs' Motion for Class Certification ("R&R") pending resolution of a Motion to Clarify the R&R to be filed with the Magistrate Judge on November 28, 2005. Plaintiffs have assented to this Motion for Extension.

The Magistrate Judge issued the R&R on November 10, 2005, and objections are due to this Court by November 28, 2005. *See* Fed. R. Civ. P. 6 & 72. First Horizon anticipates that it will be filing an objection to the R&R. The R&R issued by the Magistrate Judge, however, failed to clarify one issue about the scope of the recommended class with respect to refinanced or paid-off loans. Accordingly, First Horizon proposes to first file with the Magistrate Judge a Motion to Clarify the R&R with respect to that issue, and then raise its objections to the existing R&R with this Court after the Magistrate Judge has clarified the open issue. First Horizon

-1-

therefore requests an extension to file its objections to the R&R within 10 days after being served with a copy of the Magistrate Judge's order on the Motion to Clarify.

        Respectfully Submitted,

        FIRST HORIZON HOME LOAN CORPORATION,

        By its attorneys,

        /s/Julie M. Wade

        _____
        U. Gwyn Williams (BBO # 565181)
        James W. McGarry (BBO # 633726)
        Julie M. Wade (BBO # 653902)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

        Thomas M. Hefferon (BBO # 548289)
        GOODWIN PROCTER LLP
        901 New York Ave., NW
        Washington, D.C. 20001
        (202) 346-4000

Dated: November 23, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred with opposing counsel on the matter set forth herein and reports that Plaintiffs' counsel assents to the relief sought herein.

        /s/ Julie M. Wade_____
        Julie M. Wade

LIBA/1650802.1