UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, and<br>LAURA A. LILLIE,<br>            Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>            Defendant. | Civil Action No. 04-10370 (RCL) |

**MOTION TO PRESERVE OBJECTIONS TO THE REPORT AND
RECOMMENDATION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

      Defendant First Horizon Loan Corporation ("First Horizon") moves to preserve its Objections to the Report and Recommendation on Plaintiffs' Motion for Class Certification issued on November 10, 2005. For the reasons set out in its briefs to the Magistrate Judge on the issue of class certification, First Horizon objects to the findings and rulings in the R&R. First Horizon has filed an assented to Motion for Extension with this Court, and filed with the Magistrate Judge a Motion to Clarify one issue left unclear in the R&R. Upon a ruling on the Motion to Clarify, First Horizon will submit more detailed Objections pursuant to Fed. R. Civ. P. 72.

        Respectfully Submitted,

        FIRST HORIZON HOME LOAN CORPORATION,

        By its attorneys,

        /s/ Julie M. Wade_____
        U. Gwyn Williams (BBO # 565181)
        Julie M. Wade (BBO # 653902)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

        Thomas M. Hefferon (BBO # 548289)
        GOODWIN PROCTER LLP
        901 New York Ave., NW
        Washington, D.C. 20001
        (202) 346-4000

Dated: November 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein.

        /s/ Julie M. Wade_____
        Julie M. Wade (BBO # 653902)