UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, and<br>LAURA A. LILLIE,<br>            Plaintiffs,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>            Defendant. | Civil Action No. 04-10370 (RCL) |

**ASSENTED TO MOTION FOR EXTENSION TO FILE OBJECTIONS
PENDING RESOLUTION OF MOTION TO CLARIFY**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves this Court for an extension of time to file objections to the Report and Recommendation on Plaintiffs' Motion for Class Certification ("R&R") pending resolution of a Motion to Clarify the R&R filed with the Magistrate Judge. Plaintiffs have assented to this Motion for Extension.

The Magistrate Judge issued the R&R on November 10, 2005. Shortly thereafter, First Horizon notified this Court that it anticipated filing an Objection to the R&R, but that First Horizon would first seek clarification of one issue with the Magistrate Judge first. Accordingly, this Court granted an extension to accommodate this request. First Horizon filed its Motion to Clarify with the Magistrate Judge on November 28, 2005. Plaintiffs now have opposed that motion, and the Magistrate Judge has not ruled yet. In light of these events, it would be most efficient for this Court to consider all issues relating to class certification at the same time and with one set of briefing after the Magistrate Judge rules on the Motion to Clarify. Therefore,

-1-

-2-

First Horizon requests an additional extension to file its objections to the R&R within 10 days after being served with a copy of the Magistrate Judge's order on the Motion to Clarify.

Respectfully Submitted,

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,

/s/Julie M. Wade
_____
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Dated: December 21, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred with opposing counsel on the matter set forth herein and reports that Plaintiffs' counsel assents to the relief sought herein.

/s/ Julie M. Wade_____
Julie M. Wade

LIBA/1657198.1