UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
RALPH G. MCKENNA,                              )
GLENROY A. DEANE,                              )
ILENE WILGOREN-DEANE,                     )
CHRISTOPHER J. LILLIE, and               )
LAURA A. LILLIE,                                      )
              Plaintiffs,                                      )
                                                                    ) Civil Action No. 04-10370 (RCL)
      v.                                                           )
                                                                    )
FIRST HORIZON HOME LOAN              )
CORPORATION,                                        )
              Defendant.                                     )
_____)

**MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF DEFENDANT'S MOTION TO CLARIFY**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves for leave to file a reply brief in support of its Motion to Clarify. On December 12, 2005, Plaintiffs filed their Response to Defendant's Motion to Clarify The Report and Recommendation on Plaintiffs' Motion for Class Certification ("Response"). The Response raises new statutory and policy issues that were not briefed in First Horizon's Motion to Clarify, and, more specifically, misrepresents a relevant portion of the law governing state exemption of TILA. First Horizon would like to briefly address these new issues in a short reply brief. The reply brief will aid this Court in its consideration of whether the class should include borrowers who have already extinguished their loan by refinance or pay off.

WHEREFORE, First Horizon requests that the Court grant it leave to file the reply brief submitted herewith.

Respectfully Submitted,

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,

/s/Julie M. Wade

_____
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Dated:  December 21, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein.

/s/ Julie M. Wade_____
Julie M. Wade (BBO # 653902)

LIBA/1657201.1