# IN THE UNITED STATES DISTRICT COURT
## FOR  DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, | ) | |
| GLENROY A. DEANE, | ) | |
| ILENE WILGOREN-DEANE, | ) | |
| CHRISTOPHER J. LILLIE; and | ) | |
| LAURIE A. LILLIE; | ) | |
| | ) | |
| Plaintiffs, | ) | 04-10370-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ATTORNEY NAME

TO:    See attached service list.

PLEASE TAKE NOTICE that attorney Heather Piccirilli appearing pro hac vice

on behalf of plaintiffs Ralph G. McKenna, Glenroy A. Deane, Ilene Wilgoren-Deane,

Christopher J.  Lillie and Laurie A. Lillie has changed her name to Heather Kolbus.

Please change your records accordingly.

Respectfully submitted,

/s/ Heather Piccirilli
Heather Piccirilli

| | |
|---|---|
| Daniel A. Edelman | Christopher M. Lefebvre, BBO No. 629056 |
| Heather Piccirilli | CLAUDE LEFEBVRE, P.C. |
| EDELMAN, COMBS, LATTURNER | P.O. Box 479 |
|      & GOODWIN, LLC | Pawtucket, RI  02862 |
| 120 S. LaSalle Street, 18th Floor | (401) 728-6060 |
| Chicago, IL 60603 | (401) 728-6534 (FAX) |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

**CERTIFICATE OF SERVICE**

   I, Heather Piccirilli, hereby certify that on January 20, 2006, a copy of the foregoing **NOTICE OF CHANGE OF ATTORNEY NAME** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


U. Gwyn Williams     gwilliams@goodwinprocter.com

Julie M. Wade      jwade@goodwinprocter.com

Daniel J. Pasquarello    dpasquarello@nbparis.com


                 s/ Heather Piccirilli
                 Heather Piccirilli


Daniel A. Edelman
Heather Piccirilli
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)