UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
RALPH G. MCKENNA,                         )
GLENROY A. DEANE,                         )
ILENE WILGOREN-DEANE,                     )
CHRISTOPHER J. LILLIE, and                )
LAURA A. LILLIE,                          )
                     Plaintiffs,          )
                                          )     Civil Action No. 04-10370 (RCL)
v.                                        )
                                          )
FIRST HORIZON HOME LOAN                   )
CORPORATION,                              )
                     Defendant.           )
_____)

**ASSENTED TO MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), defendant First Horizon Home Loan Corporation

("First Horizon") hereby moves this Court for leave to file a Rule 72(a) Objection that exceeds

twenty pages.  First Horizon notes that while there is no specified page limit either in the Federal

or Local Rules for an objection to a Magistrate Judge's Report and Recommendation, First

Horizon has decided to request leave in an abundance of caution.  Plaintiffs have assented to this

motion to file a brief in excess of twenty pages.  As grounds for this motion, First Horizon states

that it is filing a single objection in response to two separate reports and recommendations:  the

Report and Recommendation on Plaintiffs' Motion for Class Certification (November 10, 2005)

and the Report and Recommendation on Defendant's Motion to Clarify (January 6, 2006).

Permitting the filing of a memorandum in excess of twenty pages will aid the Court in its

consideration and determination of the motion for class certification and will serve the interests

of judicial economy and efficiency.

WHEREFORE, First Horizon respectfully request that this Court grant leave to file the

accompanying Rule 72(a) Objection in excess of twenty pages.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,


___/s/ Julie M. Wade_____
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000


Dated:  January 23, 2006


## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred

in good faith with opposing counsel on the matter set forth herein and that opposing counsel

assents to the relief sought herein.

/s/ Julie M. Wade_____
Julie M. Wade (BBO # 653902)


LIBA/1668439.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2006.


_\_\_\_/s/ Julie M. Wade_____
Julie M. Wade

LIBA/1664699.1