UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
RALPH G. MCKENNA,                          )
GLENROY A. DEANE,                          )
ILENE WILGOREN-DEANE,                   )
CHRISTOPHER J. LILLIE, and              )
LAURA A. LILLIE,                               )
              Plaintiffs,                      )
                                                                    ) Civil Action No. 04-10370 (RCL)
v.                                                                  )
                                                                    )
FIRST HORIZON HOME LOAN              )
CORPORATION,                                    )
              Defendant.                      )
_____)

## ASSENTED TO MOTION TO REQUEST A HEARING

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby requests a hearing on First Horizon's Rule 72(a) Objections to the Report and Recommendations on Plaintiffs' Motion for Class Certification and on Defendant's Motion for Clarification, filed with this Court on January 23, 2006.  Plaintiffs have assented to this motion to request a hearing.

As grounds for this motion, First Horizon states that it filed its Objection in response to two separate reports and recommendations issued by the Magistrate Judge recommending class certification of a class that could implicate $190 million in liability for First Horizon.  Permitting a hearing on the Objection and the important issue of class certification will aid the Court in its consideration and determination of the motion for class certification and will serve the interests of judicial economy and efficiency.

WHEREFORE, First Horizon respectfully request that this Court order a hearing.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,

/s/ Julie M. Wade_____
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Dated: January 24, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel assents to the relief sought herein.

/s/ Julie M. Wade_____
Julie M. Wade (BBO # 653902)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2006.

/s/ Julie M. Wade_____
Julie M. Wade (BBO # 653902)

LIBA/1668863.1