## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE; and<br>LAURIE A. LILLIE; | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | 04-10370-RCL |
| v. | )<br>)<br>) | |
| FIRST HORIZON HOME LOAN<br>CORPORATION, | )<br>)<br>) | |
| Defendant. | ) | |

### ASSENTED TO MOTION FOR LEAVE
### TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(b)(4), plaintiffs respectfully request that this Court grant them leave to file a Response to Defendant's Rule 72(a) Objections to the Report and Recommendations on Plaintiffs' Motion for Class Certification and Defendant's Motion for Clarification that exceeds 20 pages. Defendant's Rule 72(a) Objection is 25 pages in length. Plaintiffs request leave to file a responsive memorandum of similar length to adequately address all of Defendant's arguments. Defendant has assented to this motion.

WHEREFORE, plaintiffs respectfully request that this Court grant leave to file their Response to Defendant's Rule 72(a) Objection in excess of twenty pages.

Respectfully submitted,

/s/ Heather Kolbus
Heather Kolbus

| | |
|---|---|
| Daniel A. Edelman | Christopher M. Lefebvre, BBO No. 629056 |
| Heather Kolbus | CLAUDE LEFEBVRE, P.C. |
| EDELMAN, COMBS, LATTURNER | P.O. Box 479 |
|     & GOODWIN, LLC | Pawtucket, RI  02862 |
| 120 S. LaSalle Street, 18th Floor | (401) 728-6060 |
| Chicago, IL 60603 | (401) 728-6534 (FAX) |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

**RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1 (a)(2), I hereby certify that I have conferred with counsel for defendant First Horizon Home Loan Corporation regarding this Motion and they assent to the relief sought herein.

                                                /s/ Heather Kolbus
                                                Heather Kolbus

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on February 3, 2006, a copy of the foregoing **ASSENTED TO MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES** was filed electronically. Notice of this filing will be sent to the registered participants identified on the Notice of Electronic Filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                          s/ Heather Kolbus
                                                                                                         Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)