# EXHIBIT A



Home > About Us

**Sponsorships**

# About Us

**About First Horizon National Corporation**

You may already know First Horizon Home Loans as one of the nation's leading home financing companies. What you may not know is that our company has also been a leader in banking since 1864. First Horizon Home Loan Corporation is part of the First Horizon National Corporation family and is a wholly owned subsidiary of First Tennessee Bank National Association, whose parent company is First Horizon National Corporation, which is headquartered in Memphis, Tennessee.

With more than 13,000 employees located in more than 40 states, First Horizon National Corp. (FHN) provides financial services through hundreds of offices. From its roots as a small bank in 1864, today the corporation has evolved into one of the nation's most respected bank holding companies today in asset size and market capitalization.

The corporation's stock trades on the New York Stock Exchange under the symbol FHN. FHN companies have been recognized as some of the nation's best employers by AARP, Working Mother, and Fortune magazines. FHN was also named one of the nation's 100 best corporate citizens by Business Ethics magazine. Learn more about First Horizon National Corporation.

FHN companies provide All Things Financial® to individual and business customers through:

- **FTN Financial:** Headquartered in Memphis, Tennessee, FTN Financial is one of the nation's top underwriters of U.S. government agency securities.
- **First Horizon:** Headquartered in Irving (Dallas), Texas, First Horizon offers customers a comprehensive range of financial services, including mortgages through First Horizon Home Loans and traditional banking services from First Horizon Bank.
- **First Tennessee Bank:** Headquartered in Memphis, Tennessee, First Tennessee has the largest market share in Tennessee and has earned one of the highest customer retention rates of any bank in the nation.



© 2006 First Horizon All Rights Reserved.