# EXHIBIT B

# FIRST HORIZON HOME LOANS

Search [    ] [GO]

Types of Loans | The Loan Process | Choosing the Best Loan | Apply Online | Find a Branch | Banking Services

Home > About First Horizon Home Loans

**Corporate Sponsorships**

**-Our Strategy**

## About First Horizon Home Loans

Home Loans Headquartered in Irving (Dallas), Texas, First Horizon Home Loans is a full-service mortgage company ranking among the nation's largest in both origination and servicing. In 2003, First Horizon Home Loans helped over 270,000 people purchase a home and currently services over 506,000 loans. Our tremendous growth in the past six years reflects our commitment to building relationships with our customers that bring real value to their lives

We want to be the first choice for America's homeowners, which is why we are committed to reducing the stress of the mortgage process. That commitment begins from your first contact with our loan professionals, our Relationship Managers They understand how important owning a home is to you, and they are home financing experts dedicated to helping you find the loan that best suits your needs.

Their proficiency and skill throughout the mortgage process - from consultation to application to closing - provide you with the peace of mind that your loan is in the hands of home financing professionals. Our streamlined processes use state-of-the-art technology to ensure that you receive fast decisions and accurate information about the status of your loan.

We also believe that our customers' financial security is a priority, and we prove that we care about their financial goals by building personalized relationships based on the value we bring to their lives

### Our Beginnings

The proud heritage of the First Horizon Home Loans family can be traced all the way back to 1864, which is when First Tennessee Bank was founded. The Bank has grown into First Tennessee National Corporation, our parent company. First Tennessee National Corporation has been chosen by FORTUNE magazine as one of the "Best 100 Companies to Work For" for the last six years

Today, First Tennessee National Corporation is a nationwide, diversified financial services institution and is one of the 50 largest bank holding companies in the United States in market capitalization and asset size. Banking and other financial services are provided through the regional banking group and three national business lines: First Horizon Home Loans (which originated over $51 billion in loans in 2003), and as of December 31, 2003, held a servicing portfolio over $68.9 billion More information is available at www.ftb.com.

Careers  Contact Us  ⌂ Equal Housing Lender © 2003  First Horizon Home Loan Corporation. All Rights Reserved
Quality of Assistance  Fair Lending  Privacy/Security/Linking Policies  Site Map