# EXHIBIT C

Download: [PDF] [RTF] [XLS]

# FORM 10-Q

SECURITIES AND EXCHANGE COMMISSION
Washington, D C 20549

(Mark one)

(X)   QUARTERLY REPORT PURSUANT TO SECTION 13 or 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2005

OR

( )   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from_____ to_____

Commission file number  001-15185

CIK number 0000036966

FIRST HORIZON NATIONAL CORPORATION
(Exact name of registrant as specified in its charter)

| Tennessee | 62-0803242 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I R S Employer Identification No ) |

| 165 Madison Avenue, Memphis, Tennessee | 38103 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(901) 523-4444
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year,
if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days

Yes  x   No____

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act)

Yes  x   No____

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act)

Yes ____ No  x

APPLICABLE ONLY TO CORPORATE ISSUERS:
Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date

| Common Stock, $.625 par value | 126,002,753 |
| Class | Outstanding on September 30, 2005 |

# FIRST HORIZON NATIONAL CORPORATION

## INDEX

Part I. Financial Information

Part II. Other Information

Signatures

Exhibit Index

2

PART I

FINANCIAL INFORMATION

Item 1.    Financial Statements

        The Consolidated Condensed Statements of Condition

        The Consolidated Condensed Statements of Income

        The Consolidated Condensed Statements of Shareholders' Equity

        The Consolidated Condensed Statements of Cash Flows

        The Notes to Consolidated Condensed Financial Statements

This financial information reflects all adjustments that are, in the opinion of management, necessary for a fair presentation of the financial position and results of operations for the interim periods presented

3

| CONSOLIDATED CONDENSED STATEMENTS OF CONDITION | | First Horizon National Corporation | |
|---|---|---|---|
| | September 30 | | December 31 |
| (Dollars in thousands)(Unaudited) | 2005 | 2004 | 2004 |
| **Assets:** | | | |
| Cash and due from banks | $ 1,037,352 | $ 810,541 | $ 638,189 |
| Federal funds sold and securities purchased under agreements to resell | 1,972,318 | 475,295 | 682,310 |
| Total cash and cash equivalents | 3,009,670 | 1,285,836 | 1,320,499 |
| Investment in bank time deposits | 6,373 | 5,696 | 5,329 |
| Trading securities | 2,013,535 | 1,068,585 | 988,015 |
| Loans held for sale | 5,158,103 | 3,893,279 | 5,167,981 |
| Securities available for sale | 2,841,633 | 1,771,762 | 2,680,556 |
| Securities held to maturity (market value of $391 on September 30, 2005; $559 on September 30, 2004; and $457 on December 31, 2004) | 383 | 541 | 441 |
| Loans, net of unearned income | 19,212,110 | 16,403,309 | 16,427,673 |
| Less:  Allowance for loan losses | 185,029 | 161,856 | 158,159 |
| Total net loans | 19,027,081 | 16,241,453 | 16,269,514 |
| Mortgage servicing rights, net | 1,210,284 | 966,146 | 1,036,458 |
| Goodwill | 309,540 | 184,690 | 187,200 |
| Other intangible assets, net | 86,855 | 37,161 | 34,769 |
| Capital markets receivables | 1,453,451 | 1,025,806 | 276,298 |
| Premises and equipment, net | 411,971 | 369,701 | 379,359 |
| Real estate acquired by foreclosure | 27,856 | 32,472 | 27,777 |
| Other assets | 1,485,572 | 1,411,597 | 1,397,487 |
| **Total assets** | **$ 37,042,307** | **$ 28,294,725** | **$ 29,771,683** |
| **Liabilities and shareholders' equity:** | | | |
| Deposits: | | | |
| Checking interest and money market | $ 4,331,644 | $ 3,822,912 | $ 4,220,376 |

|  |  |  |  |
|---|---:|---:|---:|
| Savings | 288,903 | 290,128 | 289,831 |
| Certificates of deposit under $100,000 and other time | 2,338,365 | 2,051,760 | 2,061,262 |
| Certificates of deposit $100,000 and more | 12,497,183 | 7,801,248 | 8,216,176 |
| Interest-bearing | 19,456,095 | 13,966,048 | 14,787,645 |
| Noninterest-bearing | 5,891,479 | 4,956,260 | 4,994,522 |
| Total deposits | 25,347,574 | 18,922,308 | 19,782,167 |
| Federal funds purchased and securities sold under agreements to repurchase | 2,357,973 | 2,152,886 | 3,247,048 |
| Trading liabilities | 906,626 | 291,574 | 426,343 |
| Commercial paper and other short-term borrowings | 1,217,904 | 208,924 | 139,776 |
| Term borrowings | 2,000,113 | 2,453,510 | 2,616,368 |
| Capital markets payables | 1,507,563 | 1,158,991 | 390,323 |
| Other liabilities | 1,151,370 | 1,123,398 | 1,128,217 |
| Total liabilities | 34,489,123 | 26,311,591 | 27,730,242 |
| Preferred stock of subsidiary | 295,274 | 454 | 458 |
| **Shareholders' equity** |  |  |  |
| Preferred stock - no par value (5,000,000 shares authorized, but unissued) | - | - | - |
| Common stock - $ 625 par value (shares authorized - 400,000,000; shares issued and outstanding - 126,002,753 on September 30, 2005; 123,127,697 on September 30, 2004; and 123,531,904 on December 31, 2004) | 78,752 | 76,955 | 77,207 |
| Capital surplus | 258,951 | 165,212 | 173,872 |
| Undivided profits | 1,962,858 | 1,745,759 | 1,795,853 |
| Accumulated other comprehensive loss, net | (33,621) | (11,195) | (9,928) |
| Deferred compensation on incentive plans | (21,147) | (7,134) | (8,181) |
| Deferred compensation obligation | 12,117 | 13,083 | 12,160 |
| Total shareholders' equity | 2,257,910 | 1,982,680 | 2,040,983 |
| **Total liabilities and shareholders' equity** | **$ 37,042,307** | **$ 28,294,725** | **$ 29,771,683** |

