UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                   )
RALPH G. MCKENNA,                                                  )
GLENROY A. DEANE,                                                  )
ILENE WILGOREN-DEANE,                                              )
CHRISTOPHER J. LILLIE, and                                         )
LAURA A. LILLIE,                                                   )
                          Plaintiffs,                              )
                                                                   ) Civil Action No. 04-10370 (RCL)
          v.                                                       )
                                                                   )
FIRST HORIZON HOME LOAN                                            )
CORPORATION,                                                       )
                          Defendant.                               )
_____)

**ASSENTED TO MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF DEFENDANT'S RULE 72(a) OBJECTIONS**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves for leave to file a short reply brief in support of its Rule 72(a) Objections.  A reply brief is necessary to address new issues raised in Plaintiffs' Response in Opposition to Defendant's Rule 72(a) Objections, filed February 6, 2006, and to correct inaccurate statements made about the record in another case.  First Horizon would like to briefly address these new issues in a short reply brief. The reply brief will aid this Court in its consideration of whether the Court should certify the proposed rescission class action, particularly in the absence of oral argument on this important issue.  Plaintiffs have assented to the filing of a reply brief.

WHEREFORE, First Horizon requests that the Court grant it leave to file the reply brief submitted herewith.

Respectfully Submitted,

FIRST HORIZON HOME LOAN
CORPORATION,

By its attorneys,

/s/ U. Gwyn Williams
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Dated:  February 13, 2006

### LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has

conferred in good faith with opposing counsel on the matter set forth herein, and that

opposing counsel has assented.

/s/ U. Gwyn Williams
U. Gwyn Williams (BBO # 565181)

LIBA/1674062.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2006.

<u>    /s/ U. Gwyn Williams        </u>
U. Gwyn Williams (BBO # 565181)
