IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, | ) | |
| GLENROY A. DEANE, | ) | |
| ILENE WILGOREN-DEANE, | ) | |
| CHRISTOPHER J. LILLIE; and | ) | |
| LAURIE A. LILLIE; | ) | |
| | ) | |
| Plaintiffs, | ) | 04-10370-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO FIRST HORIZON'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS
RULE 72(a) OBJECTION TO THE REPORT AND RECOMMENDATION**

Plaintiffs respectfully submit this brief response in opposition to First Horizon's supplemental memorandum in support of its Rule 72(a) objection to the Report and Recommendation.

Defendant claims that another lawsuit, *DeFrancesco v. First Horizon Home Loan Corp.*, No. 06-58-DRH, filed in the Southern District of Illinois, with similar claims as that of the case at bar, supports its argument that certification of a Massachusetts class will result in an devastating liability to First Horizon. This argument is an example of <u>chutzpah</u> – a Yiddish word meaning "unmitigated gall" and exemplified by someone who kills his parents and asks for mercy because he is an orphan.

In the case at bar, the class period has been limited to <u>*April, 2003 through February, 2004*</u> because that is when First Horizon stated that it used the inadequate form. (*Def.*

1

*Opposition to Plaintiffs' Motion for Class Certification; Declaration of Jose Iglesias in Support of First Horizon's Opposition to Plaintiffs' Motion for Class Certification*) Mr. DeFrancesco's closing was on <u>March 24, 2004</u>, clearly outside of the period First Horizon identified as the "relevant" time period in this case.  First Horizon lied about the use of the form and now pleads for sympathy because one of the people that were the subject of the lie stepped forward.  It is outrageous for First Horizon to have continued to violate the law and expect the Court to sympathize with its plight.

        Plaintiffs are only seeking to certify a class of Massachusetts residents and the Court need not decide or consider what an Illinois court may do in another case against defendant.

        For the foregoing reasons, plaintiffs respectfully request that this Court disregard First Horizon's supplemental memorandum and adopt the Reports and Recommendations of Magistrate Dein.

        Respectfully submitted,

        s/Heather Kolbus

        _____

        Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre, BBO No. 629056

CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)


## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on February 23, 2006, a copy of the foregoing **PLAINTIFFS' RESPONSE IN OPPOSITION TO FIRST HORIZON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS RULE 72(a) OBJECTION TO THE REPORT AND RECOMMENDATION** was filed electronically. Notice of this filing will be sent to the registered participants identified on the Notice of Electronic Filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       s/ Heather Kolbus
                                                       Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)