## IN THE UNITED STATES DISTRICT COURT
## FOR  DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, | ) | |
| GLENROY A. DEANE, | ) | |
| ILENE WILGOREN-DEANE, | ) | |
| CHRISTOPHER J. LILLIE; and | ) | |
| LAURIE A. LILLIE; | ) | |
| | ) | |
| Plaintiffs, | ) | 04-10370-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' AMENDED RESPONSE IN OPPOSITION TO FIRST HORIZON'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS
RULE 72(a) OBJECTION TO THE REPORT AND RECOMMENDATION**

Plaintiffs respectfully submit this brief amended response in opposition to First

Horizon's supplemental memorandum in support of its Rule 72(a) objection to the Report and

Recommendation.

Defendant claims that another lawsuit, *DeFrancesco v. First Horizon Home Loan

Corp.*, No. 06-58-DRH, filed in the Southern District of Illinois, with similar claims as that of

the case at bar, supports its argument that certification of a Massachusetts class will result in an

devastating liability to First Horizon.  This argument is without merit.

In the case at bar, the class period has been limited to *April, 2003 through*

1

_February, 2004_.[1]  The complaint in this case had been filed on February 24, 2004 and First

Horizon's registered agent was served with the summons and amended complaint on March 23,

2004.  Each plaintiff had given First Horizon notice of rescission in either February, 2004 or

March, 2004.

Mr. DeFrancesco's closing was on _March 24, 2004_, and his complaint was filed

on January 24, 2006.  Given the 3 year statute of limitations for TILA claims, it appears that the

time period at issue in DeFrancesco's case is broader than the relevant time period in this case.

DeFrancesco's complaint demonstrates that First Horizon continued to use of the defective form

after it was on notice of the defect in its notice of right to cancel and now pleads for sympathy in

defense of an entirely different suit.  It is outrageous for First Horizon to have continued to

violate the law and expect the Court to sympathize with its plight.

Plaintiffs are only seeking to certify a class of Massachusetts residents and the

Court need not decide or consider what an Illinois court may do in another case against

defendant.

For the foregoing reasons, plaintiffs respectfully request that this Court disregard

First Horizon's supplemental memorandum and adopt the Reports and Recommendations of

Magistrate Dein.

---

[1]  "First Horizon also estimates that between April 2003 and February 2004 (when use of the form ceased), it provided loans in the principal amount of more than $1.7 billion involving 8,908 transactions of Massachusetts properties. (Declaration of Jose Iglesias (Docket No. 27) at ¶ 4)."  _McKenna, et al. v. First Horizon Home Loan Corporation_, 04-10370 (D. Mass. November 10, 2005), Report and Recommendation on Plaintiffs' Motion for Class Certification, p. 9.   This fact was not challenged or otherwise clarified in First Horizon's 25-page Rule 72(a) Objections to the Report and Recommendations on Plaintiffs' Motion for Class Certification and on Defendant's Motion for Clarification.

Respectfully submitted,

s/Heather Kolbus

_____

Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)


Christopher M. Lefebvre, BBO No. 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, hereby certify that on February 27, 2006, a copy of the foregoing **PLAINTIFFS' AMENDED RESPONSE IN OPPOSITION TO FIRST HORIZON'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS RULE 72(a) OBJECTION TO THE REPORT AND RECOMMENDATION** was filed electronically. Notice of this filing will be sent to the registered participants identified on the Notice of Electronic Filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  s/ Heather Kolbus   
Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)