UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, GLENROY A. DEAN, ILENE WILGOREN-DEANE, CHRISTOPHER J. LILLIE and LAURA A. LILLIE,<br><br>            Plaintiffs,<br><br>      v.<br><br>FIRST HORIZON HOME LOAN CORPORATION,<br><br>            Defendant. | Civil Action No. 04-10370-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## JULIE M. WADE

　　　　Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Julie M. Wade as counsel for Defendant First Horizon Home Loan Corporation in the above-captioned matter.

　　　　U. Gwyn Williams of Goodwin Procter LLP shall continue her appearance as counsel of record for First Horizon Home Loan Corporation.

Dated: May 11, 2006

Respectfully submitted,

FIRST HORIZON HOME LOAN
CORPORATION

By its attorneys,

/s/ Julie M. Wade
U. Gwyn Williams (BBO # 565181)
Julie M. Wade (BBO # 653902)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1695995.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2006.

                                            /s/ Julie M. Wade

LIBA/1695995.1