UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEAN,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE<br>and LAURA A. LILLIE,<br><br>                    Plaintiffs,<br><br>       v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br><br>                    Defendant. | Civil Action No. 04-10370-RCL |

## NOTICE OF APPEARANCE OF
## KELLY M. TRAINOR

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Kelly M. Trainor as counsel for Defendant First Horizon Home Loan Corporation in the above-captioned matter.

Dated: May 19, 2006

Respectfully submitted,

FIRST HORIZON HOME LOAN
CORPORATION

By its attorneys,

/s/ Kelly M. Trainor
U. Gwyn Williams (BBO # 565181)
Kelly M. Trainor (BBO #663707)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1698925.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

/s/ Kelly M. Trainor