*04-10370*

# United States Court of Appeals
## For the First Circuit

_____

No. 06-8018

RALPH G. MCKENNA, ET AL.,

Plaintiffs, Respondents,

v.

FIRST HORIZON HOME LOAN CORPORATION,

Defendant, Petitioner.

_____

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

_____

ORDER OF COURT

Entered: June 28, 2006

The motion of amici curiae to submit their amici brief is <u>allowed</u>.

Defendant's Fed.R.Civ.P. Rule 23(f) Petition for Review of Order Certifying Class is <u>allowed</u>. In accordance with a briefing schedule to be set by the clerk, the parties shall address the following issues:

whether, as a matter of law, a suit for rescission under section 1635 of the federal Truth in Lending Act (TILA), 15 U.S.C. §§ 1601 <u>et seq.</u>, or section 10 of the Massachusetts Consumer Credit Cost Disclosure Act (MCCCDA), Mass. Gen. Laws ch. 140D, is maintainable as a class action under Rule 23 of the Federal Rules of Civil Procedure;

whether, as a matter of law, a suit for rescission under section 1635 of TILA or section 10 of the MCCCDA is

maintainable by a plaintiff borrower whose debt to a defendant creditor has already been fully discharged by payment, refinancing or otherwise; and

any other questions of law that a party believes are essential to the disposition of this interlocutory appeal.

SO ORDERED.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
                Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calaind Date: 6-28-06

[certified copies: Hon. Reginald C. Lindsay, Sarah A. Thornton, Clerk]

[cc: Christopher M. Lefebvre, ESq., Daniel A. Edelman, Esq., Heather A. Kolbus, Esq., Cathleen M. Combs, Esq., James O. Latturner, Esq., U. Gwyn Williams, Esq., Julie M. Wade, Esq., Robert B. Serino, Esq.]