# United States Court of Appeals
## For the First Circuit

CJDC-MA
04-10370

No. 06-8018

RALPH McKENNA ET AL.,

Plaintiffs, Appellees,

v.

FIRST HORIZON HOME LOAN CORP.,

Defendant, Appellant.

**JUDGMENT**

Entered: January 29, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's class certification decision is reversed, its class certification order is vacated, and the case is remanded for further proceedings consistent with the opinion issued this day. Costs are taxed in favor of First Horizon Home Loan Corp.

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Reginald C. Lindsay, Hon. Judith G. Dein and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Lefebvre, Mr. Edelman, Ms. Kolbus, Ms. Combs, Mr. Latturner, Ms. Williams, Mr. Wade, Ms. Bloom, Mr. Hefferon, and Mr. Serino.]