Charles Covington    -    February 11, 2005

46

11:23:13  1  Horizon 1043.

2      Q.   Okay.   Great.   Just during the break I went

3  back just so I can wrap up a few loose ends.   I'm

4  going to hold off for a minute.   I want to go back to

5  some of the areas of inquiry.

6           Mr. Covington, just so I'm clear, does

7  First Horizon have all of the nonpurchased money

8  mortgage files available on its imaging system for the

9  period February 1st, 2000 through February 1st, 2004?

10     A.   Yes, we should.   I mean, could I say that

11  every single loan we have originated is on the imaging

12  system during that period of time, I couldn't say

13  that, but they certainly should be and our expectation

14  is that they are.

11:24:07  15     Q.   Okay.   Now, earlier you had -- I had asked

16  you some questions about what we have called

17  numerosity, you know, the number of potential members

18  of this potential class action.   And I had asked

19  you -- I had used the number 500, if there were 500 --

20  at least 500 people who received the form referenced

21  in Exhibit 3, and I believe you said yes; is that

22  correct?

23     A.   Yes, that's true.

24     Q.   All right.   Now, if I wanted to know how many

25  people actually received the Exhibit 3, the form

11:24:51  1  referenced in this lawsuit, which is the subject of

2  this lawsuit during the four-year period prior to the

3  filing of the lawsuit, what would I have to do to

4  retrieve that information?

5      A.  If you wanted to know specifically who

6  received this notice?

7      Q.  If I want to know how many -- first, let's be

8  real simple so there is no trick.  If I want to know

9  how many First Horizon customers who had a nonpurchase

10  money mortgage during that four-year period, went to a

11  closing, wherever the closing was, and received this

12  form, the form that we have been talking about at

13  length this morning, Exhibit 3, what would I have to

14  do to get that information?

11:25:37  15          MR. HEFFERON:  And the period for this

16  deposition that the discovery is directed towards is

17  the 1st of February 2000 through the 1st of February

18  2004?

19          MR. LEFEBVRE:  Yeah, I believe in our

20  complaint -- the complaint was filed in February, and

21  I believe all of the discovery was during that time

22  frame going back four years, obviously, because the

23  Massachusetts nuance and three years for everyone

24  else.

25          MR. HEFFERON:  Okay.  So I just want to

Charles Covington    -    February 11, 2005

11:26:04  1    make sure I'm clear.  The class period you are

2    conducting discovery about goes from February 1, 2000,

3    to February 1, 2004?

4              MR. LEFEBVRE:  Well, Massachusetts only

5    goes to 2004.  Everyone else goes to 2003.  I stand

6    corrected.  I'm looking at the amended complaint, Tom.

7              MR. HEFFERON:  Okay.

8              MR. LEFEBVRE:  I'm looking at the class

9    definition, and what we did is -- bear with me one

10   second because there is no sense wasting time on

11   irrelevant issues.

12             MR. HEFFERON:  Yeah, I'm trying to make

13   sure that the witness when giving his testimony about

14   this case talks about the period of time you want to

11:26:47  15   conduct discovery about.

16             MR. LEFEBVRE:  Okay.  In our class

17   definition, our class definition is defined --

18        Q.  And this is the period I'm asking the

19   question, Mr. Covington, about, getting access to the

20   right to cancel form, for all natural persons

21   involving nonpurchase money loans secured by their

22   residence on or after three years prior to the filing,

23   so the filing was February of 2004, and for four years

24   prior to the filing for just Massachusetts residents.

25   So three years for every other state but

11:27:26    1    Massachusetts.  So February 1, 2001 to February 1st of

2    2004 for every state but Massachusetts.

3                    MR. HEFFERON:  Okay.  And so your

4    question, Mr. Covington, is if -- if he was to assign

5    some of the tasks of figuring out how many people

6    there were who got this form between February 1 of '01

7    to February 1 of '04 in all 49 states except

8    Massachusetts plus Massachusetts for February '00 to

9    February of '04, how would he do that?

10                   MR. LEFEBVRE:  Brilliant question.

11                   MR. HEFFERON:  Okay.  Go ahead.

12       A.  Well, if you wanted to know for sure, we

13    would need to review all of those files.

14       Q.  And how would you actually go about doing

11:28:19   15    that?

16       A.  We would have to pull up each individual loan

17    file and review the notice of right to cancel that was

18    provided.

