UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE, and <br> LAURA A. LILLIE, <br>           Plaintiffs, <br> v. <br> FIRST HORIZON HOME LOAN <br> CORPORATION, <br>           Defendant. | Civil Action No. 04-10370 (RCL) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves this Court for an extension of time until June 18, 2007 to file Oppositions to Plaintiffs' Amended Motion for Class Certification and Plaintiffs' Motion for Leave to File a Second Amended Complaint. Plaintiffs have assented to this Motion for Extension.

-1-

Respectfully Submitted,

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,

/s/ U. Gwyn Williams_____
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Date:  May 17, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred with opposing counsel on the matter set forth herein and reports that Plaintiffs' counsel assents to the relief sought herein.  The undersigned counsel further certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 17, 2007.  The foregoing document will be available for viewing and downloading from the ECF system.

/s/ U. Gwyn Williams_____
U. Gwyn Williams

LIBA/1791898.1