UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH G. MCKENNA,
GLENROY A. DEANE,
ILENE WILGOREN-DEANE,
CHRISTOPHER J. LILLIE, AND
LAURA A. LILLIE,
        Plaintiffs,

v.

FIRST HORIZON HOME LOAN
CORPORATION,
        Defendant.

Civil Action No. 04-10370-PBS

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The parties jointly move for the entry of a new scheduling order governing this case. In particular, the parties request that the Court set a schedule for summary judgment motions on the dispositive legal issue at issue here: whether the rescission notice supplied by First Horizon Home Loan Corporation ("First Horizon") to Plaintiffs complied with the requirements of the Truth in Lending Act. The parties respectfully request that the issue of class certification be reserved until after the Court has ruled on summary judgment.

In support of this Motion, the parties state as follows:

1. On January 29, 2007, the First Circuit entered a Judgment reversing the district court's class certification decision in this case and vacating the class certification order.

2. On May 7, 2007, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint and an Amended Motion for Class Certification. Thereafter, the Plaintiffs gave First Horizon an extension of time to respond to these motions until June 18, 2007.

3. On May 23, 2007, the First Circuit issued a Mandate pursuant to the Judgment,

LIBA/1798315.1

remanding the case to the district court.

4. On May 24, 2007, this case was reassigned to Judge Patti B. Saris.

5. On June 5, 2007, Judge Saris set a status conference for July 17, 2007.

6. The parties have since agreed that the Court should consider summary judgment motions prior to addressing Plaintiffs' Amended Motion for Class Certification. First Horizon does not oppose Plaintifs' Motion to File Second Amended Complaint, and an order can be entered granting that motion. The parties jointly move for the following briefing schedule:

| **EVENT** | **DATE** |
|---|---|
| Last date for First Horizon to file Summary Judgment Motion (including a Joint Statement of Facts to be agreed upon by all parties) | 30 days after Order entered on this motion |
| Last date for Plaintiffs to file Opposition and Cross-Motion for Summary Judgment | 30 days after First Horizon files Summary Judgment Motion |
| Last date for First Horizon to file Reply and Opposition to Cross-Motion | 30 days after Plaintiffs file Opposition/Cross-Motion |
| Last date for Plaintiffs to file Reply | 14 days after First Horizon files Reply/Opposition |

7. The parties specifically move for leave to file the above reply briefs.

8. The parties respectfully request that if the Court grants this motion, the July 17, 2007 status conference be postponed until after briefing is complete on the summary judgment motions.

WHEREFORE, the parties respectfully request that this Court issue an Order setting forth the above schedule in this action, and reserve determination of the class certification issue until after summary judgment is decided.

|  | Respectfully submitted, |
|---|---|
| /s/ U. Gwyn Williams | /s/ Heather Kolbus |
| U. Gwyn Williams (BBO # 565181) | Daniel A. Edelman |
| GOODWIN PROCTER LLP | Heather Kolbus |
| Exchange Place | EDELMAN, COMBS, LATTURNER |
| Boston, MA 02109-2881 | & GOODWIN, LLC |
| (617) 570-1000 | 120 S. LaSalle Street, 18th Floor |
|  | Chicago, IL 60603 |
| Thomas M. Hefferon (BBO # 548289) | (312) 739-4200 |
| GOODWIN PROCTER LLP |  |
| 901 New York Ave., NW | Christopher M. Lefebvre, (BBO # 629056) |
| Washington, D.C. 20001 | CLAUDE LEFEBVRE, P.C. |
| (202) 346-4000 | P.O. Box 479 |
|  | Pawtucket, RI 02862 |
| Attorneys for Defendant | (401) 728-6060 |
| FIRST HORIZON HOME LOAN | Attorneys for Plaintiffs |
| CORPORATION |  |
|  | RALPH G. MCKENNA, |
|  | GLENROY A. DEANE, |
|  | ILENE WILGOREN-DEANE, |
|  | CHRISTOPHER J. LILLIE, AND |
|  | LAURA A. LILLIE |

Dated: June 13, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATE
## AND CERTIFICATE OF SERVICE

The undersigned hereby certifies that the parties have conferred in an attempt to resolve the issues raised in this motion in accordance with Local Rule 7.1(A)(2), and have arrived at this joint motion. The undersigned counsel further certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 13, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ U. Gwyn Williams
U. Gwyn Williams