UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEAN,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE<br>and LAURA A. LILLIE,<br>           Plaintiffs,<br><br>    v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>           Defendant. | Civil Action No. 04-10370-PBS |

NOTICE OF APPEARANCE OF
<u>ALISHA R. BLOOM</u>

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Alisha R. Bloom as counsel for Defendant First Horizon Home Loan Corporation in the above-captioned matter.

Dated: July 16, 2007

Respectfully submitted,

FIRST HORIZON HOME LOAN
CORPORATION

By its attorneys,

/s/ Alisha R. Bloom
U. Gwyn Williams (BBO # 565181)
Alisha R. Bloom (BBO # 662261)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

LIBA/1809234.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on July 16, 2007.

/s/ Alisha R. Bloom

LIBA/1809234.1