UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEAN,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE<br>and LAURA A. LILLIE,<br>                Plaintiffs,<br><br>    v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>                Defendant. | Civil Action No. 04-10370-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**<u>KELLY M. TRAINOR</u>**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Kelly M. Trainor as counsel for Defendant First Horizon Home Loan Corporation in the above-captioned matter.

U. Gwyn Williams and Thomas M. Hefferon of Goodwin Procter LLP will continue their appearance as counsel of record for First Horizon Home Loan Corporation, and will be joined by Alisha R. Bloom, who has filed a Notice of Appearance concurrently herewith.

LIBA/1809230.1

- 2 -

Dated: July 16, 2007                                  Respectfully submitted,

                                                      FIRST HORIZON HOME LOAN
                                                      CORPORATION

                                                      By its attorneys,

                                                      /s/ Kelly M. Trainor
                                                      U. Gwyn Williams (BBO # 565181)
                                                      Alisha R. Bloom (BBO # 662261)
                                                      Kelly M. Trainor (BBO # 663707)
                                                      GOODWIN PROCTER LLP
                                                      Exchange Place
                                                      Boston, MA 02109
                                                      (617) 570-1000

                                                      Thomas M. Hefferon (BBO # 548289)
                                                      GOODWIN PROCTER LLP
                                                      901 New York Ave., NW
                                                      Washington, D.C. 20001
                                                      (202) 346-4000

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on July 16, 2007.

                                                      /s/ Kelly M. Trainor