UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH G. MCKENNA,
GLENROY A. DEANE,
ILENE WILGOREN-DEANE,
CHRISTOPHER J. LILLIE, AND
LAURA A. LILLIE,
        Plaintiffs,

v.

FIRST HORIZON HOME LOAN
CORPORATION,
        Defendant.

Civil Action No. 04-10370-PBS

**DEFENDANT FIRST HORIZON HOME LOAN CORP.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

      Pursuant to Fed. R. Civ. P. 56, defendant First Horizon Home Loan Corp. ("First Horizon") hereby moves for summary judgment on all claims. In support of this Motion, First Horizon relies upon its Memorandum of Law and the Statement of Material Facts incorporated therein, as well as Defendant's Statement of Undisputed Material Facts, the Parties' Joint Statement of Undisputed Material Facts, and the Joint Appendix of Exhibits to the Statements of Undisputed Material Facts filed herewith.

      The Notice of Right to Cancel ("Notice") that First Horizon provided to Plaintiffs at the closings for their mortgage loan refinancings informed them of all required information regarding their right to rescind those loans. As a matter of law, Plaintiffs were not entitled to more. First Horizon is entitled to summary judgment that its Notice complied with all applicable truth-in-lending laws.

Moreover, Plaintiffs have testified under oath that they understood their rights at or shortly after the time they closed on their loans, yet they chose not to rescind their loans until approached by Plaintiffs' counsel, months after they knew their right to cancel had already expired. As a matter of law, there has been no violation of the truth-in-lending laws, and Plaintiffs are not legally entitled to damages or an extended right of rescission.

Accordingly, First Horizon respectfully requests that the Court enter summary judgment that its Notice of Right to Cancel did not violate the truth-in-lending laws, and that Plaintiffs are not entitled to claim damages and may not rescind their loans.

## REQUEST FOR ORAL ARGUMENT

Defendant requests oral argument on this Motion pursuant to Local Rule 7.1(d).

Respectfully submitted,

/s/ Alisha R. Bloom_____
U. Gwyn Williams (BBO # 565181)
Alisha R. Bloom (BBO # 662261)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Attorneys for Defendant

FIRST HORIZON HOME LOAN
CORPORATION

Dated: July 19, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND
## <u>CERTIFICATE OF SERVICE</u>

    I, Alisha R. Bloom, hereby certify that counsel for the Defendant, First Horizon Home Loans Corporation, conferred with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing.

    The undersigned hereby certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 19, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

    /s/ Alisha R. Bloom_____
    Alisha R. Bloom

LIBA/1804549.1