UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RALPH G. MCKENNA,
GLENROY A. DEANE,
ILENE WILGOREN-DEANE,
CHRISTOPHER J. LILLIE, AND
LAURA A. LILLIE,
        Plaintiffs,

v.

FIRST HORIZON HOME LOAN
CORPORATION,
        Defendant.

Civil Action No. 04-10370-PBS

## JOINT APPENDIX OF EXHIBITS TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND THE PARTIES' JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Rule 7.1(a)(2) and Local Rule 56.1, Defendant First Horizon Home Loan Corp. and Plaintiffs Ralph McKenna, Glenroy Deane, Ilene Wilgoren-Deane, Christopher Lillie and Laura Lillie hereby submit the following Joint Appendix of Exhibits to Defendant's Statement of Undisputed Material Facts and the Parties' Joint Statement of Undisputed Material Facts.

| Tab No. | Description |
| --- | --- |
| 1 | Notice of Right to Cancel received by Ralph McKenna |
| 2 | Notice of Right to Cancel received by Glenroy A. Deane and Ilene Wilgoren-Deane |
| 3 | Notice of Right to Cancel received by Christopher J. Lillie and Laura A. Lillie |

| | |
|---|---|
| 4 | Ralph McKenna's Notice of Rescission, February 5, 2004 |
| 5 | First Horizon's Answer to Amended Complaint and Counterclaim |
| 6 | Defendant's Responses to Plaintiffs' Requests for Admission |
| 7 | Glenroy A. Deane and Ilene Wilgoren-Deane's Notice of Rescission, March 15, 2004 |
| 8 | Christopher J. Lillie and Laura A. Lillie's Notice of Rescission, March 15, 2004 |
| 9 | Transcript of Deposition of Laura A. Lillie, December 16, 2004 |
| 10 | Transcript of Deposition of Christopher J. Lillie, December 16, 2004 |
| 11 | Transcript of Deposition of Ralph McKenna, January 14, 2005 |
| 12 | Transcript of Deposition of Ilene Wilgoren-Deane, January 14, 2005 |
| 13 | Transcript of Deposition of Charles Covington, February 11, 2005 |
| 14 | Transcript of Glenroy A. Deane, February 18, 2005 |

|  | Respectfully submitted, |
|---|---|
| /s/ Alisha R. Bloom | /s/ Heather Kolbus |
| U. Gwyn Williams (BBO # 565181) | Daniel A. Edelman |
| Alisha R. Bloom (BBO # 662261) | Heather Kolbus |
| GOODWIN PROCTER LLP | EDELMAN, COMBS, LATTURNER |
| Exchange Place | & GOODWIN, LLC |
| Boston, MA 02109-2881 | 120 S. LaSalle Street, 18th Floor |
| (617) 570-1000 | Chicago, IL 60603 |
|  | (312) 739-4200 |
| Thomas M. Hefferon (BBO # 548289) |  |
| GOODWIN PROCTER LLP | Christopher M. Lefebvre, (BBO # 629056) |
| 901 New York Ave., NW | CLAUDE LEFEBVRE, P.C. |
| Washington, D.C. 20001 | P.O. Box 479 |
| (202) 346-4000 | Pawtucket, RI 02862 |
|  | (401) 728-6060 |
| Attorneys for Defendant |  |
|  | Attorneys for Plaintiffs |
| FIRST HORIZON HOME LOAN |  |
| CORPORATION | RALPH G. MCKENNA, |
|  | GLENROY A. DEANE, |
|  | ILENE WILGOREN-DEANE, |
|  | CHRISTOPHER J. LILLIE, AND |
|  | LAURA A. LILLIE |

Dated: July 19, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 19, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ Alisha R. Bloom
Alisha R. Bloom

LIBA/1810323.1