# EXHIBIT 1

Case 1:04-cv-10370-RCL    Document 64    Filed 05/07/2007    Page 38 of 42

## NOTICE OF RIGHT TO CANCEL

LOAN #: 0043480847

PROPERTY ADDRESS: 674 GRANITE STREET
BRAINTREE, MA 02184

1. YOUR RIGHT TO CANCEL

   You are entering into a transaction that will result in a mortgage/deed of trust on your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occur last: (1) the date of the transaction, which is    6/25/2003   ; or (2) the date you received your Truth-in-Lending disclosures; or (3) the date which you received this notice of your right to cancel.

   If you cancel the transaction, the mortgage/deed of trust is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/deed of trust on your home has been canceled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

   For new transactions involving us, if you cancel the new transaction, your cancellation will apply only to the increase in the amount of credit. It will not affect the amount that you presently owe or the mortgage lien, or security interest we already have on your home. If you cancel the mortgage, lien, or security interest as it applies to the increased amount is also canceled. Within 20 calendar days after we receive your notice of cancellation of the new transaction, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on your home no longer applies to the increase of credit. We must also return any money you have given to us or anyone else in connection with this transaction.

   You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

2. HOW TO CANCEL

   If you decide to cancel this transaction, you may do so by notifying us in writing at:

   FIRST HORIZON HOME LOAN CORPORATION
   25 RECREATINO PARK DRIVE, 1ST FLOOR
   HINGHAM, MA 02043

   You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

   If you cancel by mail or telegram, you must send the notice letter not later than midnight of    6/28/2003   (or midnight of the third business day following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

   I WISH TO CANCEL

   _____    _____
   Signature            Date      Signature            Date

   _____    _____
   Signature            Date      Signature            Date

   JOINT OWNERS HAVE THE RIGHT TO RESCIND, AND A RESCISSION BY ONE IS EFFECTIVE FOR ALL.
   RECEIPT
   Each of the undersigned acknowledges receipt of 2 copies of this Notice of Right to Cancel.

   _____    _____
   Signature            Date      Signature            Date
   RALPH G. MCKENNA

   _____    _____
   Signature            Date      Signature            Date

   CB6D016 (4/03)