# EXHIBIT 4



*FROM THE OFFICE OF THE*
# FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

February 5th, 2004

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corp.
25 Recreatino Park Drive, 1st Floor
Hingham, MA 02043

Re:   Notice of Rescission by Ralph McKenna, 674 Granite St., Braintree, MA 02184, Loan Number: 0043480847, Closing Date 06/25/2003.

To Whom It May Concern:

I represent Ralph McKenna concerning the loan transaction he entered into with First Horizon Home Loan Corporation on June 25, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corp. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23, and the Massachusetts state law counterparts.

The primary basis for the rescission is that Mr. McKenna was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23, and the Massachusetts state law counterparts.

The security interest held by First Horizon Home Loan Corp. on Mr. McKenna's property located at 674 Granite Street, Braintree, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty (20) days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Ralph McKenna
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534*

| | |
|---|---|
| **SENDER:**<br>• Complete items 1, 2 and 3.<br>• Indicate if restricted delivery is desired.<br>• Print your name and address on the reverse of this form so that we can return this card to you.<br>• Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>• Write "Return Receipt Requested" on the mailpiece below the article number.<br>• The Return receipt fee will provide you the signature of the person delivered to and the date of delivery. | I also wish to receive the following service (for an extra fee):<br>☒ Restricted Delivery<br>Consult postmaster for fee. |
| 1. Article Addressed to:<br><br>First Horizon Home Loan Corp.<br>25 Recreatino Park Drive<br>1st Floor<br>Hingham, MA 02043 | 2. Article Number<br>7110 1093 9380 0000 3351<br>3. Service Type  ☒ CERTIFIED<br>Date of Delivery<br>2/6 |
| Received By: (Print Name)<br>Colleen Mahoney<br>Signature - (Addressee or Agent)<br>Colleen | Enter delivery address if different than item 1. |
| PS Form 3811 | DOMESTIC RETURN RECEIPT |

| | POSTAGE | | POSTMARK OR DATE |
|---|---|---|---|
| RETURN RECEIPT SERVICE | POSTAGE | $0.33 | |
| | RESTRICTED DELIVERY FEE | $2.75 | |
| | CERTIFIED FEE | $1.40 | |
| | RETURN RECEIPT FEE | $1.25 | |
| SENT TO: | TOTAL POSTAGE AND FEE | $5.73 | |

7110 1093 9380 0000 3351

2/2/2004  Code: Ralph McKenna   4.42
3:27 PM   File:

First Horizon Home Loan Corp.
25 Recreatino Park Drive
1st Floor
Hingham, MA 02043

PS FORM 3800

 UNITED STATES POSTAL SERVICE

RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)