# EXHIBIT 7

*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

March 15, 2004

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation        First Horizon
15 Constitution Drive                      Mail Code 6412, 4000 Horizon Way
Bedford, NH 03110                          Irving, TX 75063

Re:   Notice of Rescission by Glenroy A. Deane and Ilene Wilgoren- Deane, 51 Darby Road, Brockton, Massachusetts 02302, Loan Number: 0045747995, Closing Date: 11/18/2003.

To Whom It May Concern:

I represent Glenroy Deane and Ilene Wilgoren- Deane concerning the loan transaction they entered into with First Horizon Home Loan Corporation on November 18, 2003, in which they subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Deane and Mrs. Wilgoren- Deane were not provided with an accurate copy of the notice of their right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by First Horizon Home Loan Corporation on Mr. Deane's and Mrs. Wilgoren- Deane's property located at 51 Darby Road, Brockton, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,
Glenroy A. Deane and
Ilene Wilgoren- Deane
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534*

**SENDER:**
- Complete items 1, 2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

1. Article Addressed to:

First Horizon
Mail Code 6412
4000 Horizon Way
Irving, TX 75063

Received By: (Print Name)

Signature - (Addressee or Agent)

PS Form 3811

I also wish to receive the following service (for an extra fee):
☐ Restricted Delivery
Consult postmaster for fee.

2. Article Number
7110 1093 9385 0000 0256

3. Service Type   ☒ CERTIFIED
Date of Delivery

Enter delivery address if different than item 1.

DOMESTIC RETURN RECEIPT

/ Fortes

---

**SENDER:**
- Complete items 1, 2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

1. Article Addressed to:

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

Received By: (Print Name)
DAVID HERN

Signature - (Addressee or Agent)

PS Form 3811

I also wish to receive the following service (for an extra fee):
☐ Restricted Delivery
Consult postmaster for fee.

2. Article Number
7110 1093 9385 0000 0249

3. Service Type   ☒ CERTIFIED
Date of Delivery

Enter delivery address if different than item 1.

DOMESTIC RETURN RECEIPT

/ Fortes