# EXHIBIT 8

*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER



WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

March 15, 2004

COPY

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation          First Horizon
681 Andersen Drive, Suite 420                Mail Code 6412, 4000 Horizon Way
Pittsburgh, PA 15220                         Irving, TX 75063

Re:   Notice of Rescission by Christopher J. Lillie and Laura A. Lillie, 20
      Endicott Street, Pittsfield, Massachusetts 01201, Loan Number:
      0044814556, Closing Date: 8/27/2003.

To Whom It May Concern:

I represent Christopher and Laura Lillie concerning the loan transaction they entered into with First Horizon Home Loan Corporation on August 27, 2003, in which they subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Lillie were not provided with an accurate copy of the notice of their right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by First Horizon Home Loan Corporation on the Lillies' property located at 20 Endicott Street, Pittsfield, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,
Christopher J. Lillie and
Laura A. Lillie
By their Attorney,

_____
Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

*TWO DEXTER STREET, P.O. BOX 479  PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534*

**SENDER:**
- Complete items 1, 2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):
☒ Restricted Delivery
Consult postmaster for fee.

1. Article Addressed to:

   First Horizon Home Loan Corporation
   15 Constitution Drive
   Bedford, NH 03110

2. Article Number
   7110 1093 9385 0000 0270

3. Service Type ☒ CERTIFIED

Date of Delivery: 3/1/[?]

Received By: (Print Name)
Angela Ross

Signature - (Addressee or Agent)
Angela Ross

PS Form 3811

DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1, 2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):
☒ Restricted Delivery
Consult postmaster for fee.

1. Article Addressed to:

   First Horizon Home Loanm Corporatio
   681 Andresen Drive
   Suite 420
   Pittsburgh, PA 15220

2. Article Number
   7110 1093 9385 0000 0294

3. Service Type ☒ CERTIFIED

Date of Delivery: 3/19/04

Received By: (Print Name)

Signature - (Addressee or Agent)
Cheryl Johnston

PS Form 3811

DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1, 2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):
☒ Restricted Delivery
Consult postmaster for fee.

1. Article Addressed to:

   First Horizon
   Mail Code 6412
   4000 Horizon Way
   Irving, TX 75063

2. Article Number
   7110 1093 9385 0000 0287

3. Service Type ☒ CERTIFIED

Date of Delivery: 3-19-04

Received By: (Print Name)
[illegible]