**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURIE A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN <br> CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) 04-10370-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **JURY DEMANDED** <br> ) |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Ralph G. McKenna, Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie and Laurie A. Lillie, respectfully request that the Court enter summary judgment in favor of plaintiffs pursuant to Fed. R. Civ. P . 56 and Local Rule 56.1, and against Defendant First Horizon Home Loan Corporation ("First Horizon").  In support of their motion, plaintiffs rely on the accompanying Memorandum of Law, Local Rule 56.1 Joint Statement of Undisputed Material Facts In Support of Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment and on Statement of Material Facts in Support of Plaintiffs' Cross Motion for Summary Judgment.

WHEREFORE, plaintiffs respectfully request that their cross motion for summary judgment be granted and that defendant's motion for summary judgment be denied.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs request, pursuant to Local Rule 7.1(d), oral argument on their Motion.

## RULE 7.1 CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for First Horizon Home Loan Corporation regarding the issues raised in this Motion and the parties were unable to reach an accord.

Respectfully submitted,

/s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre
CLAUDE LEFEBVRE & SONS, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
Mass. BBO No. 629056

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on August 17, 2007, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alisha R. Bloom
abloom@goodwinprocter.com

U. Gwyn Williams
gwilliams@goodwinprocter.com

Christopher M. Lefebvre
lefeblaw@aol.com

                s/ Heather Kolbus
                Heather Kolbus