IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, ) | |
| GLENROY A. DEANE, ) | |
| ILENE WILGOREN-DEANE, ) | |
| CHRISTOPHER J. LILLIE; and ) | 04-10370-PBS |
| LAURIE A. LILLIE; ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST HORIZON HOME LOAN ) | |
| CORPORATION, ) | |
| ) | **JURY DEMANDED** |
|       Defendant. ) | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, plaintiffs respectfully submit the following statement of undisputed material facts in support of plaintiffs' cross motion for summary judgment:

1. A true and accurate copy of plaintiff Ralph G. McKenna's HUD-1 statement from his June 25, 2003 mortgage loan with First Horizon Home Loan Corporation is attached hereto as Appendix A.

2. True and accurate copies of the Deposition Exhibits from the February 11, 2005, Deposition of Charles Covington are attached hereto as Appendix B.

                                       Respectfully submitted,

                                         /s/ Heather Kolbus
                                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER

    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre, BBO No. 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on August 17, 2007, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alisha R. Bloom
abloom@goodwinprocter.com

U. Gwyn Williams
gwilliams@goodwinprocter.com

Christopher M. Lefebvre
lefeblaw@aol.com

                                                              s/ Heather Kolbus
                                                               Heather Kolbus

# APPENDIX A

| A. Settlement Statement Optional Form for Transactions without Sellers | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0491 File Number MCKENNA |
|---|---|---|
| D. Name & Address of Borrower: Ralph G. McKenna, 674 Granite Street Braintree Massachusetts 02184 | F. Name & Address of Lender: First Horizon Home Loan Corporation 760 Main Street, Unit 7 Hyannis, Massachusetts 02601- | |
| G. Property Location: (if different from above) 674 Granite Street Braintree, Massachusetts 02184- | H. Settlement Agent: Rull & Associates Place of Settlement: 546 East Broadway South Boston, Massachusetts 02127 | |
| Loan Number: 0043480847 | I. Settlement Date: Wednesday  June 25, 2003 | |

**L. Settlement Charges**

| | | | |
|---|---|---|---|
| 800. Items Payable In Connection With Loan | | 1501. Payoff to Chase Manhattan Mortgage Corp. | $211,192.72 |
| 801. Loan Origination Fee  % First Horizon Home Loan Corporation | | | |
| 802. Loan Discount  % First Horizon Home Loan Corporation | | 1502. FY'04 1Q R.E. Tax to Town of Braintree | $604.94 |
| 803. Appraisal Fee  Cusack & Associates | 300.00 | | |
| 804. Credit Report Total Credit Service | 15.00 | 1503. | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Fee | | | |
| 807. Assumption Fee | | 1504. | |
| 808. | | | |
| 809. | | 1505. | |
| 810. Tax related service fee to Total Mortgage Solutions | 90.00 | | |
| 811. | | 1506. | |
| 812. | | | |
| 813. | | | |
| 814. | | 1507. | |
| 815. Processing Fee to First Horizon Home Loan Corporation | 250.00 | | |
| 816. | | 1508. | |
| 817. | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from 6/30/2003 to 7/1/2003 @ $ 36.52 /day | 36.52 | 1509. | |
| 902. Mortgage Insurance Premium for Months to | | | |
| 903. Hazard Insurance Premium for Years to | | 1510. | |
| 904. | | | |
| 905. | | 1511. | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard Insurance 12 Months@$ 39.42 per month | 473.04 | 1512. | |
| 1002. Mortgage Insurance Months@$ per month | | | |
| 1003. City Property taxes 2 Months@$ 201.65 per month | 403.30 | | |
| 1004. County Property taxes Months@$ per month | | 1513. | |
| 1005. Annual Assessments Months@$ per month | | | |
| 1006. | | | |
| 1007. | | 1514. | |
| 1008. | | | |
| 1009. Aggregate Adjustment | -39.47 | | |
| 1100. Title Charges | | 1515. | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to  Sweeney & Sweeney | 55.00 | 1520. TOTAL DISBURSED | |
| 1104. Title insurance binder to | | (Enter on line 1603) | $211,797.66 |
| 1105. Document Preparation to  Rel. Hmstd, Homestead to Daniel J. Rull, III | 100.00 | | |
| 1106. Notary fees to | | | |
| 1107. Attorneys fees to  Daniel J. Rull, III | 550.00 | | |
| (includes above item numbers: | | | |
| 1108. Title Insurance to  Stewart Guaranty Co. | 612.50 | | |
| (includes above item numbers: | | | |
| 1109. Lender's coverage $ 612.50 ( 244,600.00 ) | | | |
| 1110. Owner's coverage $ ( ) | | | |
| 1111. Recorder Fee to Sweeney & Sweeney | 40.00 | | |
| 1112. | | | |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees: Mtg., Disch., RelHmst, Hmstd. | 362.00 | N. NET SETTLEMENT | |
| 1202. City/county tax/stamps: | | | |
| 1203. State tax/stamps: | | 1600. Loan Amount | $244,600.00 |
| 1204. Obtain MLC | | | |
| 1205. | | 1601. PLUS Cash/Check from Borrower | $0.00 |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to | | 1602. MINUS Total Settlement Charges (line 1400) | $3,403.39 |
| 1302. Pest inspection to | | | |
| 1303. Flood Determination to FED Flood | 24.00 | | |
| 1304. Fedex Lender Package | 25.50 | 1603. MINUS Total Disbursements to Others (line 1520) | $211,797.66 |
| 1305. Fedex to Registry | 15.50 | | |
| 1306. Fedex Payoff | 15.50 | | |
| 1307. Procurement of Discharge to Daniel J. Rull, III | 75.00 | 1604. EQUALS Disbursements to Borrower after expiration of any applicable rescission period required by law | $29,398.95 |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1400. Total Settlement Charges (enter on line1603) | 3,403.39 | | |

