IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH G. MCKENNA, | ) | |
| GLENROY A. DEANE, | ) | |
| ILENE WILGOREN-DEANE, | ) | |
| CHRISTOPHER J. LILLIE; and | ) | |
| LAURIE A. LILLIE; | ) | |
| | ) | |
| Plaintiffs, | ) | 04-10370-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST HORIZON HOME LOAN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME**

Plaintiffs respectfully request an extension of time until October 5, 2007 to file their reply in support of their cross motion for summary judgment. In support thereof, plaintiffs state:

1. Plaintiffs were given leave to file a reply in support of their cross motion for summary judgment on June 19, 2007.

2. Plaintiffs reply is currently due on October 1, 2007. Plaintiffs seek an additional four days time to file their reply, until October 5, 2007.

3. Pursuant to Local Rule 7.1, counsel for plaintiffs has contacted counsel for the defendant regarding this motion. Defendant does not oppose plaintiffs request for additional time to file their reply.

4. This motion is not filed for purposes of delay and will not affect any other dates set for the parties' motions for summary judgment.

1

WHEREFORE, plaintiffs respectfully request an extension of time until October 5, 2007 to file a reply in support of their cross motion for summary judgment.

           Respectfully submitted,

           /s/ Heather Kolbus
           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

Christopher M. Lefebvre, BBO No. 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

## **RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred with counsel for defendant First Horizon Home Loan Corporation regarding this Motion and they do not oppose the Motion.

   s/ Heather Kolbus
Heather Kolbus

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on September 24, 2007, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alisha R. Bloom
abloom@goodwinprocter.com

U. Gwyn Williams
gwilliams@goodwinprocter.com

Christopher M. Lefebvre
lefeblaw@aol.com

   s/ Heather Kolbus
Heather Kolbus