## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on October 5, 2007, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alisha R. Bloom
abloom@goodwinprocter.com

U. Gwyn Williams
gwilliams@goodwinprocter.com

Christopher M. Lefebvre
lefeblaw@aol.com


              s/ Heather Kolbus
              Heather Kolbus