UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA,<br>GLENROY A. DEANE,<br>ILENE WILGOREN-DEANE,<br>CHRISTOPHER J. LILLIE, AND<br>LAURA A. LILLIE,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION,<br>　　　　　Defendant. | Civil Action No. 04-10370-PBS |

**DEFENDANT FIRST HORIZON HOME LOAN CORP.'S
ASSENTED-TO MOTION TO CONTINUE HEARING**

　　　　Defendant First Horizon Home Loan Corporation ("First Horizon") hereby moves to continue the hearing on its summary judgment motion and Plaintiffs' cross-motion for summary judgment, from October 19, 2007 to November 5, 2007, or another date and time convenient for the Court and both parties. As grounds therefor, First Horizon states as follows:

　　　　1.　　The Court has scheduled a hearing on October 19, 2007 at 3:00 P.M. to hear argument on First Horizon's motion for summary judgment and Plaintiffs' cross-motion for summary judgment.

　　　　2.　　The attorney arguing for First Horizon has pre-existing plans to be out of state on vacation on October 19, 2007.

LIBA/1836038.1

3. Counsel for Plaintiffs has assented to moving the scheduled hearing to another date. Counsel for both parties would be available on October 23, 2007; October 29, 2007–November 1, 2007; November 5–9, 2007; or November 12–16, 2007.

4. Plaintiffs' counsel will already be in Boston on November 5, 2007 for another matter, which is scheduled to be heard at 3:00 P.M. that day. A hearing on the summary judgment motions in this matter on November 5, 2007 at 2 P.M. or earlier would therefore be particularly convenient for Plaintiffs and would also be convenient for First Horizon.

WHEREFORE, First Horizon respectfully requests that the Court continue the summary judgment hearing in this matter from October 19, 2007 to November 5, 2007 at 2:00 P.M. or earlier, or to another date and time convenient for the Court and both parties.

Respectfully submitted,

/s/ Alisha R. Bloom
U. Gwyn Williams (BBO # 565181)
Alisha R. Bloom (BBO # 662261)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Thomas M. Hefferon (BBO # 548289)
GOODWIN PROCTER LLP
901 New York Ave., NW
Washington, D.C. 20001
(202) 346-4000

Attorneys for Defendant

FIRST HORIZON HOME LOAN CORPORATION

Dated: October 12, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND
## <u>CERTIFICATE OF SERVICE</u>

      I, Alisha R. Bloom, hereby certify that counsel for the Defendant, First Horizon Home Loans Corporation, conferred with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

      The undersigned hereby certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 12, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

                                                            /s/ Alisha R. Bloom
                                                           Alisha R. Bloom

LIBA/1836038.1