UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RALPH G. MCKENNA,
GLENROY A. DEANE,
ILENE WILGOREN-DEANE,
CHRISTOPHER J. LILLIE, AND
LAURA A. LILLIE
      Plaintiffs,

V.

FIRST HORIZON HOME LOAN
CORPORATION,
      Defendant.

CIVIL ACTION: 04-10370-PBS

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                 March 4, 2008

      Pursuant to this Court's Memorandum and Order dated March 3, 2008, allowing Defendant's motion for summary judgment, and denying Plaintiffs' motion for summary judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendant, First Horizon Home Loan Corporation.

                                                                  By the Court,

                                                                   /s/ Robert C. Alba
                                                                   Deputy Clerk