IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH G. MCKENNA, <br> GLENROY A. DEANE, <br> ILENE WILGOREN-DEANE, <br> CHRISTOPHER J. LILLIE; and <br> LAURIE A. LILLIE; <br>         Plaintiffs, <br>    v. <br><br> FIRST HORIZON HOME LOAN <br> CORPORATION, <br><br>         Defendant. | 04-10370-PBS <br><br><br> **JURY DEMANDED** |

## NOTICE OF APPEAL

     Notice is hereby given that Plaintiffs, Ralph G. McKenna, Glenroy A. Deane, Ilene Wilgoren-Dean, and Christopher & Laurie Lillie hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum Order of the District Court entered on March 3, 2008 granting Defendant's Motion For Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment and the subsequent Judgment regarding the same entered on March 4, 2008.

                                                  Respectfully submitted,

                                                  /s/<u>Christopher M. Lefebvre</u>

Christopher M. Lefebvre, BBO No. 629056
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATION

      I hereby certify that a copy of the attached Notice of Appeal was sent to counsel for the Defendant U.Gwyn Williams, Esq., via the Court's CMECF electronic filing system on this 18th, day of March 2008.

                                                      /s/Christopher M. Lefebvre