APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10370-PBS

McKenna v. First Horizon Home Loan Corporation
Assigned to: Judge Patti B. Saris
Cause: 47:151 Federal Communications Act of 1934

Date Filed: 05/23/2007
Date Terminated: 03/04/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
**Ralph G. McKenna**          represented by   **Christopher M. Lefebvre**
PO Box 479
Pawtucket, RI 02862
401-728-6060
Fax: 401-728-6534
Email: court@lefebvrelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
Edelman, Combs & Latturner
120 S. LaSalle Street
Chicago, IL 60603
312-739-4200
Fax: 312-419-0379
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather A. Kolbus**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
312-739-4200
Fax: 312-419-0379
Email: courtecl@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:04-cv-10370-PBS    Document 90-2    Filed 04/03/2008    Page 2 of 16
Page 2 of 16

Glenroy A. Deane      represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather A. Kolbus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ilene Wilgoren-Deane      represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather A. Kolbus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Christopher J. Lillie      represented by   **Christopher M. Lefebvre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather A. Kolbus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Laura A. Lillie      represented by   **Christopher M. Lefebvre**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A. Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather A. Kolbus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**First Horizon Home Loan Corporation**     represented by     **Daniel J. Pasquarello**
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
617-778-9100
Fax: 617-778-9110
Email: dpasquarello@nbparis.com
*TERMINATED: 12/13/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**U. Gwyn Williams**
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
617-570-1158
Fax: 617-523-1231
Email: gwilliams@goodwinprocter.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alisha R. Bloom**
Goodwin Procter, LLP
One Exchange Place
53 State Street
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email: abloom@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Julie M. Wade**
Goodwin Procter, LLP

|  |  |
|---|---|
|  | Exchange Place<br>Boston, MA 02109<br>617-570-8342<br>Fax: 617-523-1231<br>Email: jwade@goodwinprocter.com<br>*TERMINATED: 05/13/2006*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly M. Trainor**<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>617-570-1000<br>Fax: 617-523-1231<br>Email: ktrainor@goodwinprocter.com<br>*TERMINATED: 07/18/2007*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant**<br>**First Horizon Home Loan Corporation** | represented by **Daniel J. Pasquarello**<br>(See above for address)<br>*TERMINATED: 12/13/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**U. Gwyn Williams**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly M. Trainor**<br>(See above for address)<br>*TERMINATED: 07/18/2007*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**
Glenroy A. Deane

**Counter Defendant**
Christopher J. Lillie

**Counter Defendant**
Laura A. Lillie

**Counter Defendant**
Ralph G. McKenna

**Counter Defendant**

**Ilene Wilgoren-Deane**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2004 | 1 | COMPLAINT against First Horizon Home Loan Corporation Filing fee: $ 150, receipt number 54071, filed by Ralph G. McKenna. (Attachments: # 1 Exhibit A thru D - NOT SCANNED)(Tebo, Susan) (Entered: 02/25/2004) |
| 02/24/2004 |  | Summons Issued as to First Horizon Home Loan Corporation. (Tebo, Susan) (Entered: 02/25/2004) |
| 02/24/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Tebo, Susan) (Entered: 02/25/2004) |
| 03/22/2004 | 2 | AMENDED COMPLAINT against First Horizon Home Loan Corporation , filed by Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane. (Attachments: # 1 Exhibit A thru L - NOT SCANNED)(Tebo, Susan) (Entered: 03/23/2004) |
| 04/12/2004 | 3 | ANSWER to Amended Complaint, COUNTERCLAIM against Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane by First Horizon Home Loan Corporation.(Smith3, Dianne) (Entered: 04/14/2004) |
| 04/20/2004 | 4 | MOTION for Leave to Appear Pro Hac Vice by Heather Piccirilli Filing fee $ 150.00, receipt number 55379. by Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane. (Stanhope, Don) (Entered: 04/27/2004) |
| 04/20/2004 | 5 | AFFIDAVIT of Attorney Heather Piccirilli re 4 MOTION for Leave to Appear Pro Hac Vice by Heather Piccirilli Filing fee $ 150.00, receipt number 55379.. (Stanhope, Don) (Entered: 04/27/2004) |
| 04/20/2004 | 6 | MOTION for Leave to Appear Pro Hac Vice by Daniel A. Edelman Filing fee $ 150.00, receipt number 55378. by Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane.(Stanhope, Don) (Entered: 04/27/2004) |
| 04/20/2004 | 7 | AFFIDAVIT of Attorney Daniel A. Edelman re 6 MOTION for Leave to Appear Pro Hac Vice by Daniel A. Edelman Filing fee $ 150.00, receipt number 55378.. (Stanhope, Don) (Entered: 04/27/2004) |
| 04/27/2004 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added Heather Piccirilli for Laura A. Lillie; Ralph G. McKenna; Ilene Wilgoren-Deane; Glenroy A. Deane and Christopher J. Lillie (Stanhope, Don) (Entered: 04/27/2004) |
| 04/27/2004 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice Added Daniel A. Edelman for |

