# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04-10370-PBS
USCA Docket Number: 08-1435

Ralph G. McKenna

v.

First Horizon Home Loan Corp.

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed transcripts:

Document Numbers:  In Volume:
92                 1

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _____.

Sarah Allison Thornton,
Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals