# United States Court of Appeals

## For the First Circuit

No. 08-1435

RALPH G. MCKENNA; GLENROY A. DEANE; ILENE WILGOREN-DEANE;
CHRISTOPHER J. LILLIE; LAURA A. LILLIE

Plaintiffs - Appellants

v.

FIRST HORIZON HOME LOAN CORPORATION

Defendant - Appellee

### JUDGMENT

Entered: September 5, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Alisha R. Bloom
Cathleen M. Combs
Daniel A. Edelman
Thomas M. Hefferon
Heather A. Kolbus
Christopher M. Lefebvre
U. Gwyn Williams

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

US CIRCUIT COURT OF APPEALS
BOSTON, MA
By_____ Date:_____