See accompanying notes to consolidated condensed financial statements.
Certain previously reported amounts have been reclassified to agree with current presentation

4

| CONSOLIDATED CONDENSED STATEMENTS OF INCOME | First Horizon National Corporation | | | |
|---|---:|---:|---:|---:|
|  | Three Months Ended September 30 | | Nine Months Ended September 30 | |
| (Dollars in thousands except per share data)(Unaudited) | 2005 | 2004 | 2005 | 2004 |
| **Interest income:** |  |  |  |  |
| Interest and fees on loans | $ 299,100 | $ 199,466 | $ 795,477 | $ 549,074 |
| Interest on investment securities | 31,397 | 28,467 | 92,672 | 81,692 |
| Interest on loans held for sale | 111,573 | 56,120 | 284,555 | 158,828 |
| Interest on trading securities | 35,718 | 13,954 | 101,279 | 37,743 |
| Interest on other earning assets | 19,651 | 2,176 | 46,717 | 4,676 |
| Total interest income | 497,439 | 300,183 | 1,320,700 | 832,013 |
| **Interest expense:** |  |  |  |  |
| Interest on deposits: |  |  |  |  |
| Savings | 108 | 94 | 302 | 304 |
| Checking interest and money market account | 16,153 | 6,087 | 41,015 | 16,254 |

|  | | | | |
|---|---:|---:|---:|---:|
| Certificates of deposit under $100,000 and other time | 20,466 | 15,923 | 56,371 | 43,289 |
| Certificates of deposit $100,000 and more | 102,061 | 28,161 | 247,276 | 65,547 |
| Interest on trading liabilities | 23,237 | 4,863 | 60,635 | 14,381 |
| Interest on short-term borrowings | 50,619 | 13,500 | 116,517 | 30,201 |
| Interest on term borrowings | 24,634 | 13,305 | 69,368 | 34,172 |
| Total interest expense | 237,278 | 81,933 | 591,484 | 204,148 |
| **Net interest income** | 260,161 | 218,250 | 729,216 | 627,865 |
| Provision for loan losses | 22,608 | 10,044 | 51,503 | 36,565 |
| **Net interest income after provision for loan losses** | 237,553 | 208,206 | 677,713 | 591,300 |
| Noninterest income: | | | | |
| Mortgage banking | 140,482 | 105,155 | 368,237 | 349,987 |
| Capital markets | 82,158 | 79,913 | 272,109 | 300,036 |
| Deposit transactions and cash management | 41,268 | 38,624 | 113,994 | 110,819 |
| Merchant processing | 22,680 | 19,299 | 66,379 | 55,407 |
| Insurance commissions | 12,673 | 13,962 | 40,947 | 44,460 |
| Trust services and investment management | 11,299 | 11,838 | 33,741 | 35,533 |
| Gains on divestitures | - | - | - | 3,800 |
| Equity securities (losses)/gains, net | (406) | 5,506 | (397) | 5,764 |
| Debt securities gains, net | - | 14,877 | - | 18,718 |
| All other income and commissions | 59,383 | 38,440 | 161,312 | 125,514 |
| Total noninterest income | 369,537 | 327,614 | 1,056,322 | 1,050,038 |
| **Adjusted gross income after provision for loan losses** | 607,090 | 535,820 | 1,734,035 | 1,641,338 |
| Noninterest expense: | | | | |
| Employee compensation, incentives and benefits | 261,906 | 210,089 | 752,956 | 686,741 |
| Occupancy | 26,547 | 23,865 | 77,611 | 66,527 |
| Equipment rentals, depreciation and maintenance | 19,668 | 18,713 | 57,159 | 54,062 |
| Operations services | 20,660 | 17,801 | 59,465 | 49,144 |
| Communications and courier | 14,809 | 12,118 | 41,386 | 37,144 |
| Amortization of intangible assets | 3,598 | 2,165 | 10,320 | 6,527 |
| All other expense | 89,031 | 80,845 | 251,208 | 221,507 |
| Total noninterest expense | 436,219 | 365,596 | 1,250,105 | 1,121,652 |
| **Income before income taxes** | 170,871 | 170,224 | 483,930 | 519,686 |
| Provision for income taxes | 54,674 | 56,623 | 155,819 | 168,430 |
| **Net income** | $ 116,197 | $ 113,601 | $ 328,111 | $ 351,256 |
| **Earnings per common share** (Note 7) | $ .92 | $ .91 | $ 2.62 | $ 2.81 |
| **Diluted earnings per common share** (Note 7) | $ .90 | $ .89 | $ 2.55 | $ 2.73 |
| **Weighted average shares outstanding** (Note 7) | 125,837,538 | 124,282,776 | 125,170,708 | 124,846,744 |
| **Diluted weighted average shares** (Note 7) | 129,359,395 | 127,845,448 | 128,773,307 | 128,677,169 |

See accompanying notes to consolidated condensed financial statements.
Certain previously reported amounts have been reclassified to agree with current presentation

5

**CONSOLIDATED CONDENSED**
**STATEMENTS OF SHAREHOLDERS' EQUITY**                                First Horizon National Corporation

| (Dollars in thousands)(Unaudited) | 2005 | 2004 |
|---|---:|---:|
| Balance, January 1 | $ 2,040,983 | $ 1,890,318 |
| Net income | 328,111 | 351,256 |
| Other comprehensive income: | | |
| Unrealized market adjustments, net of tax | (23,693) | (11,877) |
| Comprehensive income | 304,418 | 339,379 |