19       Q.  Okay.  So just so I'm clear, there is no

20    computer software as part of this imaging system that

21    could help you somehow correlate and group various

22    documents in the particular loan files during the

23    period that we just placed before you?

24       A.  No, there is not.  Just so you'll understand,

25    the documents appear like PDF files.  They are

Charles Covington    -    February 11, 2005

50

11:28:53  1  basically photographs of the document, so they are not

2  electronic in themselves.  They are images.  They are

3  photographs.  It is an imaging system.  They appear

4  like what a PDF file would appear to you to look like.

5      Q.  Okay.  That helps.  Thank you.  Just a few

6  more follow-up questions before we get on to the other

7  packet of documents.

8           Exhibit 2, what I'm going to call the

9  Tabares form and the form that was utilized prior to

10  April of '03, how long has that form been in

11  existence, if you know?

12      A.  I don't know exactly how long this form has

13  been in existence.

14      Q.  More than a year?

11:29:36  15      A.  Well, I see that it has got a date of 7-01,

16  so I would assume it is at least from that time

17  period.

18      Q.  Okay.  Now, just so I'm clear, I was looking

19  through my notes.  When you told me originally -- you

20  talked about the different -- what I'm going to

21  characterize as lending division, retail, wholesale,

22  and I believe you mentioned correspondent lending?

23      A.  Yes.

24      Q.  And I don't know what that is.  Could you

25  tell me what correspondent lending is?

Charles Covington    -    February 11, 2005

51

11:30:09     1        A.   Correspondent loans are loans that are

2    originated and closed and funded by a third party, and

3    then we buy the loan, the entire whole loan in what we

4    call a closed loan purchase.  So they are purchase

5    transactions.  They are not originations meaning we

6    are not doing the underwriting on the loan.  We are

7    just buying the loan, the originated loan.

8        Q.   Oh, okay.

9        A.   So they are funded and closed on the

10   documents of that corresponding lender.

11       Q.   Okay.  So First Horizon wouldn't have

12   anything to do with the preparation of the documents

13   that were utilized in any of the correspondent loans;

14   is that correct?

11:30:48    15        A.   I wouldn't say that entirely because we have

16   our documents on doc prep vendors, and I believe some

17   of the correspondence to make it easy for them, if

18   they want to go out and obtain our closing documents,

19   they can do that.  So there is that option or

20   capability to them, I believe.

21       Q.   Okay.  Fine.  And then just one final point.

22   When you were talking about the retail and the

23   wholesale lending division, I had asked you about, you

24   know, Exhibit 3, the form, the right to cancel form,

25   and you mentioned that there could be some variations

Charles Covington    -    February 11, 2005

52

11:31:27    1    based on the loan originators in those two divisions.

2    Did I understand your testimony correct?

3        A.    I think that what I was saying is that

4    rather -- if a document was on our front-end system,

5    which we call TMO -- versus one of these doc prep

6    vendors, therein could be some differences in the

7    document.

8        Q.    And what does TMO stand for?

9        A.    It actually stands for The Mortgage

10    Originator.

11        Q.    Okay.    I couldn't hear the first one.    It

12    didn't come over the telephone.

13        A.    The.    The.    The Mortgage Originator.

14        Q.    Okay.    So The Mortgage Originator was a

11:32:13    15    program utilized by First Horizon to generate what I'm

16    going to call in a generic sense closing documents?

17        A.    Yes.

18        Q.    Okay.    And The Mortgage Originator would

19    have -- if it were used, would have generated Exhibit

20    3, the form 1047?

21        A.    Yes.

22        Q.    Okay.    Now, if you didn't use TMO, you could

23    use some other type of software?    Is that what you are

24    telling me?

25        A.    Yes.

Charles Covington    -    February 11, 2005

53

11:32:44    1        Q.  And do you know what the other types of

2    software were during the time frame that we are

3    talking about, either three years prior to the lawsuit

4    or four years in Massachusetts?

5        A.  There were -- that's a multiple question, a

6    complex questions.  There were various front-end

7    systems we used during that time, and we also used

8    Guardian, which is a doc prep vendor also.  So it

9    could be a mix of any of those things.