Borrower(s) Signature(s)  *Ralph G. McKenna*
Ralph G. McKenna

Settlement Agent:  *Daniel J. Rull III*

FH 000106

# APPENDIX B

DEC-08-2004 16:30      ECLG LLC                                    3124190379   P.03/06

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, GLENROY A. DEANE, ILENE WILGOREN-DEANE, CHRISTOPHER J. LILLIE; and LAURIE A. LILLIE; <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON HOME LOAN CORPORATION, <br><br> Defendant. | 04-10370-RCL |

### NOTICE OF DEPOSITIONS

To: U. Gwyn Williams
Daniel J. Pasquarello
Goodwin & Procter LLP
Exchange Place
Boston, MA 02109
617-227-8591 (Facsimile)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), First Horizon Home Loan is to produce the individuals below for taking their depositions. The depositions will be taken at the offices of Goodwin Procter, LLP, Exchange Place, Boston, MA 02109, on the dates and at the times listed below. The depositions will be taken before a person authorized to administer oaths and will continue until completed.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Person(s) most knowledgeable regarding plaintiffs' loans | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable in the preparing of documents for residential mortgages and refinancing | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable regarding the allegations in plaintiffs' amended complaint | December 20, 2004 | 10:00 a.m. |

1


DEPOSITION EXHIBIT 1 COVINGTON

DEC-08-2004  16:30        ECLG LLC                                        3124190579.     P.04/06

| | | |
|---|---|---|
| Person(s) most knowledgeable regarding compliance with the rescission notice provisions of TILA | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable regarding quality control with respect to TILA compliance | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable regarding the areas of inquiry as outlined and requested in plaintiffs' first discovery requests (requests for admissions, interrogatories and requests for production of documents) | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable regarding the accuracy of information provided to plaintiffs in response to plaintiffs' first discovery requests (requests for admissions, interrogatories and requests for production of documents) | December 20, 2004 | 10:00 a.m. |
| Person(s) most knowledgeable to any changes or revisions to the right to cancel form for residential mortgage refinances from February 24, 2000 to the present. | December 20, 2004 | 10:00 a.m. |

*Christopher Lefebvre* (CML)
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

Daniel A. Edelman
Cathleen M. Combs
Heather Piccirilli
EDELMAN COMBS, LATTURNER,
    & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 6603

2

DEC-08-2004 16:30           ECLG LLC                                    3124190379    P.05/06

(312) 739-4200
(312) 419-0379 (FAX)

3

DEC-08-2004  16:30        ECLG LLC                                3124190379.    P.06/06

## CERTIFICATE OF SERVICE

I, Heather A. Piccirilli, certify that on December 8, 2004, a copy of the attached document was served by United States Mail and Facsimile upon the party listed above.