| | | |
|---|---|---|
| | | Laura A. Lillie; Ralph G. McKenna; Ilene Wilgoren-Deane; Glenroy A. Deane and Christopher J. Lillie (Stanhope, Don) (Entered: 04/27/2004) |
| 04/28/2004 | | ***Attorney U. Gwyn Williams for First Horizon Home Loan Corporation, Daniel J. Pasquarello for First Horizon Home Loan Corporation added. (Hourihan, Lisa) (Entered: 04/28/2004) |
| 04/28/2004 | 8 | NOTICE of Scheduling Conference Scheduling Conference set for 6/17/2004 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/28/2004) |
| 04/30/2004 | 9 | ANSWER to Counterclaim by Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane.(Stanhope, Don) (Entered: 05/04/2004) |
| 06/10/2004 | 10 | JOINT 26(f) and 16.1(D)Report (Stanhope, Don) (Entered: 06/14/2004) |
| 06/15/2004 | 11 | CORPORATE DISCLOSURE STATEMENT by First Horizon Home Loan Corporation. (Pasquarello, Daniel) (Entered: 06/15/2004) |
| 06/16/2004 | 12 | CERTIFICATION pursuant to Local Rule 16.1 by First Horizon Home Loan Corporation.(Stanhope, Don) (Entered: 06/18/2004) |
| 06/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 6/17/2004. Discovery due by 1/21/2005. Motion for Class Certification to be filed by 2/21/05. Response to motion to be filed by 3/21/05. Leave to File reply to be filed by 4/5/05.(Court Reporter None Present.) (Hourihan, Lisa) (Entered: 06/21/2004) |
| 06/24/2004 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by Ralph G. McKenna. (Stanhope, Don) (Entered: 06/25/2004) |
| 06/24/2004 | 14 | CERTIFICATION pursuant to Local Rule 16.1 by Glenroy A. Deane. (Stanhope, Don) (Entered: 06/25/2004) |
| 10/21/2004 | 15 | Proposed Document(s) submitted by First Horizon Home Loan Corporation. Document received: Proposed Consent Protective Order. (Pasquarello, Daniel) (Entered: 10/21/2004) |
| 11/26/2004 | | Judge Reginald C. Lindsay : ORDER entered re 15 Proposed Consent Protective OrderThe court will not approve a proposed order for impoundment of documents that does not fully comply with Local Rule 7.2. In addition, the court will not approve a proposed order for impoundment of documents that does not provide that, with respect to a matter sought to be impounded, the moving party or parties shall file a motion for impoundment (i) which sets forth a description, in general terms, of the confidential materials for which impoundment is sought and a short statement of the reasons justifying impoundment and (ii) which is accompanied by (a) a redacted version of the document or item containing the confidential materials, to be placed in the court's public files, and (b) an unredacted version of the document or item containing the confidential materials, marked or highlighted to indicate clearly the portions for which impoundment is sought.(Lindsay, Reginald) (Entered: |