10        Q.  Okay.  Now, focusing just on the right to

11    cancel form -- either Exhibit 3 or we called it

12    1047 -- would either -- using the front end or the

13    Guardian -- what I'm going to call software -- made

14    any substantive changes to the right to cancel form?

11:33:30    15                MR. HEFFERON:  Objection.

16                You mean using -- are you asking him

17    whether or not those other front-end systems and/or

18    Guardian used Exhibit 3?

19                MR. LEFEBVRE:  Yes.

20                MR. HEFFERON:  Okay.

21                MR. LEFEBVRE:  Thank you.

22        A.  Our system, TMO, used Exhibit 3, and I'm not

23    exactly sure because I haven't really looked at it

24    this closely under this exercise to see if Guardian's

25    notice was the exact same, but it could be somewhat

Charles Covington    -    February 11, 2005

54

11:34:04  1    different.  There could be some variations to it.

2        Q.   Okay.  Could Guardian have used a notice of

3    right to cancel that was similar to Exhibit 2?

4        A.   Well, I guess what I'm saying is, is Guardian

5    would have programmed into their system these

6    documents in principal.  There could be some minor

7    format changes, but we submit the documents to them

8    for use -- for use for our purposes.

9        Q.   Okay.  And, finally, the variations that

10    could have been in existence or were in existence

11    during the time frame of this litigation, I assume

12    that you do have some file or folder or some computer,

13    document that could produce the different right to

14    cancel forms that were used or generated during the

11:34:55 15    time frame of this lawsuit?

16        A.   I do not have such a file.

17        Q.   Okay.  Now, and I'm not talking about you

18    personally.  I'm asking the same question, but more

19    direct to First Horizon.  Is there someone at First

20    Horizon that does?

21        A.   I don't know.  Sherri Rye, our office person,

22    docs person, may have such a file, but I'm not sure.

23        Q.   And her name is Sherri?

24        A.   Rye.

25        Q.   And what is her capacity at First Horizon?

Charles Covington    -    February 11, 2005

11:35:25  1    A.  At the time, she was over policies and

2  procedures.

3    Q.  Okay.  When you say at the time, are you

4  talking about either the three-year window prior to

5  the lawsuit or four-year window?

6    A.  Yes.

7    Q.  Okay.  Where is Sherri now?

8    A.  She still works for the company.

9    Q.  I assume in a different capacity?

10    A.  Somewhat different capacity.  Now she manages

11  our documents.

12    Q.  Okay.  Fine.  Now, I assume -- is it fair to

13  say that you are the person that is most familiar with

14  the regulatory compliance in relation to TIL for

11:36:16 15  nonpurchase money loans during the time frame of this

16  lawsuit?

17        MR. HEFFERON:  Objection, speculation

18  about what other people know.

19    Q.  Okay.  Are you -- let me say, are you one of

20  the persons that is knowledgeable about the compliance

21  procedures of First Horizon during this time period?

22    A.  Yes.

23    Q.  Okay.  Are you familiar with the documents

24  that have been produced to me which your attorney

25  referenced, I believe, documents 936 through 1000,

Charles Covington        -        February 11, 2005

56

11:36:53    1    whatever the ending number is?

2        A.    Yes, I have got them here.

3        Q.    Okay.    I assume you have seen these documents

4    before?

5        A.    Yes.

6        Q.    Okay.    Now, I notice -- let me ask you this:

7    There are a lot of areas in the document that have

8    been redacted.

9        A.    Yes.

10        Q.    Okay.    And is it fair to say that the

11    redacted areas deal with compliance outside of the

12    Truth in Lending area?

13        A.    They deal with compliance outside of the

14    right of rescission rights of the Truth in Lending.

11:37:36   15        Q.    So basically what has been produced to me are

16    the documents that deal with Truth in Lending

17    compliance, correct?

18        A.    Well, what you have been provided deal with

19    right of rescission under Truth in Lending.

20        Q.    Okay.    That's a fair correction.    I notice on

21    number 941 and 943 -- 941 is earmarked as retail

22    closing disclosure and 943 is wholesale disclosures.

23        A.    Uh-huh.

24        Q.    Does this deal with regulatory compliance?

25    What is the nature of these documents?    What do they

Charles Covington    -    February 11, 2005

57

11:38:22  1   deal with?

2        A.   These deal with regulatory compliance.

3        Q.   Is there different regulatory compliance

4   issues for retail versus wholesale closings?