*/s/ Heather Piccirilli*
Heather A. Piccirilli

4

TOTAL P.06

DEC-08-2004  16:30        ECLG LLC                                3124190379.    P.06/06

# NOTICE OF RIGHT TO CANCEL

LOAN #: Redacted

ERTY ADDRESS: Redacted

1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/deed of trust on your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occur last: (1) the date of the transaction, which is November 13, 2002 ; or (2) the date you received your Truth-in-Lending disclosures; or (3) the date which you received this notice of your right to cancel.

_____ If you cancel the transaction, the mortgage/deed of trust is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/deed of trust on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

_____ If you cancel the new transaction, your cancellation will apply only to the increase in the amount of credit. It will not affect the amount that you presently owe on the mortgage, lien, or security interest we already have on your home. If you cancel the mortgage, lien, or security interest as it applies to the increased amount is also cancelled. Within 20 calendar days after we receive your notice of cancellation of the new transaction, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on your home no longer applies to the increase of credit. We must also return any money you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:
   FIRST HORIZON HOME LOAN CORPORATION
   300 METRO CENTER BLVD., STE. 205
   ARWICK, RI 02886

You may use any written statement that is signed and dated by you and your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice letter not later than midnight of  11/16/2002  (or midnight of the third business day following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

_____   _____
Signature                Date      Signature                Date

_____   _____
Signature                Date      Signature                Date

JOINT OWNERS HAVE THE RIGHT TO RESCIND, AND A RESCISSION BY ONE IS EFFECTIVE FOR ALL.
RECEIPT
Each of the undersigned acknowledges receipt of 2 copies of this Notice of Right to Cancel.

Redacted
_____   _____
              Date                Redacted            Date

_____   _____
              Date                              Date

DEPOSITION EXHIBIT 2 COVINGTON

CB6D016 (7/01)

## NOTICE OF RIGHT TO CANCEL



LOAN #:

PROPERTY ADDRESS:

1. YOUR RIGHT TO CANCEL.

   You are entering into a transaction that will result in a mortgage/deed of trust on your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occur last: (1) the date of the transaction, which is _____ ; or (2) the date you received your Truth-In-Lending disclosures; or (3) the date which you received this notice of your right to cancel.

   If you cancel the transaction, the mortgage/deed of trust is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/deed of trust on your home has been canceled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

   For new transactions involving us, if you cancel the new transaction, your cancellation will apply only to the increase in the amount of credit. It will not affect the amount that you presently owe or the mortgage lien, or security interest we already have on your home. If you cancel the mortgage, lien, or security interest as it applies to the increased amount is also canceled. Within 20 calendar days after we receive your notice of cancellation of the new transaction, we must take the steps necessary to reflect the fact that the mortgage, lien, or security interest on your home no longer applies to the increase of credit. We must also return any money you have given to us or anyone else in connection with this transaction.

   You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

2. HOW TO CANCEL.

   If you decide to cancel this transaction, you may do so by notifying us in writing at:

   FIRST HORIZON HOME LOAN CORPORATION
   681 ANDERSEN DRIVE, SUITE 420
   PITTSBURGH, PA 15220

   You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

   If you cancel by mail or telegram, you must send the notice letter not later than midnight of _____
   (or midnight of the third business day following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

   I WISH TO CANCEL

   _____  _____    _____  _____
   Signature                    Date          Signature                    Date

   _____  _____    _____  _____
   Signature                    Date          Signature                    Date

   JOINT OWNERS HAVE THE RIGHT TO RESCIND, AND A RESCISSION BY ONE IS EFFECTIVE FOR ALL.
   RECEIPT
   Each of the undersigned acknowledges receipt of 2 copies of this Notice of Right to Cancel.

   _____  _____    _____  _____
   Signature                    Date          Signature                    Date

   _____  _____    _____  _____
   Signature                    Date          Signature                    Date

CB6D016 (4/03)                                                                    FH 001047