| | | |
|---|---|---|
| | | 11/26/2004) |
| 12/17/2004 | 16 | Proposed Document(s) submitted by First Horizon Home Loan Corporation. Document received: Second Proposed Consent Protective Order. (Pasquarello, Daniel) (Entered: 12/17/2004) |
| 12/17/2004 | 17 | Unopposed MOTION for Extension of Time by Glenroy A. Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane.(Stanhope, Don) (Entered: 12/21/2004) |
| 12/22/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 17 Motion for Extension of Time to Complete Discovery Discovery due by 2/21/2005. Class Certification motions due by 3/22/2005. Response to plaintiff's motion due by 4/22/05. Leave of Court to file reply due by 5/6/05. (Hourihan, Lisa) (Entered: 12/22/2004) |
| 01/20/2005 | 18 | Judge Reginald C. Lindsay : ORDER entered. CONSENT PROTECTIVE ORDER(Stanhope, Don) (Entered: 01/20/2005) |
| 03/21/2005 | 19 | Plaintiff's MOTION for Class Certification filed by Laura A. Lillie, Ralph G. McKenna.(Stanhope, Don) (Entered: 03/22/2005) |
| 03/21/2005 | 20 | Plaintiff's MEMORANDUM in Support of 19 MOTION for Class Certification filed by Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Appendix- NOT SCANNED)(Stanhope, Don) (Entered: 03/22/2005) |
| 04/20/2005 | 21 | Assented to MOTION for Extension of Time to Monday, April 25, 2005 to File *Opposition to Plaintiffs' Motion for Class Certification* by First Horizon Home Loan Corporation.(Pasquarello, Daniel) (Entered: 04/20/2005) |
| 04/25/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 21 Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Class Certification to 4/25/05 (Hourihan, Lisa) (Entered: 04/25/2005) |
| 04/25/2005 | 22 | ***SEALED DOCUMENT*** MOTION to Impound Confidential Material filed by First Horizon Home Loan Corporation.(Stanhope, Don) (Entered: 04/26/2005) |
| 05/02/2005 | 23 | MOTION for Leave to File a Reply in Support of Their Motion for Class Certification by Laura A. Lillie, Ralph G. McKenna.(Hourihan, Lisa) (Entered: 05/02/2005) |
| 05/02/2005 | 24 | RESPONSE to Motion re 22 MOTION to Seal filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Hourihan, Lisa) (Entered: 05/02/2005) |
| 05/09/2005 | 25 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION 23 MOTION for Leave to File filed by Ralph G. McKenna,, Laura A. Lillie,, 19 MOTION to Certify Class filed by Ralph G. McKenna,, Laura A. Lillie, to Magistrate Judge Judith G. Dein(Stanhope, Don) (Entered: 05/09/2005) |
| 05/10/2005 | 26 | Judge Reginald C. Lindsay : ORDER entered. REFERRING MOTION |

| | | |
|---|---|---|
| | | 22 MOTION to Seal filed by First Horizon Home Loan Corporation, to Magistrate Judge Judith G. Dein(Stanhope, Don) (Entered: 05/10/2005) |
| 05/11/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 22 Defendant's Motion to Impound Confidential Material, and granting 23 Plaintiffs' Motion for Leave to File Reply. Plaintiffs' Reply shall be filed by 5/13/05. (Dambrosio, Jolyne) (Entered: 05/11/2005) |
| 05/11/2005 | 27 | ***SEALED DOCUMENT*** Defendant's Opposition to 19 MOTION to Certify Class filed by First Horizon Home Loan Corporation. (Attachments: # 1 Exhibit A-C# 2 Declaration of Jose Iglesias and Edward Hyne in Opposition to Motion for Class Certification)(Stanhope, Don) (Entered: 05/11/2005) |
| 05/13/2005 | 28 | MOTION for Extension of Time to 05/18/05 to File Response/Reply as to 19 MOTION to Certify Class by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Piccirilli, Heather) (Entered: 05/13/2005) |
| 05/16/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 28 Plaintiffs' Motion for Extension of Time. Plaintiffs' Reply shall be filed by 5/18/2005. (Dambrosio, Jolyne) (Entered: 05/16/2005) |
| 05/18/2005 | 29 | REPLY to Response to Motion re 19 MOTION to Certify Class filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Piccirilli, Heather) (Entered: 05/18/2005) |
| 05/20/2005 | | Electronic NOTICE of Hearing on 19 Plaintiffs' MOTION for Class Certification: Motion Hearing set for 6/7/2005 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/20/2005) |
| 05/27/2005 | 30 | Letter/request (non-motion) from Daniel J. Pasquarello to clerk re: hearing. (Filo, Jennifer) (Entered: 06/01/2005) |
| 06/10/2005 | 31 | MOTION for Leave to File *Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification* by First Horizon Home Loan Corporation.(Pasquarello, Daniel) (Entered: 06/10/2005) |
| 06/10/2005 | 32 | Supplemental MEMORANDUM in Opposition re 19 MOTION to Certify Class filed by First Horizon Home Loan Corporation. (Attachments: # 1 Exhibits A and B)(Pasquarello, Daniel) (Entered: 06/10/2005) |
| 06/13/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 31 Defendant's Motion for Leave to File Supplemental Memorandum. (Dambrosio, Jolyne) (Entered: 06/13/2005) |
| 06/13/2005 | | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 6/13/2005 re 19 MOTION to Certify Class filed by Ralph G. McKenna,, Laura A. Lillie,,; Attorneys Lefebvre, Heffron, Pasquarello make arguments on the motion and USMJ Dein takes matter |