5        A.   There are different procedures, yes.

6        Q.   Can you tell me what the different procedures

7   are in a general sense?

8        A.   The different procedures are:  In a wholesale

9   transaction, we don't actually interact with the

10  customer.  The wholesale broker does.  So there are

11  some disclosures that are delivered by the broker,

12  which a less disclosure requirement on it; whereas, in

13  retail, we are dealing with the customer from the very

14  beginning, and we have all disclosure requirements.

11:39:13  15   Q.   Okay.  Now, I'm looking at document 949.

16  A.   949.  Okay.  949.  All right.  Got that.

17  Q.   I want to make sure that I understand Section

18  I of document First Horizon 000949, review cycle.

19  A.   Yeah.

20  Q.   Am I correct in assuming that the quality

21  control of these files, the nonpurchase money loans,

22  are done usually within 60 days after, let's say, the

23  loan is complete?

24  A.   They are completed within -- we do the QC

25  work on a monthly cycle basis.  So the reviews and

Charles Covington    -    February 11, 2005

11:40:06  1  everything and the reporting of it is complete within

2  60 days of month end of the closing month in which we

3  are quality control reviewing.

4      Q.  Okay.  Can you walk me through the -- in

5  relation to the TIL rescission, the quality control

6  steps First Horizon goes though to ensure that there

7  is compliance with the right to cancel issue in the

8  loan?

9      MR. HEFFERON:  Chris, let me just jump

10  in.  I don't know if there is any difference, but

11  since this deposition is about the period '00 to '04,

12  February 1, '00 to February 1 of '04, I don't know

13  if -- your question was really a current question, but

14  I'm assuming that you really wanted to find out what

11:40:53  15  was done at that prior time.

16      MR. LEFEBVRE:  That's a good point.  I

17  didn't clarify.  That's the time frame and that may

18  lead to a follow-up question.

19      MR. HEFFERON:  That's fine.  I just want

20  to make sure the witness understands that his

21  testimony should be about what you did from February

22  '00 to February of '04.

23      MR. LEFEBVRE:  That's the hard part, not

24  seeing the facial expression when I ask a question

25  that is horrible and the witness doesn't know.  What

Charles Covington    -    February 11, 2005

59

11:41:20    1    I'm talking about, when you are sitting there, you can

2    kind of tell it is time to try again.

3            MR. HEFFERON:  Yeah, and it is hard for

4    the witness to remember sometimes that the discovery

5    in the case is limited to the four-year window up

6    until the filing of the complaint.  So I want to make

7    sure his testimony is relevant.  So go ahead.

8        Q.  After you have heard the lawyer speak, Mr.

9    Covington, do you understand what I have asked you?

10       A.  I think you were asking me, if I recall, what

11    was our QC procedures around right of rescission

12    notices.

13       Q.  Right.  During the time frame of this

14    lawsuit, which was three years prior to February of

11:41:54   15    '04 or possibly four years for Massachusetts?

16       A.  Okay.  Yes, the materials you have been

17    provided show what those procedures were, but in

18    brief, what we would do is we would review a sample of

19    files to see if the rescission notice was there.  We

20    would check to make sure that the rescission period,

21    the three-day rescission period, was observed based

22    upon the funding of a loan.  We would review the

23    notice to see if it was complete primarily focusing on

24    signatures and dates, make sure the dates were there,

25    the dates were correct and was executed by the

Charles Covington    -    February 11, 2005

11:42:30    1    borrowers.  I mean, that was the principal steps.

2        Q.  Now, I assume that during the period prior to

3    April 3rd when -- what I'm calling Exhibit 2, the

4    Tabares right to cancel form was in use, that you were

5    checking to make sure that one of the lines was

6    checked off in the two paragraphs that have lines?

7                MR. HEFFERON:  Objection.  I don't know

8    how that is relevant to this case, Chris.

9                MR. LEFEBVRE:  Well, I'm just asking.

10                MR. HEFFERON:  Well, I know, but, again,

11    we talked about the fact that...

12                MR. LEFEBVRE:  Fine, Tom.  Fine.  That's

13    not a problem.

14                MR. HEFFERON:  Yeah.  Okay.

11:43:12   15                MR. LEFEBVRE:  I can live without that

16    answer.