CM/ECF - USDC Massachusetts - Version ESR 3.1.2 as of 12/15/2007
Case 1:04-cv-10370-PBS    Document 90-2    Filed 04/03/2008    Page 9 of 16
Page 9 of 16

| | | |
|---|---|---|
| | | under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/14/2005) |
| 06/17/2005 | 33 | NOTICE by First Horizon Home Loan Corporation *Of Filing Case Cited During Oral Argument* (Attachments: # 1 Attachment)(Pasquarello, Daniel) (Entered: 06/17/2005) |
| 06/22/2005 | 34 | MOTION for Leave to File *Case Referred to During Oral Argument As Additional Authority in Support of their Motion for Class Certification* by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Exhibit A)(Piccirilli, Heather) (Entered: 06/22/2005) |
| 06/23/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 34 Motion for Leave to File Case Referred to During Oral Argument. (Dein, Judith) (Entered: 06/23/2005) |
| 07/06/2005 | 35 | MOTION *for Leave to Submit Newly Decided Authority in Opposition to Plaintiffs' Motion for Class Certification* by First Horizon Home Loan Corporation. (Attachments: # 1 Exhibit A)(Pasquarello, Daniel) (Entered: 07/06/2005) |
| 07/07/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 35 Defendant's Motion for Leave to Submit Newly Decided Authority. (Dambrosio, Jolyne) (Entered: 07/07/2005) |
| 11/10/2005 | 36 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 19 MOTION to Certify Class filed by Ralph G. McKenna, Laura A. Lillie. Recommendation: that the Motion be allowed in part and denied in part. Objections to R&R due by 11/28/2005.(Dambrosio, Jolyne) (Entered: 11/10/2005) |
| 11/17/2005 | 37 | NOTICE of Withdrawal of Appearance by Daniel J. Pasquarello (Pasquarello, Daniel) (Entered: 11/17/2005) |
| 11/17/2005 | 38 | NOTICE of Appearance by Julie M. Wade on behalf of First Horizon Home Loan Corporation (Wade, Julie) (Entered: 11/17/2005) |
| 11/23/2005 | 39 | Assented to MOTION for Extension of Time to Until Resolution Of Motion To Clarify Magistrate's Report And Recommendation On Plaintiffs' Motion For Class Certification to File Objections To The Magistrate's Report And Recomendation On Plaintiffs' Motion For Class Certification by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: 11/23/2005) |
| 11/28/2005 | 40 | MOTION to preserve Objections To The Report And Recommendation On Plaintiffs' Motion For Class Certification issued on November 10, 2005 by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: 11/28/2005) |
| 11/28/2005 | 41 | MOTION for Clarification re 36 REPORT AND RECOMMENDATIONS re 19 MOTION to Certify Class filed by Ralph G. McKenna,, Laura A. Lillie, Recommendation: that the Motion be allowed in part and denied in part by First Horizon Home Loan |