17                MR. HEFFERON:  Okay.  Fine.  Thank you.

18    I appreciate that.

19        Q.  And then after you do your quality control, I

20    gather looking at 949, that reports are generated?

21        A.  Uh-huh.

22                MR. HEFFERON:  You have to say yes or no.

23    You can't just say uh-huh.

24        A.  I'm sorry.  Could you repeat the question?

25        Q.  I assume based upon the documents that I

Charles Covington    -    February 11, 2005

61

11:43:29    1    reviewed that after you do your quality control that

2    certain reports are generated?

3    A.   Yes.

4    Q.   And is it fair to say that those reports --

5    what has been provided to me as document 988 through

6    document 1043 would be a sample quality report for the

7    various time frames contained in the document?

8    A.   Yes.

9    Q.   Now, who sees the quality control reports,

10    documents 988 through 1043?  Who saw them during the

11    time period of this lawsuit?

12    A.   Well, to keep it simple, if you look on

13    document 949 under L, it has the list of the people we

14    distribute the report to.

11:44:20    15    Q.   Okay.

16    A.   From the president and CEO all the way down

17    to the branch managers and other operation managers,

18    even external parties.  That's the listing of who gets

19    the report.

20    Q.   Now, has there been any changes to the

21    quality control procedures that you have just briefly

22    outlined for me over the past few moments subsequent

23    to the filing of the lawsuit relative to the TIL

24    disclosure?

25    MR. HEFFERON:  Changes in the quality

Charles Covington    -    February 11, 2005

62

| 11:44:50 | 1 | control procedures? |

2    MR. LEFEBVRE:  Yes.

3    MR. HEFFERON:  Go ahead.

4    A.  We have changed our QC procedures because we

5    have changed our compliance procedures.

6    Q.  Okay.  And what changes have been made to the

7    compliance procedures?

8    MR. HEFFERON:  Object to that question

9    because it is beyond the scope of the case, so I don't

10    think it is relevant to what the discovery in the case

11    is about.

12    MR. LEFEBVRE:  Are you instructing him

13    not to answer?

14    MR. HEFFERON:  No, I'm not going to

11:45:18  15    instruct him not to answer, but...

16    MR. LEFEBVRE:  You have made your

17    objection.

18    MR. HEFFERON:  Yeah, I know, but you are

19    asking about what happened after June of '04 -- or

20    after February of '04.  So I'm going to object to that

21    on the grounds that it is not within the scope of the

22    case.

23    MR. HEFFERON:  You can answer.

24    Q.  You can answer.

25    MR. HEFFERON:  The question is:  What

Charles Covington    -    February 11, 2005

63

11:45:41    1    quality control procedures have changed?

2        A.  Well, I mean, we are constantly tweaking and

3    enhancing our procedures, so there is a variety of

4    changes.  Everything from sample sizes to new

5    regulations coming on, like the Fact Act, for example,

6    where we have -- now have testing surrounding and

7    those types of things.

8        Q.  Okay.  Any substantive changes in relation to

9    TIL rescission or TIL in general?

10            MR. HEFFERON:  Objection, relevance.

11    Also vague.  I don't know what you mean by

12    substantive.  I don't know that the witness knows.

13        Q.  Do you understand my question?

14        A.  Are you asking me have we changed how we

11:46:22    15    quality control the right of rescission notice

16    document?

17        Q.  Yes.

18        A.  Yes, we have.

19        Q.  Can you tell me how?

20            MR. HEFFERON:  Same objection.

21    Continuing objection.

22            MR. LEFEBVRE:  I understand, Counsel.

23            MR. HEFFERON:  And also object to it on

24    the grounds of subsequent remedial measures.

25        A.  Well, we have different documents now, so

Charles Covington     -     February 11, 2005

64

11:46:48    1    there is different quality control standards around

2    those documents, different procedures because there is

3    different rescission notices being used now.

4         Q.  Anything else?  I didn't mean to cut you off.

5         A.  No, that is the substantive piece of it.

6         Q.  Okay.  Now, I'm looking at document 945.  You

7    mentioned -- or alluded about the size of the sample.

8    Can you just explain -- I'm having a hard time

9    understanding Subsection C.  Am I reading that to say

10   that 105 files are tested for the retail area and 65

11   for the wholesale?  I don't know how to interpret

12   those numbers.