| | | |
|---|---|---|
| | | Corporation.(Wade, Julie) (Entered: 11/28/2005) |
| 12/01/2005 | ◎ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 39 Motion for Extension of Time to file objections to the Report and Recommendation, granting 40 Motion to Preserve Objections to the Report and Recommendation to this extent; Objections to be filed no later than 30 days from 12/1/05. (Hourihan, Lisa) (Entered: 12/01/2005) |
| 12/12/2005 | 42 | RESPONSE to Motion re 41 MOTION for Clarification re 36 REPORT AND RECOMMENDATIONS re 19 MOTION to Certify Class filed by Ralph G. McKenna,, Laura A. Lillie, Recommendation: that the Motion be allowed in part and denied in part filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Piccirilli, Heather) (Entered: 12/12/2005) |
| 12/21/2005 | 43 | Assented to MOTION for Extension of Time to Pending Resolution Of Motion To Clarify to File *Objections to the Report And Recommendation On Plaintiffs' Motion For Class Certification* by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: 12/21/2005) |
| 12/21/2005 | 44 | MOTION for Leave to File *Reply In Support of Defendant's Motion to Clarify* by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: 12/21/2005) |
| 12/21/2005 | 45 | RESPONSE to Motion re 41 MOTION for Clarification re 36 REPORT AND RECOMMENDATIONS re 19 MOTION to Certify Class filed by Ralph G. McKenna,, Laura A. Lillie, Recommendation: that the Motion be allowed in part and denied in part *(Reply In Support of Defendant's Motion to Clarify)* filed by First Horizon Home Loan Corporation. (Wade, Julie) (Entered: 12/21/2005) |
| 12/28/2005 | ◎ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 43 Assented to MOTION for Extension of Time to Pending Resolution Of Motion To Clarify to File Objections to the Report And Recommendation On Plaintiffs' Motion For Class Certification filed by First Horizon Home Loan Corporation. (Lindsay, Reginald) (Entered: 12/28/2005) |
| 01/03/2006 | ◎ | Judge Judith G. Dein : Electronic ORDER entered granting 44 Defendant's Motion for Leave to File Reply In Support of Its Motion to Clarify. (Dambrosio, Jolyne) (Entered: 01/03/2006) |
| 01/06/2006 | 46 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 41 Defendant's MOTION for Clarification of 36 REPORT AND RECOMMENDATIONS re 19 Plaintiffs' MOTION to Certify Class. Objections to R&R due by 1/23/2006.(Dambrosio, Jolyne) (Entered: 01/06/2006) |
| 01/20/2006 | 47 | NOTICE by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna *Notice of Change of Attorney Name* (Piccirilli, Heather) (Entered: 01/20/2006) |
| 01/23/2006 | 48 | Assented to MOTION for Leave to File *Brief In Excess of Twenty Pages* by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 01/23/2006) |
| 01/23/2006 | 49 | Objection by First Horizon Home Loan Corporation *(Defendant's Rule 72 (a) Objections to the Report and Recommendations on Plaintiffs' Motion for Class Certification and on Defendant's Motion for Clarification)*. (Attachments: # 1 Exhibits A - D)(Wade, Julie) (Entered: 01/23/2006) |
| 01/24/2006 | 50 | Assented to MOTION for Hearing *(Assented To Motion To Request A Hearing On First Horizon's Rule 72(a) Objections to the Report and Recommendations on Plaintiffs' Motion for Class Certification and on Defendant's Motion for Clarification)* by First Horizon Home Loan Corporation.(Wade, Julie) (Entered: 01/24/2006) |
| 01/27/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered denying 50 Motion for Hearing (York, Steve) (Entered: 01/27/2006) |
| 02/03/2006 | 51 | Assented to MOTION for Leave to File *Brief in Excess of 20 Pages* by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna.(Kolbus, Heather) (Entered: 02/03/2006) |
| 02/06/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 51 Motion for Leave to File to File a Brief in Excess of Twenty Pages (Hourihan, Lisa) (Entered: 02/06/2006) |
| 02/06/2006 | 52 | REPLY TO OBJECTION to 36 , 46 Report and Recommendations *on Plaintiffs' Motion for Class Certification* filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Kolbus, Heather) (Entered: 02/06/2006) |
| 02/13/2006 | 53 | Assented to MOTION for Leave to File *Reply In Support of Defendant's Rule 72(a) Objections* by First Horizon Home Loan Corporation. (Williams, U.) (Entered: 02/13/2006) |
| 02/13/2006 | 54 | Response by First Horizon Home Loan Corporation *(Defendant First Horizon Home Loan Corporation's Reply In Support of its Rule 72(a) Objections)*. (Attachments: # 1 Exhibit A)(Williams, U.) (Entered: 02/13/2006) |
| 02/14/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 48 Motion for Leave to File Brief In Excess of Twenty Pages by First Horizon Home Loan Corporation (Hourihan, Lisa) (Entered: 02/14/2006) |
| 02/21/2006 | 55 | MEMORANDUM OF LAW by First Horizon Home Loan Corporation to 49 Objection,. (Attachments: # 1 Exhibit A)(Wade, Julie) (Entered: 02/21/2006) |
| 02/23/2006 | 56 | Response by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna to 49 Objection,, 55 Memorandum of Law. (Kolbus, Heather) (Entered: 02/23/2006) |
| 02/27/2006 | 57 | *AMENDED* Response by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna to 49 Objection,, 55 Memorandum of Law. (Kolbus, Heather) (Entered: |