13        A.  That's true.  The review type is compliance.

14   The area -- the category is closed loans for retail.

11:47:39   15   We do some testing around nonclosed loans, denials and

16   things, so that's a differentiation there.  Closed

17   loans for retail, closed loans for wholesale.  We use

18   a statistically based random sampling approach, and

19   based on that random sampling approach, these are the

20   target, our kind of estimated populations we look at

21   each month.  They are not exact.  It depends on

22   various factors when you do random statistically

23   sampling, but those are kind of target samples.

24        Q.  So the random sample would be naturally the

25   states that First Horizon did business in during the

Charles Covington    -    February 11, 2005

65

11:48:15    1    few months prior to the quality control being

2    conducted?

3        A.    Yes.    We randomly sample all of our loan

4    production.

5        Q.    So this 105 figure and the 65 figure, that's

6    on a monthly basis that this sampling is done?

7        A.    Yes.

8        Q.    Okay.    Now, Mr. Covington, do you have the

9    nonredacted documents in front of you or do you just

10   have what has been provided to me?

11                MR. HEFFERON:    He just has what has been

12   provided to you.    I do have the nonredacted regulatory

13   compliance plan and origination quality control

14   report.    I do not have the nonredacted documents

11:49:09   15   higher up in this stack.    That is I don't have the

16   nonredacted 936 through 944.

17                MR. LEFEBVRE:    Okay.    All right.    Fine.

18                MR. HEFFERON:    And if you have further

19   questions about redaction, Chris, I'm sure we can tell

20   you what it was we redacted, but my belief is that

21   Mr. Covington testified accurately, that is that we

22   redacted things that did not relate to the TIL

23   rescission.

24                MR. LEFEBVRE:    Okay.    And he doesn't have

25   the full thing in front of him, in any event, if I

Charles Covington    -    February 11, 2005

66

11:49:36    1    were to ask him some questions about a particular

2    page, correct?

3                    MR. HEFFERON:  Correct.  But I can

4    certainly tell you the answer to that.

5                    MR. LEFEBVRE:  Okay.  If it becomes an

6    issue, most certainly I can follow up with a letter if

7    there is substance that piques my subsequent

8    curiosity.

9                    MR. HEFFERON:  Or just call New Century.

10        Q.  Mr. Covington, document 989.  This is the

11    statistics original quality control report for June of

12    '03?

13        A.  Yes.

14        Q.  Okay.  I want to -- I have to confess I was

11:50:16    15    not a math person.  I got a D in algebra and just

16    about flunked basic math in the fifth grade.  So I'm

17    not good with numbers.  Can you just try to interpret

18    for me the -- appear to be 1, 2, 3, 4 categories of

19    statistics, right of rescission notice missing,

20    rescission period not observed, notice of right to

21    cancel, and expiration date and then various numbers.

22    Could you just walk me through each line so I

23    understand what this data means?

24                    MR. HEFFERON:  Go ahead.

25        A.  Lines or columns or both?

Charles Covington    -    February 11, 2005

67

| | |
|---|---|
| 11:50:54 | 1    Q.  Why don't we go through, for example, TIL |
| | 2  notice of rescission, notice missing.  I see goal 5 |
| | 3  percent.  What does that mean? |
| | 4    A.  What we do is we have set up various quality |
| | 5  control testing steps for auditors, and each one of |
| | 6  these steps is what you are seeing here.  In other |
| | 7  words, this is the aspect of compliance that the QC |
| | 8  auditor is testing for.  And what they are testing for |
| | 9  here is based on their observance of the file, is |
| | 10  there a notice or is there not a notice. |
| | 11    Q.  Okay. |
| | 12    A.  We manage under a risk management |
| | 13  perspective.  Like any company, we have tolerances and |
| | 14  benchmarks upon which we try to achieve, and that's |
| 11:51:43 | 15  what this goal is, 5 percent error rate.  The next is |
| | 16  the error rate for the aggregate company.  The small |
| | 17  number, the 251, is the number of files we looked at |
| | 18  to derive that error rate.  And then all of the other |
| | 19  percentages running across towards the right is a |
| | 20  breakdown of error rates by each of our regions.  And |
| | 21  the number underneath each region name is the number |
| | 22  of files looked at for that region. |
| | 23    Q.  Okay.  So like CA at the top -- I assume if |
| | 24  it says 12, you looked at -- they reviewed 12 files |
| | 25  from California? |