| | | |
|---|---|---|
| | | 02/27/2006) |
| 03/31/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 53 Motion of defendant for Leave to File Reply Brief in support of Objections to Magistrate Judge's Reports. (Lindsay, Reginald) (Entered: 04/03/2006) |
| 03/31/2006 | 58 | Judge Reginald C. Lindsay : ORDER entered adopting Report and Recommendations granting in part and denying in part 41 Motion for Clarification, and adopting Report and Recommendations, granting in part and denying in part 19 Motion to Certify Class. The reasons for these rulings are set forth in the accompanying order on motion for class certification. (Lindsay, Reginald) (Entered: 04/03/2006) |
| 03/31/2006 | | Notice to counsel: Docket entry 58 has been updated (York, Steve) (Entered: 04/04/2006) |
| 04/19/2006 | | NOTICE OF INTERLOCUTORY APPEAL/PETITION FOR PERMISSION TO APPEAL filed with the First Circuit Court of Appeals by First Horizon Home Loan Corporation. (Hurley, Virginia) (Entered: 09/24/2007) |
| 05/11/2006 | 59 | NOTICE of Withdrawal of Appearance by Julie M. Wade (Wade, Julie) (Entered: 05/11/2006) |
| 05/19/2006 | 60 | NOTICE of Appearance by Kelly M. Trainor on behalf of First Horizon Home Loan Corporation, First Horizon Home Loan Corporation (Trainor, Kelly) (Entered: 05/19/2006) |
| 07/27/2006 | 61 | United States Court of Appeals Order; The motion of amici curie to submit their amici brief is ALLOWED. Defendant's Fed. R. Civ. P. Rule 23 (f) Petition for Review of Order Certifying class is ALLOWED. See Order for further details. (Ramos, Jeanette) (Entered: 07/27/2006) |
| 10/25/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 11/20/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/25/2006) |
| 11/20/2006 | | ELECTRONIC NOTICE Cancelling Hearing. Hearing cancelled: Status Conference. The Court will reschedule the Status Conference once the First Circuit renders it's opinion on the interlocutory review of the Court's decision certifying the class.(Hourihan, Lisa) (Entered: 11/20/2006) |
| 01/31/2007 | 62 | United States Court Appeals Judgment; This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's class certification decision is reversed, its class certification order is vacated, and the case is remanded for further proceedings consistent with the opinion issued this day. Cost are taxed in favor of First Horizon Home Loan Corp. (Judgment entered in the USCA January 29, 2007). (Ramos, Jeanette) (Entered: 01/31/2007) |
| 01/31/2007 | 63 | United States Courts of Appeals Opinion (Ramos, Jeanette) (Entered: |

| | | |
|---|---|---|
| | | 01/31/2007) |
| 05/07/2007 | 64 | MOTION to Amend *Complaint (Second)* by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Appendix A - Part 1# 2 Appendix A - Part 2# 3 Appendix A - Part 3)(Edelman, Daniel) (Entered: 05/07/2007) |
| 05/07/2007 | 65 | Amended MOTION to Certify Class by Laura A. Lillie, Ralph G. McKenna.(Kolbus, Heather) (Entered: 05/07/2007) |
| 05/07/2007 | 66 | MEMORANDUM in Support re 65 Amended MOTION to Certify Class filed by Laura A. Lillie, Ralph G. McKenna. (Attachments: # 1 Appendix A (Part 1)# 2 Appendix A (Part 2)# 3 Appendix A (Part 3)# 4 Appendix B (Part 1)# 5 Appendix B (Part 2)# 6 Appendix B (Part 3)# 7 Appendix B (Part 4)# 8 Appendix C)(Kolbus, Heather) (Entered: 05/07/2007) |
| 05/08/2007 | | ELECTRONIC NOTICE issued requesting courtesy copy for 66 Memorandum in Support of Motion,, 64 MOTION to Amend *Complaint (Second)*, 65 Amended MOTION to Certify Class. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (York, Steve) (Entered: 05/08/2007) |
| 05/17/2007 | 67 | Assented to MOTION for Extension of Time to June 18, 2007 to File Oppositions to Plaintiffs' Amended Motion for Class Certification and Plaintiffs' Motion for Leave to File A Second Amended Complaint by First Horizon Home Loan Corporation.(Williams, U.) (Entered: 05/17/2007) |
| 05/22/2007 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 67 Motion for Extension of Time to file opposition to motion for class certification and motion for leave to file second amended complaint to 6/18/07 (Hourihan, Lisa) (Entered: 05/22/2007) |
| 05/23/2007 | | MANDATE of USCA as to Notice of Interlocutory Appeal/Petition for permission to appeal filed by First Horizon Home Loan Corporation (Hurley, Virginia) (Entered: 09/24/2007) |
| 05/24/2007 | 68 | Mandate for the United States Court of Appeals; Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's class certification decision is reversed, its class certification order is vacated, and the case is remanded for further proceedings consistent with the opinion issued this day. Costs are taxed in favor of First Horizon Loan Corp. (Mandate issued in the USCA 5/23/2007) (Ramos, Jeanette) (Entered: 05/24/2007) |
| 05/24/2007 | | Case Reassigned to Judge Patti B. Saris. Judge Reginald C. Lindsay no longer assigned to the case. ( Counsels are now directed to file all documents pertaining to this case with the caption 1:04-cv-10370 PBS ) (York, Steve) (Entered: 05/24/2007) |
| 06/05/2007 | | ELECTRONIC NOTICE of STATUS CONFERENCE. Status |

| | | |
|---|---|---|
| | | Conference set for 7/17/2007 at 4:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 06/05/2007) |
| 06/13/2007 | 69 | Joint MOTION For Entry of Scheduling Order by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, First Horizon Home Loan Corporation.(Williams, U.) (Entered: 06/13/2007) |
| 06/15/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 69 Motion for Entry of Scheduling Order (Patch, Christine) (Entered: 06/19/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 64 Motion for Leave to File a Second Amended Complaint, Instanter. (Patch, Christine) (Entered: 07/02/2007) |
| 07/16/2007 | 70 | NOTICE of Appearance by Alisha R. Bloom on behalf of First Horizon Home Loan Corporation (Bloom, Alisha) (Entered: 07/16/2007) |
| 07/16/2007 | 71 | NOTICE of Withdrawal of Appearance by Kelly M. Trainor (Trainor, Kelly) (Entered: 07/16/2007) |
| 07/19/2007 | 72 | MOTION for Summary Judgment by First Horizon Home Loan Corporation.(Bloom, Alisha) (Entered: 07/19/2007) |
| 07/19/2007 | 73 | MEMORANDUM in Support re 72 MOTION for Summary Judgment filed by First Horizon Home Loan Corporation. (Bloom, Alisha) (Entered: 07/19/2007) |
| 07/19/2007 | 74 | Statement of Material Facts L.R. 56.1 re 72 MOTION for Summary Judgment filed by First Horizon Home Loan Corporation. (Bloom, Alisha) (Entered: 07/19/2007) |
| 07/19/2007 | 75 | Joint Statement of Material Facts L.R. 56.1 re 72 MOTION for Summary Judgment filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, First Horizon Home Loan Corporation. (Bloom, Alisha) (Entered: 07/19/2007) |
| 07/19/2007 | 76 | APPENDIX/EXHIBIT re 74 Statement of Material Facts L.R. 56.1, 75 Statement of Material Facts L.R. 56.1 *(Joint Appendix of Exhibits to Defendant's Statement of Undisputed Material Facts and the Parties' Joint Statement of Undisputed Material Facts)* by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna, First Horizon Home Loan Corporation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14)(Bloom, Alisha) (Entered: 07/19/2007) |
| 08/17/2007 | 77 | *Plaintiffs'* Response by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna to 74 Statement of Material Facts L.R. 56.1 *in Support of Defendant's Motion for Summary Judgement*. (Kolbus, Heather) (Entered: 08/17/2007) |
| 08/17/2007 | 78 | Cross MOTION for Summary Judgment by Glenroy A. Deane, Ilene |

| | | |
|---|---|---|
| | | Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna.(Kolbus, Heather) (Entered: 08/17/2007) |
| 08/17/2007 | 79 | Statement of Material Facts L.R. 56.1 re 78 Cross MOTION for Summary Judgment filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Kolbus, Heather) (Entered: 08/17/2007) |
| 08/17/2007 | 80 | MEMORANDUM in Support re 78 Cross MOTION for Summary Judgment *and Response in Opposition to Defendant's Motion for Summary Judgment* filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Kolbus, Heather) (Entered: 08/17/2007) |
| 09/17/2007 | 81 | MEMORANDUM in Support re 72 MOTION for Summary Judgment *(Reply Memorandum of Law in Further Support of Defendant First Horizon Home Loan Corporation's Motion for Summary Judgment and in Opposition to Plaintiffs' Cross-Motion for Summary Judgment)* filed by First Horizon Home Loan Corporation. (Bloom, Alisha) (Entered: 09/17/2007) |
| 09/17/2007 | 82 | Reply Memorandum in Further Support of 72 Motion for Summary Judgment and in Opposition re 78 Cross MOTION for Summary Judgment filed by First Horizon Home Loan Corporation. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 09/18/2007) |
| 09/18/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 81 corrected because: it was filed using the incorrect event. Please refer to Document No. 82 for corrected filing (Patch, Christine) (Entered: 09/18/2007) |
| 09/24/2007 | 83 | MOTION for Extension of Time to October 5, 2007 to File Response/Reply as to 78 Cross MOTION for Summary Judgment by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna.(Kolbus, Heather) (Entered: 09/24/2007) |
| 09/25/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 83 MOTION for Extension of Time to October 5, 2007 to File Response/Reply as to 78 Cross MOTION for Summary Judgment by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. Reply due by 10/5/2007. (Alba, Robert) (Entered: 09/25/2007) |
| 09/28/2007 | | ELECTRONIC NOTICE of HEARING on 72 MOTION for Summary Judgment and 78 Cross MOTION for Summary Judgment. Motion Hearing set for 10/19/2007 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/28/2007) |
| 10/05/2007 | 84 | MEMORANDUM in Support re 78 Cross MOTION for Summary Judgment *Reply* filed by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna. (Kolbus, Heather) (Entered: 10/05/2007) |

| | | |
|---|---|---|
| 10/05/2007 | 85 | CERTIFICATE OF SERVICE by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna re 84 Memorandum in Support of Motion. (Kolbus, Heather) (Entered: 10/05/2007) |
| 10/12/2007 | 86 | Assented to MOTION to Continue Hearing on First Horizon's Motion For Summary Judgment and Plaintiffs' Cross-Motion For Summary Judgment to November 5, 2007 by First Horizon Home Loan Corporation.(Bloom, Alisha) (Entered: 10/12/2007) |
| 10/15/2007 | | Judge Patti B. Saris: Electronic ORDER entered regarding 86 Assented to MOTION to Continue Hearing on First Horizon's Motion For Summary Judgment and Plaintiffs' Cross-Motion For Summary Judgment to November 5, 2007 by First Horizon Home Loan Corporation. "Allowed. The hearing is continued to November 16, 2007 at 2:30 PM." (Alba, Robert) (Entered: 10/15/2007) |
| 11/16/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 11/16/2007 re 72 MOTION for Summary Judgment filed by First Horizon Home Loan Corporation, and 78 Cross MOTION for Summary Judgment filed by Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane, Glenroy A. Deane, Christopher J. Lillie. Court hears argument of counsel. Court takes motion under advisement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/16/2007) |
| 03/03/2008 | 87 | Judge Patti B. Saris: ORDER entered. MEMORANDUM AND ORDER, denying 78 Cross MOTION for Summary Judgment filed by Laura A. Lillie, Ralph G. McKenna, Ilene Wilgoren-Deane, Glenroy A. Deane, Christopher J. Lillie, and granting 72 MOTION for Summary Judgment filed by First Horizon Home Loan Corporation.(Patch, Christine) (Entered: 03/03/2008) |
| 03/04/2008 | 88 | Judge Patti B. Saris: ORDER entered. JUDGMENT in favor of Defendant against Plaintiffs(Patch, Christine) (Entered: 03/04/2008) |
| 03/18/2008 | 89 | NOTICE OF APPEAL as to 88 Judgment, 87 Memorandum & ORDER, Terminate Motions,. by Glenroy A. Deane, Ilene Wilgoren-Deane, Christopher J. Lillie, Laura A. Lillie, Ralph G. McKenna Filing fee $ 455, receipt number 0101000000001889902 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/7/2008. (Lefebvre, Christopher) (Entered: 03/18/2008) |